**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-066-ML |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. And FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enter their appearance in the above-captioned action as counsel on behalf of the above-named defendants.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY, L.P.
and FPLE RHODE ISLAND STATE
ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2005, I caused a true copy of the within Entry of Appearance to be delivered by regular mail, postage prepaid, to:

Girard R. Visconti, Esq.
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903

Marlene Jull