**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

Plaintiff,

v.

C.A. No. 05-066-ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. And FPLE RHODE ISLAND STATE ENERGY GP, INC.

Defendants.

RECEIVED
MAR 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The undersigned parties hereby stipulate and agree that the defendants in the above-captioned action shall have an extension of time, through and including March 31, 2005, within which to answer, plead or otherwise respond to Plaintiff's Complaint.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

GRV (by smc)

Girard R. Visconti (#0566)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-38000
(401) 421-9302 (Fax)

Enter: Mary M. Lisi USDJ 3/11/05