**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CERTIFIED POWER SYSTEMS, INC.**<br>**Plaintiff**<br><br>**vs.**<br><br>**RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE RHODE ISLAND STATE ENERGY GP, INC.**<br>**Defendants**<br><br>**vs.**<br><br>**CERTIFIED POWER SYSTEMS, INC.**<br>**Defendant on Counterclaim/Third-Party Plaintiff**<br><br>**vs.**<br><br>**ZAMPELL REFRACTORIES, INC.**<br>**Third-Party Defendant** | **C.A. No. 05-066-ML** |

**ENTRY OF APPEARANCE**

I, Joseph J. Reale, Jr., hereby enter my appearance on behalf of the Third-Party Defendant, Zampell Refractories, Inc.

Plaintiff
By its attorney,

Joseph J. Reale, Jr. #3158
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Tel: (401) 453-9900
Fax: (401) 453-9917

Dated: May 12 2005

11

**CERTIFICATION**

To:
Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Girard R. Visconti, Esq.
Visconti & Boren
55 Dorrance Street
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney
The Packet Building
155 South Main Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a true copy of the within Entry of Appearance on May 12, 2005.

Marianne C. Martin