UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants. | C.A. No. 05-066-ML |

FILED
MAY 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCES**
**PRO HAC VICE**

Plaintiff CERTIFIED POWER SYSTEMS, INC. ("CPS") hereby moves that Mark Robert Vespole, Esq. and Theresa E. Mullen, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

The case involves the following complex area of the law, in which Mark Robert Vespole, Esq. and Theresa E. Mullen, Esq. specializes in: fire loss, additional insured issues and contractual defense and indemnity.

In addition, Mark Robert Vespole, Esq has a long standing business relationship with Peter DeJesso, who has been assigned to handle this file from Maxum Insurance Company.

Granted. Mary M. Lisi
USDJ 5/18/05

Attorneys for Plaintiff,
CERTIFIED POWER SYSTEMS, INC.

By:______________________
Girard R. Visconti

Dated: May 2, 2005

12

**MARK ROBERT VESPOLE'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Jersey and of the following Federal District Court and/or Court of Appeals Bars: U.S. District Court, Southern District of New York, U.S. District Court, District of New Jersey, and New Jersey Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local association counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

By: /s/ Mark R. Vespole

Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad Street-Suite 1510
Newark, New Jersey 07102
T: (973) 848-2900
F: (973) 623-0405

By: ______

Girard R. Visconti
Visconti & Boren Ltd.
55 Dorrance Street
Providence, Rhode Island 02903
T: (401) 331-3800
F: (401) 421-9302

## THERESA E. MULLEN'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bars: U.S. Supreme Court, 3rd Circuit Court of Appeals, Federal District Court, Northern District of New York, All New Jersey Federal District Courts, New York Court of Appeals, and New Jersey Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local association counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

By: ______________________
Theresa E. Mullen
Tressler Soderstrom Maloney & Priess
744 Broad Street-Suite 1510
Newark, New Jersey 07102
T: (973) 848-2900
F: (973) 623-0405

By: ______________________
Girard R. Visconti
Visconti & Boren Ltd.
55 Dorrance Street
Providence, Rhode Island 02903
T: (401) 331-3800
F: (401) 421-9302