UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS

CA 05-66ML

V.

R.I. STATE ENERGY TRUST, et al

ORDER

All counsel having agreed to refer the above entitled action to ADR, it is hereby ordered that **William Poore** is appointed as neutral and a conference shall be held in mid September, 2005 and a report shall be filed with the Court within two (2) weeks from the date of that conference.

SO ORDERED:

Mary M. Lisi
U.S. District Court Judge
June 7 , 2005

Entered as an Order of this Court on June 7 , 2005.

Barbara Barletta
Deputy Clerk