**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.
Plaintiff,

vs. C.A. No. 05-066-ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.
Defendants,

**STIPULATION**

vs.

CERTIFIED POWER SYSTEMS, INC.
Defendant on Counterclaim/Third-Party Plaintiff,

vs.

ZAMPELL REFRACTORIES, INC.
Third-Party Defendants.

RECEIVED
JUN 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Third-party plaintiff, Certified Power Systems, Inc.'s, time to answer or otherwise plead to counterclaim of third-party defendant, Zampell Refractories, Inc., is hereby extended to and including June 13, 2005.

Third-Party Plaintiff
CERTIFIED POWER SYSTEMS, INC.
By its Attorney:

Girard R. Visconti (RI #0566)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
Telephone: 331-3800
Fax: 421-9302

Third-Party Defendant,
ZAMPELL REFRACTORIES, INC.
By its Attorneys:

John R. Mahoney (RI #1940)
Asquity & Mahoney, LLP
155 South Main Street
Providence, RI 02903
Telephone: 331-5353
Fax: 331-7373

Joseph J. Reale, Jr. (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
Telephone: 453-9900
Fax: 453-9917

Enter: Mary M. Lisi USDJ 6/14/05

Dated: June 6, 2005