UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.,
Plaintiff,

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,
Defendants,

v.

CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim
Third-Party Plaintiff,

v.

ZAMPELL REFRACTORIES, INC.,
Third-Party Defendant

C.A. No. 05-066-ML

RECEIVED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. shall have an extension of time, through and including July 26, 2005, within which to answer or otherwise respond to Zampel Refractories, Inc.'s discovery requests.

Enter: Mary M. Lisi
US DJ 8/1/05

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

ZAMPELL REFRACTORIES, INC.

John R. Mahoney (#1940)
ASQUITH & MAHONEY, LLP
150 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353
(401) 331-7373 (Fax)

and

Joseph J. Reale, Jr., Ltd. (#3158)
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (Fax)