UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :

VS. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

VS. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

VS. :

ZAMPELL REFRACTORIES, INC. :

**STIPULATION**

The undersigned parties hereby agree and stipulate that Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. shall have up to and including September 15, 2005 within which to respond to Plaintiff's First Request for Production and First Set of Interrogatories.

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

Girard R. Visconti (#0566)
Jessica L. Papazian-Ross (#3905)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 (fax)

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By its Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Enter: Mary M. Lisi USDJ 9/2/05

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 8th day of September, 2005, I caused a true copy of the within Stipulation to be served by first class mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102



PRV_752517_1/ABATASTINI