UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :

VS. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

VS. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

VS. :

ZAMPELL REFRACTORIES, INC. :

FILED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Granted. Anguy Dr. Lisi USDJ 9/6/05

**DEFENDANTS' MOTION FOR**
**AN EXTENSION OF TIME TO DISCLOSE EXPERTS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively, "Defendants") hereby move this Court for an extension of twenty (20) days to disclose its experts in this matter. Defendants' current disclosure deadline is September 1, 2005. In support of their motion, Defendants respectfully submit that the mediation previously discussed with this Court has been rescheduled from September 29, 2005 to October 20, 2005, so that no other parties will be prejudiced by such an extension. Defendants also respectfully submit that while the parties have been diligently working on discovery in this case, and in related litigation in state

court, certain critical discovery remains to be accomplished, which could affect the designation and disclosure of experts.

WHEREFORE, Defendants respectfully request an extension of time, through and including September 21, 2005, to disclose their expert witnesses.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of August, 2005, I caused a true copy of the within Motion to be served by first class mail, postage prepaid, to the following counsel of record:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

[signature]