FILED
SEP 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.
Plaintiff,
vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.
Defendants,
vs.

CERTIFIED POWER SYSTEMS, INC.
Defendant on Counterclaim/Third-Party Plaintiff,
vs.

ZAMPELL REFRACTORIES, INC.
Third-Party Defendants.

C.A. No. 05-066-ML

**CERTIFIED POWER SYSTEMS, INC's., AS COUNTERCLAIM DEFENDANT, MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES**

Pursuant to Federal Rules of Procedure 6(b), Certified Power Systems, Inc. as counterclaim defendant hereby moves for a thirty (30) day extension of time to disclose additional expert witnesses based on the fact that two (2) experts recently retained, Tom Soule a power plant engineer expert and Sue Freeman a metallurgical engineering expert, need additional facts, data and information in order to write a report that will be obtained once defendants and third-party defendants respond to the interrogatories and request for production that were propounded in this case on July 21, 2005 and July 29, 2005. Defendants have sought an additional fifteen (15) days to respond to the discovery which means the discovery will not be responded to until September 15, 2005.

The current disclosure date is today September 1, 2005. Therefore, the thirty (30) day extension would make the expert disclosures due by October 3, 2005.

Granted. Mary M. Lisi USDJ 9/6/05

CPS is disbursing today the preliminary reports of its fire expert William M. Primiano and its electrical engineering expert Thomas E. Converse, P.E. in accordance with Rule 26(a)(2).

This case involves a fire that occurred at defendants' power plant in Johnston, Rhode Island, on December 3, 200r. After the fire occurred, CPS's expert witnesses, Mr. Primiano and Mr. Converse, were given restricted access to the CT-101 air inlet duct which caught fire. The access and limited inspections occurred on December 6, 2004 and December 9, 2004. By that time all fire debris and electrical conduits had been removed from the interior of CT-101 by defendants. Defendants as owners of the plant controlled the fire scene, restricted access to others and are now in control of the evidence and information needed by CPS's expert witnesses to complete their investigation and write their reports.

Based on the outstanding discovery that has not been produced and due to the fact that no parties will be prejudiced by this request for an extension, CPS requests that this court grant its motion for a thirty (30) day extension for the reasons set forth herein.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
Attorneys for
CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim/Third-Party Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 1st day of September, 2005 to:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903