UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :
Plaintiff, :
vs. : C.A. No. 05-066-ML
:
RHODE ISLAND STATE ENERGY :
STATUTORY TRUST 2000, FPLE :
RHODE ISLAND STATE ENERGY, L.P. :
and FPLE RHODE ISLAND STATE :
ENERGY GP, INC. :
Defendants, :
vs. :
:
CERTIFIED POWER SYSTEMS, INC. :
Defendant on Counterclaim/Third-Party Plaintiff, :
vs. :
:
ZAMPELL REFRACTORIES, INC. :
Third-Party Defendants. :

**AFFIDAVIT**

I, Brian A. Flynn, after being duly sworn upon oath depose and say as follows:

1. That I am the Vice President of Certified Power Systems, Inc. and I have personal knowledge of the facts contained herein.

2. That Certified Power Systems, Inc.(CPS) entered into a contract with defendants on or about September 1, 2004 on a project known as the "Combustion Turbine Inlet Air Heating System" wherein CPS was hired to install heating coils at the power plant to prevent ice from building up and forming on the inlet air filters. CPS is owed approximately 2.2 million dollars from defendants on its contract.

3. CPS has a one million dollar credit line with BankNorth and the available credit line is 80% of accounts receivable under 90 days old.

4. CPS currently has receivables in the amount of 1.3 million dollars and utilizing the 80% credit line the amount is $1,045,626.00.

5. BankNorth has stated to CPS that if CPS drops below the available credit line BankNorth will feel insecure and will put the company in a Chapter 11 bankruptcy.

6. CPS does not have the financial capability to pay back the credit line with the outstanding

monies owed by defendants of approximately 2.2 million dollars that has been outstanding since January of 2005.

7. If BankNorth puts CPS into a Chapter 11, CPS will have difficulty being awarded new projects as third parties will doubt and question whether CPS has the financial capacity to complete the project(s).

8. Currently CPS does not have a heavy fall workload and the ability to keep the credit line in good standing diminishes each day.

9. If the trial date is extended beyond January of 2006, CPS believes the company will be put into a Chapter 11 bankruptcy and the company will cease to exist.

**Certified Power Systems, Inc.**

______________________________

Brian A. Flynn, Vice President

Subscribed and sworn to me this 28th day of September, 2005.

______________________________

Notary Public

My commission expires: 5/30/09