SCANNED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants,<br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br>vs.<br><br>ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendants. | C.A. No. 05-066-ML |

**MOTION TO RECONSIDER**

Certified Power Systems, Inc. hereby moves for this court to reconsider the order that entered on September 26, 2005 granting defendants' motion for an extension of the discovery time period and to extend the mediation as this court granted the motion without the benefit of plaintiff's objection which was in the process of being filed at the time this court granted the motion on defendants' papers. (See Exhibit 1). Defendants filed the motion to extend time on September 23, 2005. Plaintiff is objecting to the motion for the reasons set forth in the enclosed objection that was being prepared and awaiting the client's signature on the affidavit before it was filed. (See Exhibit 2). Plaintiff is asking this court to reconsider the order granting defendants' motion until the court has considered the arguments raised by plaintiff in the attached objection.

This request can be considered when the parties meet with the court at the conference scheduled on October 3, 2005 at 11:00 a.m. before Judge Lisi.

Plaintiff,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
Attorneys for
CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim/Third-Party Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 28th day of September, 2005 to:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Cheryl Hannad