FILED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.
Plaintiff,
vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.
Defendants,
vs.

CERTIFIED POWER SYSTEMS, INC.
Defendant on Counterclaim/Third-Party Plaintiff,
vs.

ZAMPELL REFRACTORIES, INC.
Third-Party Defendants.

C.A. No. 05-066-ML

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 10/4/05

**PLAINTIFF's MOTION TO COMPEL THIRD-PARTY DEFENDANT, ZAMPELL REFRACTORIES, INC., TO RESPOND TO PLAINTIFF's INTERROGATORIES AND REQUEST FOR PRODUCTION**

Plaintiff was hired by defendants to install heating coils on the air inlet plenum CT-101 and CT-102 at defendant's power plant located in Johnston, Rhode Island. Third-party defendant, Zampell Refractories, Inc. was a subcontractor hired to install the insulation to the air inlet structure. While third-party defendant was welding iron brackets and/or clips on CT-101 which holds the insulation in place, a fire developed on the inside of CT-101 causing substantial damage.

The experts' reports produced to date evidence that the evaporative cooling media located on the inside of the duct was not flame retardant and was combustible at temperatures in excess of 350 degrees. The iron brackets and/or clips were being welded to the stainless steel section of the air inlet duct. The welding that was being performed at the time the fire occurred on December 3, 2004 was non-structural. Regarding the iron brackets that were welded on the duct, some pictures show evidence of burn through marks in the vicinity of where the evaporative cooling media is located.

There is a dispute as to what was known and/or disclosed regarding the evaporative cooling media and the flammable materials located within the vicinity of where the welding occurred on December 3, 2004. The hot work permit issued on December 3, 2004 which was required per the specifications and contract prior to any welding occurring did not mention and/or list the evaporative cooling media.

Plaintiff is owed approximately 2.3 million dollars ($2,300,000.00) on work performed on the project which defendants are holding back and refusing to pay until defendants are reimbursed for the approximate 5 million dollars ($5,000,000.00) in losses sustained from the fire.

On July 21, 2005 plaintiff propounded a request for production to third-party defendant Zampell Refractories, Inc. to which no response has been made. No objections were filed to any of the requests within the initial thirty (30) day time period. (Attached as Exhibit A is copy of the request for production). On July 29, 2005 plaintiff propounded interrogatories to third party defendant Zampell Refractories, Inc. to which no response has been made and no objections have been interposed within the thirty (30) day time period required by the rules. (Attached as Exhibit B is a copy of the interrogatories).

The information sought in the interrogatories and request for production are relevant and material to the issues in this law suit and third-party defendant should be ordered to produce the documents and respond to the interrogatories within ten (10) days as plaintiff needs the information to provide to plaintiff's expert witnesses in order for the expert witnesses to prepare their reports which are due per an extension granted by October 3, 2005. CPS is in the process of trying to obtain a further extension.

**WHEREFORE**, plaintiff requests that it motion to compel be granted and that Zampell Refractories, Inc. provide responses to the interrogatories and request for production within ten (10) days of the hearing date.

Jessica L. Papazian-Ross, Esq. (#[illegible])
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
Attorneys for
CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim/Third-Party Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 15th day of September, 2005 to:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

______________________________