RECEIVED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC. | : | |
| vs. | : | C.A. No. 05-066-ML |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| vs. | : | |
| CERTIFIED POWER SYSTEMS, INC. Defendant on Counterclaim/Third-Party Plaintiff, | : | |
| vs. | : | |
| ZAMPELL REFRACTORIES, INC. | : | |

**ORDER**

This matter came on for conference before Judge Lisi on October 3, 2005 and after discussion it is hereby:

**ORDERED**

1. That the order dated September 26, 2005 granting defendants' motion to extend the discovery deadline and the mediation date is vacated in part. The mediation date of October 20, 2005 will be postponed and rescheduled in January of 2006.

2. The time periods set forth in the original pre-trial order dated May 19, 2005 are amended as follows:

   Discovery closes on December 31, 2005;
   Dispositive motions must be filed by January 16, 2006;
   Pre-trial memoranda must be filed by February 1, 2006.

Before presentation to this court, this order was circulated to all counsel of record and there was no objection to the form and substance of the order.

ENTER:

Judge of the United States District Court

Dated: 10/5/05

BY ORDER:

Clerk of the United States District Court

Deputy Clerk 10-6-05

PRESENTED BY:

Jessica L. Papazian-Ross (#3905)
Girard R. Visconti, Esq. (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 4th day of October, 2005 to:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Mark R. Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102