**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :
:
VS. :
:
RHODE ISLAND STATE ENERGY :
STATUTORY TRUST 2000, FPLE :
RHODE ISLAND STATE ENERGY, :
L.P. and FPLE RHODE ISLAND :
STATE ENERGY GP, INC. :
:
VS. : C.A. No. 05-066-ML
:
CERTIFIED POWER SYSTEMS, INC. :
:
VS. :
:
ZAMPELL REFRACTORIES, INC. :

**DEFENDANTS' RESPONSES AND OBJECTIONS TO ZAMPELL'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Fed.R.Civ.P. 34, Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") hereby respond to Zampell Refractories, Inc.'s ("Zampell") requests for production of documents as follows:

**Requests**

1. Minutes of Meetings, including but not limited to Project Safety Instructions, relative to the construction work ongoing in 2004 for Unit CT-101 and Unit CT-102 at the Florida Power and Light Plant in Johnston, Rhode Island.

**RESPONSE:** FPLE has produced documents concerning a Contractor Safety Orientation that was provided to all contractors present on the subject job site, including Zampell and Certified Power Systems, Inc. ("CPS"). FPLE has also produced documents

evidencing receipt of these materials, and of the underlying safety training, by various employees affiliated with Zampell and CPS.

2. All documents relating to the replacement of any pump located in the air inlet building plenum for Unit CT-101 for any time during the year 2004.

**RESPONSE:** FPLE does not currently possess any documents responsive to this request, but will supplement this response as appropriate if responsive documents are located.

3. Any written instruction or other documentation that would have accompanied, was attached to or in any way related to the issuance of hot work permits issued to CPS/Zampell from November 1, 2004 through December 3, 2004.

**RESPONSE:** FPLE has produced the hot work permit(s) for the work performed by CPS and/or Zampell on or about December 3, 2004. FPLE has also produced certain general welding standards and requirements that accompanied the original bid package for this job, copies of which CPS received at that time. Otherwise, FPLE does not believe that any documents were attached to any of the hot work permits issued in this instance.

4. Safety Tailgate meeting minutes, coordination documentation and all applicable standards regarding welding work pertaining to CT-101 in the time frame of November and December of 2004.

**RESPONSE:** FPLE is not aware of any meeting minutes or "coordination documentation" concerning any meetings known as "Safety Tailgate" meetings. With regard to applicable standards regarding welding work at the jobsite, FPLE refers to documents referenced above in its Response to Request No. 3.

5. All SCADA documentation, including computer print-outs for Unit CT-101 from November 1, 2004 through December 3, 2004.

**OBJECTION:** Said request is overbroad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. The Rhode Island State Energy Center has approximately 1,200 data points, only a few of which were in proximity to the subject fire. The specific data points in Unit CT-101 in proximity to the subject fire were off-line during the end of November and all of December 2004, so that no SCADA documentation is available for the relevant time frame. Moreover, these points are electronic in nature and not kept in paper form, so that printing out the requested information would be time consuming and voluminous.

6. All documentation including invoices, checks, contracts, purchase orders and work orders, that relate to damages sustained by Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy GP, Inc. as a result of the fire that occurred on December 3, 2004.

**RESPONSE:** FPLE has produced responsive documents.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 1st day of September 2005, I caused a true copy of the within Responses and Objections to Zampell's Requests for Production of Documents to be served by first class mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Girard R. Visconti, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102