**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

Plaintiff,

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

Defendants.

v.

CERTIFIED POWER SYSTEMS, INC.,

Defendant on Counterclaim/
Third-Party Plaintiff,

v.

ZAMPELL REFRACTORIES, INC.,

Third-Party Defendants.

**C.A. No. 05-066-ML**

**CERTIFIED POWER SYSTEMS, INC.'S, AS COUNTERCLAIM DEFENDANT, THIRD REQUEST FOR AN EXTENSION OF TIME TO DISCLOSE ITS EXPERT WITNESS REPORTS**

Defendant on Counterclaim, CERTIFIED POWER SYSTEMS, INC. ("CPS"), hereby moves that it be granted an additional extension of time within which to file its additional experts' reports on the following grounds:

CPS disclosed its cause and origin expert report of William Primiano on September 1, 2005 in accordance with the original discovery deadline. However, that expert report was

preliminary in nature because CPS and its expert required additional information before the issuance of Mr. Primiano's final report.

Subsequent to September 1, 2005, CPS determined that it would also be necessary to retain other experts, namely engineers Tom Soule and Sue Freeman, both of whom have been identified to all parties to this action and to the court (see CPS's Second Request for an Extension of Time to Disclose its Expert Witness Reports.)

On October 3, 2005, immediately after the last status conference with the Court, the parties, and their experts, attended a site inspection in Johnston, Rhode Island. At that time, CPS thought that its experts would be able to inspect certain materials that had been taken from the fire scene and which were no longer kept at the FPLE plant. These included the motor shafts, windings weld samples, and anti-condensation heaters taken from the FPLE plant. However, these materials are apparently still in the possession of FPLE's expert, Thielsch Engineering, and, therefore, were not available for inspection on October 3, 2005, as mistakenly expected by CPS.

On October 14, 2005, we provided to FPLE's counsel several dates during the next three weeks when CPS' experts will be available to perform a visual inspection of the pumps, motors, and welds, and a manual inspection of the motor shafts, at the Thielsch Engineering offices. We are awaiting a response from FPLE's counsel.

When CPS made its second request for an extension of time to disclose expert reports, we asked counsel for an extension beyond October 18, 2005 because we did not know if we could get the expert reports by then. However, consent was only given to the October 18, 2005 date because of the pending mediation on October 20, 2005. The mediation date has been postponed from its original date of October 20, 2005 to the new date of January 24, 2006. Consequently,

we believe that none of the parties should be prejudiced if CPS is granted until November 30, 2005 to disclose its remaining expert reports.

In our October 14, 2005 letter to all counsel, we requested consent for the relief sought in this motion. (See Exhibit A.) As of this time, however, no response has been received by this office.

Attorneys for Plaintiff/Defendant on
Counterclaim, and Third-Party Plaintiff
CERTIFIED POWER SYSTEMS, INC.

By:______________________________
MARK ROBERT VESPOLE
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, New Jersey 07102
phone: (973) 848-2900/ fax: (973)623-0405

Certified Power Systems, Inc
By their Attorney

______________________________
Jessica L. Papazian-Ross, #3905
Visconti & Boren Ltd.
55 Dorrance St
Providence, RI
(401) 331-3800, (401) 421-9302 (fax)

Order: This motion is hereby ______________________.

______________________________
U.S. District Judge

CERTICATION OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 18th day of October, 2005, to:

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
150 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

Deborah A. Galasso