[redacted]

Exhibit A

744 Broad Street
Suite 1510
Newark, NJ 07102
973/848-2900
Fax 973/623-0405
www.tsmp.com

Mark Robert Vespole
(973) 848-2909
mvespole@tsmp.com
Certified Civil Trial Attorney

October 14, 2005

Via Telefax

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Jessica Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
150 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

Re: Certified Power Systems v. Rhode Island State Energy Statutory Trust 2000
Our File No. 4711-11

Dear Mr. Freel:

Thank you for your October 4, 2005 letter.

First of all, regarding the inspections at Thielsch Engineering, I can offer the following dates: Thursday, October 20, 2005 in the morning, Monday, October 24, 2005, and any time on November 1-4, 2005. I would like to avoid the October 20, 2005 date if possible. Regarding the testing of the pumps and motors, we do not anticipate the need for any destructive testing or disassembly at this time. It is my understanding that in addition to a visual inspection, our engineering expert will want to manually turn the shafts of the motors for signs of bearing obstruction, misalignment, etc. Our expert will also want to check the anti-condensation heaters. Finally, our expert will want to perform some electrical tests on the windings, as well as insulation resistance and calculate a polarization index. We expect to be able to otherwise inspect all of the weld samples and any other evidence from the fire scene in Thielsch's possession. Please advise at your earliest convenience on which of these dates we will be able to have this inspection.

Next, because this inspection will not take place before next week, I intend to file a motion to extend by approximately 30 days the October 18, 2005 date when our expert reports are due. I know that you had previously objected to an extension beyond October 18, 2005

because of the October 20, 2005 mediation. Given the postponement of the mediation for more than three months, please advise whether or not you can consent to this extension, so that it can be reflected in our motion papers. I would also appreciate hearing from Mr. Mahoney and Mr. Reale regarding their consent as well.

Regarding depositions, as of this date, we would like to depose Walt Smith, Ed Alacon, George Burke, Pete Holzaphel and Rick Crossley of FPL. I know that John Mahoney has already noticed the depositions of Crossley and Holzaphel. Please advise whether or not you can produce Smith, Alacon and Burke on Thursday, November 10, 2005 or some other date, and whether or not you require formal notice. We will be sending you a formal 30(b)(6) deposition notice next week. Finally, I noticed that you have scheduled a deposition for November 15, 2005. I have enclosed a copy of my October 3, 2005 e-mail to you specifically indicating that I am not available on that date. Therefore, please reschedule that deposition to any of the other dates in the enclosed e-mail.

I look forward to hearing from you.

Very truly yours,

MARK ROBERT VESPOLE

MRV:ljc
Enclosure