UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC. | : | |
| v. | : | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| v. | : | C.A. No. 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | : | |
| v. | : | |
| ZAMPELL REFRACTORIES, INC. | : | |

**DEFENDANT'S OBJECTION TO**
**PLAINTIFF'S MOTION TO COMPEL**

Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P., and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") hereby object as follows to the motion to compel further responses to requests for production of documents filed by Plaintiff Certified Power Systems, Inc. ("CPS") on or about October 12, 2005.

On October 12, 2005, counsel for FPLE served the attached set of supplemental responses to the requests for production previously propounded by CPS pursuant to Fed.R.Civ.P. 34. Counsel for CPS apparently had not received this supplemental response when the instant motion was filed. The attached pleading clearly indicates, in response to all individual document requests, what documents were produced in response to those requests. The documents are identified in each instance by reference to Bates numbers previously affixed to those documents.

FPLE respectfully submits that the enclosed supplemental pleading provides CPS with any information sought in the instant motion, and with the information to which CPS is entitled pursuant to Rule 34. To date, FPLE has produced any and all documentation responsive to CPS' requests for production that it has been able to locate in its custody, possession or control. In certain limited instances, FPLE has asserted objections, or has sought further clarification from other parties regarding the scope or nature of the documents requested. FPLE believes that those objections or other requests for clarification have merit. FPLE remains willing to confer further with counsel for CPS, and with other counsel, in an effort to resolve any outstanding discovery issues or disputes, and will supplement its responses accordingly when and if any further documentation is located.

WHEREFORE, FPLE respectfully requests that the motion to compel filed by CPS be denied in light of FPLE's compliance.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of October 2005, I caused a true copy of the within Objection to Plaintiff's Motion to Compel to be served as follows to the following counsel of record:

Girard R. Visconti, Esq. [By Courier]
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq. [By Federal Express]
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq. [By Courier]
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq. [By Courier]
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903