UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC. | : | |
| | : | |
| v. | : | C.A. No. 05-66ML |
| | : | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| CERTIFIED POWER SYSTEMS, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| ZAMPELL REFRACTORIES, INC. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
October 24, 2005

BY ORDER:

Deputy Clerk