**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br><br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants,<br><br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br><br>vs.<br><br>ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendants. | : | C.A. No. 05-066-ML |

RECEIVED
OCT 27 2005
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Plaintiff, Certified Power Systems, Inc., hereby withdraws its motion dated October 12, 2005 to compel defendants to file a further response to plaintiff's request for production. The basis for the withdrawal is that defendants have supplemented their response and thus, plaintiff is withdrawing its motion.

Enter:
Mary M. Lisi
USDJ 10/27/05

Plaintiff,
***Certified Power Systems,***
By its Attorneys

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross (#3095)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (*Telephone*)
(401) 421-9302 (*Facsimile*)