FILED
OCT 28 200
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

**THIRD-PARTY DEFENDANT,
ZAMPELL REFRACTORIES, INC.'s, MOTION
TO FILE A FOURTH PARTY COMPLAINT**

Now comes the third-party defendant, Zampell Refractories, Inc., and moves to file a Fourth-Party Complaint against Sargent & Lundy, L.L.C. As grounds for said motion, the moving party refers to the Memorandum of Law attached hereto and incorporated herein by reference.

ZAMPELL REFRACTORIES, INC.,
BY ITS ATTORNEYS,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax
and
JOSEPH J. REALE, JR., ESQ. - #3158
30 KENNEDY PLAZA, SUITE 400
PROVIDENCE, RI 02903
(401) 453-9900 - Telephone
(401) 453-9917 - Fax

Granted.
Mary M. Lisi
US DJ 11/21/05

CERTIFICATION

I hereby certify that on the 27th day of October, 2005 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812.

Lisa Ann Soucy

Lisa Ann Soucy