UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C.

**FOURTH PARTY COMPLAINT**

1. The fourth-party plaintiff, Zampell Refractories, Inc., is a Massachusetts corporation.

2. The fourth-party defendant, Sargent & Lundy, L.L.C., is a limited liability company with a place a principal place of business and place of incorporation located in the City of Chicago, State of Illinois.

3. The plaintiff/third-party plaintiff filed the instant third-party civil action against Zampell Refractories, Inc. alleging that in the event said third-party plaintiff, Certified Power Systems, Inc., is adjudged liable to Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, LP and FPLE Rhode Island State Energy GP, Inc., as a result of a fire that occurred on the counterclaim plaintiff's premises, then said third-party plaintiff, Certified Power Systems, Inc., seeks contribution and indemnification from Zampell Refractories, Inc.

4. The fourth-party defendant, Sargent & Lundy, L.L.C., was the consulting engineer on the construction project in Johnston, Rhode Island involving the three aforementioned parties. It was the obligation of the fourth-party defendant to inform, advise and warn Zampell Refractories, Inc. of any flammable material outside the knowledge of Zampell Refractories, Inc. that existed at the construction site where the fourth-party plaintiff performed welding services. The fourth-party defendant failed to advise Zampell Refractories, Inc. of any flammable material otherwise unbeknownst to the fourth-party plaintiff. In the event that the fourth-party plaintiff is adjudged responsible to the third-party plaintiff for contribution and/or indemnification, then, and in that case, the fourth-party plaintiff seeks indemnification and contribution from the fourth-party defendant, Sargent & Lundy, L.L.C.

WHEREFORE, the fourth-party plaintiff, Zampell Refractories, Inc., seeks contribution and indemnification from the fourth-party defendant, Sargent & Lundy, L.L.C., for all sums of money for which the fourth-party plaintiff may ultimately become adjudged liable to the third-party plaintiff, Certified Power Systems, Inc.

ZAMPELL REFRACTORIES, INC.,
BY ITS ATTORNEYS,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax
and
JOSEPH J. REALE, JR., ESQ. - #3158
30 KENNEDY PLAZA, SUITE 400
PROVIDENCE, RI 02903
(401) 453-9900 - Telephone
(401) 453-9917 - Fax

THE FOURTH-PARTY PLAINTIFF REQUESTS A TRIAL BY JURY.

## CERTIFICATION

I hereby certify that on the 8th day of December, 2005 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812.

Lisa Ann Soucy