AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

CERTIFIED POWER SYSTEMS, INC.

V.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000,
FPLE RHODE ISLAND STATE ENERGY GP, INC.

V.

CERTIFIED POWER SYSTEMS, INC.

V.

ZAMPELL REFRACTORIES, INC.

V.

SARGENT & LUNDY, LLC

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-066-ML

TO: (Name and address of Defendant)

SARGENT & LUNDY, LLC
AGENT OF SERVICE:
Prentiss Hall Corp. System
222 Jefferson Boulevard
Suite 200
Warwick, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN R. MAHONEY, ESQ.
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/7/05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-9-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris Authorized Federal Process Server | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 222 Jefferson Blvd Suite 200 Warwick R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Prentiss Hall Corp. Systems / Registered Agent

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-9-05 (Date) — Alfred J Harris (Signature of Server)

P.O. Box 1107 Pawtucket R.I. 02862 (Address of Server)

Alfred J. Harris
Authorized Federal Process Server

Chris Bergner

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.