UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C.

**THIRD-PARTY DEFENDANT, ZAMPELL REFRACTORIES, INC.'s, MOTION TO FILE A FOURTH PARTY COMPLAINT**

Now comes the third-party defendant, Zampell Refractories, Inc., and moves to file a Fourth-Party Complaint against Premier Engineering Services, Inc. As grounds for said motion, the moving party refers to the Memorandum of Law attached hereto and incorporated herein by reference.

ZAMPELL REFRACTORIES, INC.,
BY ITS ATTORNEYS,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

and
JOSEPH J. REALE, JR., ESQ. - #3158
30 KENNEDY PLAZA, SUITE 400
PROVIDENCE, RI 02903
(401) 453-9900 - Telephone
(401) 453-9917 - Fax

## CERTIFICATION

I hereby certify that on the 19th day of December, 2005 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812.

Lisa Ann Soucy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C.

**MEMORANDUM OF LAW**
**IN SUPPORT OF**
**THIRD-PARTY DEFENDANT,**
**ZAMPELL REFRACTORIES, INC.'s, MOTION**
**TO FILE A FOURTH PARTY COMPLAINT**

The plaintiff, Certified Power Systems, Inc., filed the instant civil action against defendants, Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy GP, Inc. The lawsuit arises out of a construction contract entered into between the plaintiff contractor and the defendant owner at the defendant's property located at 24 Shun Pike in Johnston, Rhode Island. The plaintiff sued the defendant alleging that the defendant breached its contract with the plaintiff in failing to pay the plaintiff the balance of contractual monies allegedly owed for the completion of work performed by the plaintiff on behalf of the defendant. The plaintiff also sued the defendant alleging that the defendant was unjustly enriched as a result of construction work performed by the plaintiff. The claim of Certified Power Systems, Inc. and

the counterclaim by Rhode Island State Energy Statutory Trust 2000 seek damages that are alleged to be in the amount of $4,000,000.00 - $5,000,000.00.

The defendant filed a counterclaim against the plaintiff alleging that the plaintiff breached its contract with the defendant and that said plaintiff's negligence was the proximate cause of a fire that occurred at the defendant's premises on or about December 3, 2004.

Pursuant to Federal Rules of Civil Procedure 14(b), the defendant in counterclaim filed a Third-Party Complaint against the moving party, Zampell Refractories, Inc. Zampell Refractories, Inc. was a subcontractor of Certified Power Systems, Inc. at the construction project that was undertaken on the defendant's property located at 24 Shun Pike in Johnston, Rhode Island. The Third-Party Complaint seeks contribution and/or indemnification from Zampell Refractories, Inc. for any damages which Certified Power Systems, Inc. may ultimately become adjudged liable to the defendant/counterclaim plaintiff for any damages sustained by the counterclaim plaintiff as a result of the fire.

Zampell Refractories, Inc. performed welding services on an air inlet plenum building located on the defendant/counterclaim plaintiff's premises. If the welding was involved in the igniting of the fire, it was due to flammable material located at the welding site which was not made known to the proposed fourth-party plaintiff, Zampell Refractories, Inc. The proposed fourth-party defendant, Premier Engineering Services, Inc., by and through its principal officer Edward Alacon, was the Project Manager of the job site. In a recent deposition conducted of the Plant General Manager of Florida Power, the plaintiff in counterclaim, a contract between Florida Power and Premier Engineering Services, Inc. was produced. Zampell Refractories, Inc. alleges in this Fourth Party Complaint that as the Project Manager, Premier Engineering Services, Inc. was responsible for advising all parties, including fourth party plaintiff, Zampell

Refractories, Inc., of any flammable material which would prove to be a hazardous condition inside the air inlet plenum on the exterior of which the fourth party plaintiff was performing welding services.

Accordingly, Premier Engineering Services, Inc., as the Project Manager, is an essential party to the claim. A copy of the proposed Fourth Party Complaint is attached hereto.

ZAMPELL REFRACTORIES, INC.,
BY ITS ATTORNEYS,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax
and
JOSEPH J. REALE, JR., ESQ. - #3158
30 KENNEDY PLAZA, SUITE 400
PROVIDENCE, RI 02903
(401) 453-9900 - Telephone
(401) 453-9917 - Fax

CERTIFICATION

I hereby certify that on the 19th day of December, 2005 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812.

Lisa Ann Soucy