UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :

v. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

v. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

v. :

ZAMPELL REFRACTORIES, INC. :

**MOTION TO EXTEND TIME FOR DISCOVERY**

Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P., and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") hereby move this Court for an enlargement of time to conduct discovery under the terms of this Court's Pretrial Order entered May 19, 2005, as amended.

Since the last conference with this Court, the parties have engaged substantial written discovery, have produced documents, have exchanged initial expert reports, and have conducted several depositions of party witnesses. However, several additional depositions of party witnesses must still be conducted. Some have been scheduled for dates in January; others have been noticed but are not yet scheduled for confirmed dates. In addition, counsel for Third-Party Defendant Zampell Refractories, Inc. ("Zampell") has recently filed a Fourth-Party Complaint against a new party, Sargent & Lundy ("S&L"). As of this writing, counsel for S&L has not

entered an appearance. That counsel will presumably need additional time to conduct discovery, and witnesses from that party will have to be deposed. Counsel for Zampell has also stated an intent to bring an additional Fourth-Party Complaint against other parties, which would involve even additional depositions, some of which would have to occur out of state. It is entirely possible that counsel for S&L or any other new parties may ask to re-open depositions already conducted.

The parties are currently scheduled to conduct a full-day mediation with William Poore, Esq., on January 24, 2006. However, counsel for Zampell has recently written to this Court and has expressed doubt about its readiness, and the readiness of all parties, to engage in a fully informed process of voluntary mediation as soon as January 24, particularly in light of the status of discovery and the recent addition of new parties. The undersigned counsel for FPLE shares that concern. In response to the aforementioned correspondence from counsel for Zampell, this Court has scheduled a conference for January 4, 2006.

FPLE respectfully submits that despite the best efforts of the parties to date, more time will be necessary to conduct further discovery to prepare for mediation, as well as for any ultimate trial. FPLE does not believe that any party will be prejudiced by the extension of the discovery closure deadline, and respectfully submits that the additional time will be helpful to the Court in its future decisions in this case. Moreover, FPLE believes that an extension of time is inevitable and unavoidable in light of the recent addition of new parties.

WHEREFORE, FPLE respectfully requests an extension of at least ninety (90) days of the discovery disclosure date in this case, from December 31, 2005 to March 31, 2006, subject to any requests for further time made by counsel for S&L or any other new parties. FPLE also

requests an extension of the date by which it is required to make any final or supplemental expert disclosures until sometime after the completion of factual discovery.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY, L.P.
and FPLE RHODE ISLAND STATE
ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 22nd day of December 2005, I caused a true copy of the within Motion to Extend Time for Discovery to be served by telecopy and regular mail, postage prepaid, to the following counsel of record:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Marilyn Freel