**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC. :

v. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

v. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

v. :

ZAMPELL REFRACTORIES, INC. :

**CERTIFIED POWER SYSTEMS, INC.'S OBJECTION IN PART TO DEFENDANTS' MOTION TO EXTEND THE PRETRIAL DISCOVERY DEADLINES**

Currently, pretrial discovery closes on December 31, 2005 per the amended order dated October 5, 2005. Several depositions of lay witnesses as well as expert witnesses have not been able to be taken based on the attorneys and witnesses availability and thus, depositions will need to be taken in January of 2006.

Plaintiff has no objection to a short extension of the discovery deadline to January 31, 2006. For the reasons already stated, plaintiff is in a precarious financial situation based on the $2.1 million dollars that is owed in this case arising out of work performed at defendants' power plant in Johnston, Rhode Island. Plaintiff is below its line of credit with the bank and the bank is taking a wait and see approach as to when this trial will be scheduled as to what move the bank will make regarding calling in the loan and essentially putting CPS out of business. The outage

season starts in March and it is critical that this case receive a trial date no later than the beginning of March, 2006 as CPS cannot hold the $2.1 million dollar account receivable that is owed in this case and maintain its credit line with the bank that has already been breached. The bank has been holding on based on representations by CPS' counsel that the case would be mediated on January 24, 2006 and tried in February/March of 2006.

Plaintiff has no objection to the discovery closing on January 31, 2006 and pretrial memorandum being filed by February 28, 2006. Plaintiff is requesting a trial date at the beginning of March 2006, subject to the Court's availability.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
744 Broad Street, Suite 1510
Newark, NJ 07102

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been sent via regular mail, postage prepaid, to the following individuals this 22nd day of December, 2005 to:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Susan Mayfeo