**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC.

C.A. NO.: 05-066-ML

**NOTICE OF APPEARANCE**

Please enter the appearance of Warren D. Hutchison as attorney for fourth-party defendant, Sargent & Lundy, LLC, in the above captioned matter.

Respectfully submitted,
**SARGENT & LUNDY LLC**
By its attorney,

Warren D. Hutchison /PSS

Warren D. Hutchison, RI #6571
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500
(617) 406-4501

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on the 29th day of December 2005, I served a true and accurate copy of the Notice of Appearance via first class mail, postage pre-paid, to:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner

00968605