**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,<br><br>Defendants,<br>v.<br><br>CERTIFIED POWER SYSTEMS, INC.,<br><br>Defendant on Counterclaim/Third-Party Plaintiff,<br>v.<br><br>ZAMPELL REFRACTORIES, INC.,<br><br>Third-Party Defendants/Fourth-Party Plaintiff,<br>v.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING,<br><br>Fourth-Party Defendants. | **C.A. No. 05-066-ML**<br><br>**CLAIM FOR INDEMNIFICATION AND CONTRIBUTION AGAINST FOURTH-PARTY DEFENDANTS, SARGENT & LUNDY, LLC and PREMIER ENGINEERING** |

Defendant on Counterclaim/Third-Party Plaintiff, CERTIFIED POWER SYSTEMS, INC., ("CPS") hereby sets forth the following claim for indemnification and contribution against Fourth-Party Defendant, SARGENT & LUNDY, LLC ("S&L") and PREMIER ENGINEERING, as follows:

**CLAIM FOR INDEMNIFICATION AND CONTRIBUTION**

**COUNT ONE**
**AGAINST SARGENT & LUNDY, LLC**

1. Defendant on Counterclaim/Third-Party Plaintiff, CERTIFIED POWER SYSTEMS, INC. ("CPS") is being sued as more specifically disclosed in the Counterclaim filed by Defendants, RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. ("R.I. STATE ENERGY DEFENDANTS") herein.

2. On and before December 3, 2004, the date which the fire occurred and the date that R.I. STATE ENERGY DEFENDANTS alleges it suffered damages, S&L was performing services at the R.I. STATE ENERGY DEFENDANTS site including, but not limited to, certain engineering consulting and design services pursuant to a contract it entered into with RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000.

3. ZAMPELL has now filed a fourth-party complaint against S&L for contribution and indemnification for all sums of money for which ZAMPELL may ultimately become adjudged liable to CPS.

4. Although CPS denies breaching any duty owed to R.I. STATE ENERGY DEFENDANTS and denies being obligated to R.I. STATE ENERGY DEFENDANTS in any respect, in the event it is determined that CPS is responsible in any way in this matter, then CPS is entitled to contribution and complete indemnification at common law from Third-Party Defendant, ZAMPELL and from Fourth-Party Defendant, S&L.

**WHEREFORE**, CPS demands judgment against Fourth-Party Defendant, Sargent & Lundy, LLC, for any and all damages that it may suffer plus interest and attorney's fees.

## COUNT TWO
## AGAINST PREMIER ENGINEERING

5. Defendant on Counterclaim/Third-Party Plaintiff, CERTIFIED POWER SYSTEMS, INC. ("CPS") is being sued as more specifically disclosed in the Counterclaim filed by Defendants, RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. ("R.I. STATE ENERGY DEFENDANTS") herein.

6. On and before December 3, 2004, the date which the fire occurred and the date that R.I. STATE ENERGY DEFENDANTS alleges it suffered damages, PREMIER ENGINEERING was performing services at the R.I. STATE ENERGY DEFENDANTS site including, but not limited to, consulting services pursuant to a contract it entered into with RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000.

7. ZAMPELL has now filed a fourth-party complaint against PREMIER ENGINEERING for contribution and indemnification for all sums of money for which ZAMPELL may ultimately become adjudged liable to CPS.

8. Although CPS denies breaching any duty owed to R.I. STATE ENERGY DEFENDANTS and denies being obligated to R.I. STATE ENERGY DEFENDANTS in any respect, in the event it is determined that CPS is responsible in any way in this matter, then CPS is entitled to contribution and complete indemnification at common law from Third-Party Defendant, ZAMPELL and from Fourth-Party Defendant, PREMIER ENGINEERING.

**WHEREFORE**, CPS demands judgment against Fourth-Party Defendant, PREMIER ENGINEERING, for any and all damages that it may suffer plus interest and attorney's fees.

## JURY DEMAND

Defendant on Counterclaim/Third-Party Plaintiff, CERTIFIED POWER SYSTEMS, INC., ("CPS") demands a trial by jury as to all issues.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel. No. (973) 848-2909
Fax No. (973) 623-0405

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been sent via regular mail, postage prepaid, to the following individuals this 6th day of January, 2006:

John R. Mahoney, Esq.
Asquity & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Susan M Capfe[illegible]

NEWARK-#16981