**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC.

C.A. NO.: 05-066-ML

**FIRST AMENDED ANSWER AND JURY DEMAND OF FOURTH-PARTY DEFENDANT SARGENT & LUNDY, LLC TO THE FOURTH-PARTY COMPLAINT OF ZAMPELL REFRACTORIES, INC.**

Fourth-party defendant Sargent & Lundy, LLC, ("S&L") by its attorneys, responds to the allegations made by fourth-party plaintiff Zampell Refractories, Inc., in its fourth-party complaint and states as follows:

1. Fourth-party defendant S&L is without sufficient information to form a belief to the truth of the allegations of paragraph 1 and therefore denies same.

2. Admitted.

3. S&L admits the existence of a third-party complaint against Zampell Refractories, Inc. but denies any and all allegations of paragraph 3 to the extent they differ from the third-party complaint which speaks for itself.

4. S&L admits that it was retained to provide certain consulting engineering services in relation to a project in Johnston, Rhode Island involving Rhode Island Energy Statutory Trust 2000, FPLE Rhode Island State Energy, LP and FPLE Rhode Island State Energy GP, Inc. S&L denies the remaining allegations and legal conclusions of paragraph 4.

WHEREFORE, fourth-party defendant, Sargent & Lundy, LLC, denies that fourth-party plaintiff, Zampell Refractories, Inc., is entitled to judgment against it in any amount whatsoever and prays for entry of judgment in its favor.

**FIRST AFFIRMATIVE DEFENSE**

If Zampell suffered damages, the same were caused by Zampell's own negligence and/or the negligence of parties to this litigation other than S&L.

**SECOND AFFIRMATIVE DEFENSE**

Zampell's fourth-party complaint fails to state a claim upon which relief can be granted.

**JURY DEMAND**

The fourth-party defendant, Sargent & Lundy, LLC hereby demands a trial by jury for all matters so triable.

Respectfully submitted:

SARGENT & LUNDY, LLC,

By its attorneys,

Warren D. Hutchison /RSS

Warren D. Hutchison, RI #5571
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500 – Telephone
(617) 406-4501 - Fax

and

Janet R. Davis
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, IL 60606
(312) 474-7900 – Telephone
(312) 474-7898 – Fax

00970719

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on the 9th day of January 2006, I served a true and accurate copy of the First Amended Answer and Jury Demand of Fourth-Party Defendant Sargent & Lundy, LLC to the Fourth-Party Complaint of Zampell Refractories, Inc. via first class mail, postage pre-paid, to:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner

00968609