**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC. :
Plaintiff, :
vs. : C.A. No. 05-066-ML
:
RHODE ISLAND STATE ENERGY :
STATUTORY TRUST 2000, FPLE :
RHODE ISLAND STATE ENERGY, L.P. :
and FPLE RHODE ISLAND STATE :
ENERGY GP, INC. :
Defendants, :
vs. :
:
CERTIFIED POWER SYSTEMS, INC. :
Defendant on Counterclaim/Third-Party Plaintiff, :
vs. :
:
ZAMPELL REFRACTORIES, INC. :
Third-Party Defendants. :

## AFFIDAVIT

I, Brian A. Flynn, after being duly sworn upon oath depose and say as follows:

1. That I am the Vice President of Certified Power Systems, Inc. and I have personal knowledge of the facts contained herein.

2. That Certified Power Systems, Inc.(CPS) entered into a contract with defendants on or about September 1, 2004 on a project known as the "Combustion Turbine Inlet Air Heating System" wherein CPS was hired to install heating coils at the power plant to prevent ice from building up and forming on the inlet air filters. CPS is owed approximately 2.1 million dollars from defendants on its contract.

3. CPS has a one million dollar credit line with BankNorth and the available credit line is 80% of accounts receivable under 90 days old.

4. CPS is currently $650,000 below its line of credit with BankNorth.

5. CPS does not have the financial capability to pay back the line of credit with outstanding monies owed by defendants of approximately 2.1 million dollars that has been outstanding since January of 2005.

6. Bank North has reserved its right to call the loan at its pleasure.

7. If BankNorth puts CPS into a Chapter 11, CPS will have difficulty being awarded new projects as third parties will doubt and question whether CPS has the financial capacity to complete the project(s).

8. If the trial date is extended beyond March of 2006, CPS will have to turn down projects that it may be awarded in March of 2006 because it will not have the capital to fund the projects based on its current assets and the status of its line of credit with BankNorth.

**Certified Power Systems, Inc.**

Brian A. Flynn, ~~Vice~~ President

Subscribed and sworn to me this 11th day of January, 2006.

Notary Public
My commission expires: 5/30/09