**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | |
| CERTIFIED POWER SYSTEMS, INC. | ) | C.A. NO.: 05-066-ML |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. | ) | |

**THE FOURTH-PARTY DEFENDANT SARGENT & LUNDY, LLC'S**
**JOINDER IN MOTION TO SEVER**

The Fourth-Party Defendant, Sargent & Lundy, LLC ("S&L"), hereby joins the Rule 42(b) motion of Certified Power Systems, Inc. ("CPS") to sever all fourth-party claims from the original claims, counterclaims, and third-party claims in this matter. Severance would serve the interests of justice as it would allow the Court to proceed to trial as scheduled between the parties who have been in the case since its inception, and will not cause delay inevitable if recently added parties have to complete discovery.

This case was commenced in February, 2005. Discovery proceeded and a March 2006 trial date was set. On December 8, 2005, Zampell Refractories, Inc. ("Zampell") filed a Fourth-Party Complaint against S&L (Docket # 41). S&L filed its Answer on

December 29, 2005 (Docket # 47) and its First Amended Answer on January 9, 2006 (Docket #50). On January 6, 2006, CPS filed a Claim against S&L and Premier Engineering ("Premier") (collectively "the Fourth-Party Defendants") seeking contribution and indemnification arising from a Counterclaim filed by FPLE Rhode Island State Energy, L.P. (Docket #49). S&L and Premier have not yet answered CPS's Fourth-Party Complaint.

S&L agrees with CPS that it cannot possibly try this case on the date scheduled in March 2006 or any time shortly thereafter, nor can it meet the deadlines imposed by this Court's January 18, 2005 Amended Pretrial Order, which contemplates a March 2006 trial date and requires that all discovery be completed by February 14, 2006. This case is factually complex and S&L reasonably requires at least eight (8) months time to serve written discovery, take depositions, and prepare for trial. From discussions with counsel, S&L understands that significant discovery has already been completed by the parties, including numerous depositions of party witnesses, written discovery, and voluminous document production.

Moreover, given the large amount of discovery already completed, resources will be conserved by severing the fourth-party claims and allowing the remaining claims to proceed to trial. If neither Zampell nor CPS is found liable in this matter, each parties' respective claims for contribution and indemnification against the Fourth-Party Defendants will be moot, saving all parties involved the time and expense of S&L and Premier initiating their own discovery requests.

WHEREFORE, Sargent & Lundy, LLC respectfully requests that the fourth-party claims brought by Zampell Refractoris, Inc. and Certified Power Systems, Inc. against

Sargent & Lundy, LLC and Premier Engineering be severed to allow the original claims, counterclaims and third-party claims to proceed consistent with the Court's January 18, 2006 Amended Pretrial Order (Docket # 53).

Respectfully submitted

SARGENT & LUNDY LLC

By its attorney,

Warren D. Hutchison /PSS

Warren D. Hutchison
R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: 617-406-4606
Facsimile: 617-406-4501

Dated: January 20th, 2006

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner, hereby certify that on the 20th day of January 2006, I served a true and accurate copy of the foregoing document via first class mail, postage pre-paid, to:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner

00973795