UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :
:
v. :
:
RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :
:
v. : C.A. No. 05-066-ML
:
CERTIFIED POWER SYSTEMS, INC. :
:
v. :
:
ZAMPELL REFRACTORIES, INC. :

**FPL DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P., and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") hereby move this Court for issuance of a Protective Order pursuant to Fed.R.Civ.P. 37, precluding Plaintiff Certified Power Systems, Inc. ("CPS") from conducting the depositions of any witnesses from Fourth-Party Defendants Sargent & Lundy, L.L.C. ("S&L") and/or Premier Engineering Services, Inc. ("Premier") prior to the current discovery closure date of February 14, 2006. In support of this motion, and in support of FPLE's related objection to the motion to sever Fourth-Party Complaints filed by CPS, FPLE has submitted a memorandum of law.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY, L.P.
and FPLE RHODE ISLAND STATE
ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 23rd day of January 2005, I caused a true copy of the within Motion for Protective Order to be served by telecopy and regular mail, postage prepaid, to the following counsel of record:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210