**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | |
| CERTIFIED POWER SYSTEMS, INC. | ) | C.A. NO.: 05-066-ML |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. and PREMIER ENGINEERING | ) | |

**SARGENT & LUNDY LLC'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), and without objection from Zampell Refractories, Inc. ("Zampell") and Certified Power Systems, Inc. ("CPS"), the fourth-party defendant Sargent & Lundy, LLC ("S&L") hereby moves this Court for issuance of a Protective Order preserving S&L's right to re-notice all depositions that have been taken or are scheduled to be taken in this matter prior to the close of discovery on February 14, 2006, if necessary. This case commenced in February 2005, and numerous depositions and other discovery was taken prior to S&L being made a party last month. Trial is currently scheduled for March, 2006, and a motion to sever the claims against S&L from the original and third party claims is pending. Basic fairness dictates that

S&L be allowed a reasonable time to familiarize itself with the matter and investigate the facts and merits of the claims prior participating in party and expert depositions.

In further support, S&L states that at least six depositions were taken prior to S&L filing its Answer, with significant discovery exchanged. This Court's January 18, 2005 Amended Pretrial Order set a closing date for discovery as February 15, 2006. Since that time, the parties have taken depositions on January 18, January 24 and are scheduled to take a deposition on January 26. The parties have noticed no less than six additional depositions between today and February 15, 2006. S&L is currently unable to meaningfully prepare for or participate in these depositions. S&L has only recently received transcripts of some of the previous depositions, and has not yet received all the exhibits or other documents produced by the other parties.

As this Court is aware, CPS has filed a motion to sever the fourth-party claims and allow the original claim, counterclaims, and third-party claims to proceed to trial without delay in March, 2006. S&L has joined that motion. If the motion to sever is granted, S&L will need to re-notice the depositions only in the event that Zampell or CPS is found liable and decides to continue its fourth-party suit against S&L. If neither Zampell nor CPS is found liable, each parties' respective claims for contribution and indemnification against the S&L will be moot, and no further discovery will be required.

WHEREFORE, Sargent & Lundy LLC respectfully requests that this Court issue a Protective Order preserving its right, if necessary, to continue the depositions of all witnesses that have been taken or are scheduled to be taken prior to February 14, 2006.

Respectfully submitted

SARGENT & LUNDY LLC

By its attorney,

Warren D. Hutchison /RS

Warren D. Hutchison
R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: 617-406-4606
Facsimile: 617-406-4501

and

Janet R. Davis
Andrew M. Hutchison
Meckler Bulger & Tilson LLP
Suite 1800
123 North Wacker Drive
Chicago, Illinois 60606
Telephone: 312-474-7900
Facsimile: 312-474-7898

Dated: January 25, 2006

**CERTIFICATION**

I, Ranen S. Schechner, hereby certify that Sargent & Lundy LLC has conferred or attempted to confer with all affected parties in an effort to resolve this dispute or narrow the difference between the parties. After discussion between counsel, neither Zampell Refractories, Inc. nor Certified Power Systems, Inc. has objected to this motion.

Ranen S. Schechner

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on the 26th day of January 2006, I served a true and accurate copy of the following document by hand to:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner

00974466