UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :

v. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

v. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

v. :

ZAMPELL REFRACTORIES, INC. :

**AFFIDAVIT OF RON REAGAN**

I, Ron Reagan, being under oath, hereby depose and say as follows:

1. I am currently employed by FPL Energy, LLC ("FPLE") as a Business Director. I reside and work in the State of Florida. I am over the age of eighteen (18). All matters stated herein are based upon my personal knowledge.

2. Among other duties, I am responsible for oversight of business matters concerning the Rhode Island State Energy Center ("RISEC") plant in Johnston, Rhode Island, owned and operated by certain FPLE affiliates. In that regard, I am aware of certain damages sustained by Rhode Island State Energy Statutory Trust 2000 ("RISE Trust 2000") at the RISEC plant as a result of a fire that occurred on December 3, 2004. Damages resulting from that fire are in the amount of approximately $5 million.

3. As a result of sustaining these damages, and as a result of set-off language contained in the Contract between RISE Trust 2000 and Certified Power Systems, Inc. ("CPS"), RISE Trust 2000 has withheld payment of funds in the amount of $2,185,186.17 that otherwise would have been due and payable to CPS under the terms of that Contract. Prior to the date of the fire, RISE Trust 2000 had paid CPS a total of approximately $831,000 pursuant to the Contract.

4. Immediately following the fire, RISE Trust 2000 issued a supplemental purchase order (the "Repair Contract") under which CPS agreed to perform immediate repair work at the RISEC plant. Under the terms of that Repair Contract, RISE Trust 2000 agreed to make payment to CPS for those services, while still reserving its right to hold CPS and/or its subcontractors responsible for damages incurred in the fire on December 3, 2004. To date, RISE Trust 2000 has paid CPS a total of approximately $2.4 million pursuant to the terms of that Repair Contract. There is a negligible balance in the amount of approximately $9,000.00 still due to be paid on the Repair Contract, which is being withheld pending the outcome of this litigation, particularly including claims pending between CPS and its primary subcontractor, Zampell.

5. Since January 1, 2004, RISE Trust 2000 has paid CPS a total of approximately $6 million for various services performed at the RISEC plant, including more than $1 million paid in the latter half of 2005 alone for services associated with an unrelated water storage tank job.

6. RISE Trust 2000 is withholding payment of the additional $2.1 million left on the original Contract referenced above in light of the substantial damages incurred by RISE Trust 2000 as a result of the fire caused by CPS' subcontractor, which exceed the remaining contract balance, and in light of RISE Trust 2000's contractual right to set-off and withhold such amounts.

Ron Reagan

STATE OF FLORIDA
COUNTY OF Palm Beach

Subscribed and sworn to before me this 25 day of January, 2006.

JANET L. ERVIN
MY COMMISSION # DD 176642
EXPIRES: April 25, 2007
Bonded Thru Budget Notary Services

Notary Public
My Commission Expires: April 25, 2007