SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING SERVICES, INC.

**AFFIDAVIT**

I, JOHN R. MAHONEY, ATTORNEY, do swear as follows:

1. I forwarded a Summons and Complaint to c/o Mr. Edward Alarcon of Premier Engineering Corp., 400 Portland Road, San Antonio, TX 78216 by means of Certified Mail, Return Receipt Requested. Attached hereto is a copy of the original Certified Return Receipt Card dated January 19, 2006.

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27th DAY OF JANUARY, 2006.

Nancy L. Phillips
NOTARY PUBLIC
MY COMMISSION EXPIRES: 11.29.09

CERTIFICATION

I hereby certify that on the 26th day of January, 2006 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812 and Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210.

Lisa Ann Soucy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. EDWARD ALARCON
PREMIER ENGINEERING CORP
400 PORTLAND ROAD
SAN ANTONIO TX 78216

RE: ZAMPELL

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*) Michael Alarcon

B. Date of Delivery 1-19-06

C. Signature X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*) 7001 0320 0000 0842 5736

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789