**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY L.P., and FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC.

C.A. NO.: 05-066-ML

**FOURTH-PARTY DEFENDANT SARGENT & LUNDY, LLC'S**
**MOTION TO EXTEND DISCOVERY DEADLINE**

Fourth-party defendant, Sargent & Lundy, LLC ("S&L"), hereby moves for an enlargement of time to conduct discovery under the terms of the Court's Amended Pretrial Order dated January 18, 2006, pursuant to which the Court set a discovery deadline of February 14, 2006.

Third-party defendant/fourth-party plaintiff Zampell Refractories, Inc. ("Zampell") filed its fourth-party complaint against S&L on December 12, 2005 (Docket #41). S&L filed its appearance and answer on December 30, 2005 (Docket #47) and its first amended answer on January 9, 2006 (#50). Also on January 9, Certified Power Systems, Inc. ("CPS") filed a claim for contribution

or indemnification against S&L (Docket #49). Zampell subsequently filed a fourth-party complaint against Premier Engineering Services ("PES") on January 10, 2006 (Docket #51) and PES was served on January 19, 2006 (Docket #64). PES has not yet appeared in the case.

On January 4, 2006, the Court granted a motion by the defendant Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. ("R.I. State Energy defendants") to extend time for discovery and gave the parties an additional forty-five (45) days. The Court's Amended Pretrial Order provides for a discovery deadline of February 14, 2006, dispositive motion deadline of February 28, 2006, pretrial memorandum deadline of March 14, 2006, and placed the case on the Court's March trial call. (Docket #53). CPS filed a motion to sever the fourth-party actions to expedite the case (Docket #52) and S&L filed a joinder motion to sever in which it stated it would need at least eight months to serve written discovery, take depositions and prepare for trial (Docket #57). The Court denied CPS's motion in its January 27, 2006, Order (Docket # 62).

Prior to S&L's appearance in the case, the parties conducted extensive written discovery and took numerous depositions in November and December. Damages claimed by various parties are in the millions of dollars. Since January 4, 2006, the parties have taken three more depositions on January 18, 24 and 26. S&L attended two of the depositions and reserved its right to re-notice each deposition at a later date once it is familiar with the case. S&L also filed a motion for protective order on January 26, 2006 seeking permission

to re-notice all depositions that have been taken or are scheduled to be taken in the matter prior to the close of discovery (Docket #60).[1] Additionally, counsel for CPS recently noticed the depositions of three S&L employees for February 7, 8 and 9 to take place in Providence, Rhode Island. S&L is an Illinois limited liability company with its principle place of business in Chicago, Illinois, and by settled law the depositions are to occur there. Moreover, as PES has not even entered an appearance, it will require time to evaluate this case before participating in discovery. Finally, the parties are discussing a mediation date in or near the final week of March which may negate the need for trial.

S&L is working diligently to familiarize itself with the case. However, S&L has not had sufficient time to investigate the facts and merits of the claims. The February 14, 2006, discovery deadline does not provide a reasonable time for S&L to conduct discovery in the case.

This case is factually complex which is evidenced by the amount of discovery already conducted and the recent decisions by Zampell and CPS to add S&L and PES as parties. The February 14, 2006, deadline does not provide S&L with sufficient time to review and analyze the discovery that has already occurred and to participate in and conduct discovery while preparing a defense.

S&L is cognizant of CPS's desire to have the case tried as soon as possible, as discussed in CPS's motion to sever and the fourth-party complaints (Docket #52) and the Court's Order denying said motion (Docket

[1] CPS and Zampell did not object to S&L's request to re-notice the depositions if necessary.

#62). Therefore, S&L respectfully requests that the Court enlarge the time for discovery for no less than six months so that S&L may have a reasonable amount of time to evaluate the case and become a meaningful participant in discovery and avoid any unnecessary duplication of discovery. This extension would also give the parties the ability to mediate the case prior to trial. S&L further requests that the Court reset the deadlines for dispositive motions, the pretrial memorandum and trial to correspond with the enlarged time for discovery.

WHEREFORE, Sargent & Lundy, LLC respectfully requests an extension of at least six months of the discovery deadline in this case, from February 14, 2006 to August 14, 2006, subject to any requests for further time made by counsel for Premier Engineering Services, Inc., or any other parties, and to extend the deadlines for dispositive motions, pretrial memorandum and the trial to correspond with the new discovery deadline.

Respectfully submitted
SARGENT & LUNDY, LLC
By its attorney,

Warren D. Hutchison /RSS

Warren D. Hutchison
R.I. Bar #5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 406-4606
Facsimile: (617) 406-4501

Janet R. Davis
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

M:\10792\pleading\mot.ext.disc..doc
00976173

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 31st day of January 2006, I served a true and accurate copy of fourth-party defendant Sargent & Lundy, LLC's motion to extend discovery deadline via U.S. Mail upon:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner