EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza Providence, RI 02903 401.274.9200 *fax* 401.276.6611 eapdlaw.com

**Mark W. Freel**
Direct Dial: (401) 276-6681
Internet Address: mfreel@eapdlaw.com

January 23, 2006

**BY TELECOPY AND REGULAR MAIL**

Mark R. Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad St., Suite 1510
Newark, NJ 07102

**Re: Certified Power Systems v. Rhode Island State Energy Statutory Trust 2000**
**C.A. No. 05-066 ML**

Dear Mark:

I am responding to your letter dated January 19, 2006, inquiring about Peter Holzapfel. I have been informed that Mr. Holzapfel's injuries remain serious, and that he is expected to be out of work and unavailable until at least the end of February. I do not expect him to be able to participate in a deposition prior to that time. We can discuss how this impacts the outstanding 30(b)(6) deposition of FPL, for which Walter Smith has also been co-designated on several topics.

As you know, I have scheduled the depositions of George Burke and Jonathan Bain of FPL for this week. In the meantime, you have asked to complete the deposition of Walt Smith, and have now also noticed the deposition of Chuck Rowe. Given the current situation, I cannot currently commit to completing all of these depositions, along with the many other depositions that you and others have noticed, prior to the current discovery closure date of February 14. I have offered to make Walt Smith available on February 15. I am happy to discuss this with you further, particularly in light of the outcome of your motion to sever, to which I have objected today, and my related motion for a protective order. I trust that we will need some assistance from the Court with these issues.

I look forward to seeing you tomorrow.

Very truly yours,

Mark W. Freel

Mark W. Freel T S M

RECEIVED
JAN 25 2006
DIARIED______ DOCKETED______
ATTY. 4711-11

cc: Joseph J. Reale, Jr., Esq. (by telecopy)
Jessica Papazian-Ross, Esq. (by telecopy)
John R. Mahoney, Esq. (by telecopy)
Mr. Ron Reagan
Charles B. Bennett, Esq. (by telecopy)

PRV_715100_1/MFREEL