**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P., and FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | C.A. NO.: 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | ) | |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. | | |

**ANSWER OF FOURTH-PARTY DEFENDANT SARGENT & LUNDY, LLC TO THE CLAIM FOR INDEMNIFICATION AND CONTRIBUTION BY CERTIFIED POWER SYSTEMS, INC. AND COUNTERCLAIM**

Fourth-party defendant Sargent & Lundy, LLC ("S&L"), responds to the allegations made by defendant on counterclaim/third-party plaintiff Certified Power Systems, Inc. ("CPS") in its claim for indemnification and contribution and states as follows:

**Count One**

1. S&L admits the existence of the counterclaim against CPS filed by Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State

Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. ("R.I. State Energy Defendants") but denies any and all allegations of paragraph 1 to the extent they differ from the counterclaim which speaks for itself.

2. S&L admits that it was retained to provide certain consulting engineering services in relation to a project in Johnston, Rhode Island involving the R.I. State Energy Defendants. S&L denies the remaining allegations and legal conclusions of paragraph 2.

3. S&L admits the existence of a fourth-party complaint against S&L filed by Zampell Refractories, Inc. ("Zampell") but denies any and all allegations of paragraph 3 to the extent they differ from the fourth-party complaint which speaks for itself.

4. S&L denies each and every allegation and legal conclusion of paragraph 4 directed to it.

WHEREFORE, fourth-party defendant, Sargent & Lundy, LLC, denies that defendant on counterclaim/third-party plaintiff, Certified Power Systems, Inc., is entitled to judgment against it in any amount whatsoever and prays for entry of judgment in its favor.

**Count Two**

The allegations of Count Two are not directed to S&L and, therefore, S&L makes no answer thereto. To the extent that any of the allegations address S&L, they are expressly denied.

**FIRST AFFIRMATIVE DEFENSE**

If CPS suffered damages, the same were caused by CPS's own acts and/or negligence and/or the acts and/or negligence of parties to this litigation other than S&L.

**SECOND AFFIRMATIVE DEFENSE**

CPS's claim for contribution and indemnification fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

Without admitting to any allegations set forth against S&L in this claim or any other pleading, S&L asserts that its liability is limited pursuant to S&L's contract with FPL Energy, LLC.

**COUNTERCLAIM**

Fourth-party defendant/counterclaim plaintiff Sargent & Lundy, by and through its attorneys, states as follows for its counterclaim against Certified Power Systems, Inc. ("CPS").

**COUNT I**
**(Contractual Indemnity)**

1. CPS is being sued by Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. ("R.I. State Energy Defendants") for breach of contract and negligence as more specifically disclosed in the R.I. State Energy Defendants' amended counterclaim (Docket #6) in relation to a project located at 24 Shun Pike in Johnston, Rhode Island known as the Rhode Island State Energy Center (the "Project").

2. Zampell Refractories, Inc. ("Zampell") is being sued by CPS for contribution and indemnification as more specifically disclosed in CPS's third-party complaint (Docket #7).

3. S&L is being sued by Zampell for contribution and indemnification as more specifically disclosed in Zampell's fourth-party complaint (Docket #41).

4. CPS filed a claim for contribution and complete indemnity at common law against S&L as more specifically disclosed in CPS's claim (Docket #49).

5. CPS and Rhode Island State Energy Statutory Trust 2000 entered into a contract in connection with the Project (the "Contract").

6. Pursuant to the Contract, CPS agreed to protect, defend, indemnify and hold harmless the R.I. State Energy Defendants and S&L from and against any liabilities whatsoever resulting from or in connection with the performance of the work by CPS, its employees or subcontractors, to the extent such liabilities are due to or caused by negligence of CPS.

7. S&L has incurred defense costs and is subject to potential liabilities in this matter.

WHEREFORE, fourth-party defendant/counterclaim plaintiff Sargent & Lundy, LLC, demands judgment in its favor and against counterclaim defendant/third-party plaintiff Certified Power Systems, Inc., and requests such other and further relief as is just and proper.

**COUNT II**
(Contribution and Indemnification at Common Law)

8. S&L re-alleges and repeats paragraphs 1 through 5 of this counterclaim as paragraph 8 as though fully set forth herein.

9. Without admitting to any allegations set forth against S&L in this claim or any other pleading, in the event it is determined that S&L is responsible in any way in this matter, then S&L is entitled to contribution and complete indemnification at common law from CPS and the other defendants-in-counterclaim and third-party defendants.

WHEREFORE, fourth-party defendant/counterclaim plaintiff Sargent & Lundy, LLC, demands judgment in its favor and against counterclaim defendant and third-party defendants, and requests such other and further relief as is just and proper.

SARGENT & LUNDY, LLC.,

By its Attorneys

Warren D. Hutchison, RSS

Warren D. Hutchison
R.I. Bar #5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 406-4606
Facsimile: (617) 406-4501

Janet R. Davis
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

M:\10792\pleading\ans.affdef.cntclm CPS.doc
00976531

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 1st day of February 2006, I served a true and accurate copy of the reply of fourth-party defendant Sargent & Lundy, LLC to the claim for indemnification and contribution by Certified Power Systems, Inc. and counterclaim against Certified Power Systems, Inc. via U.S. Mail upon:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner