**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br>vs. | :<br>:<br>: | C.A. No. 05-066-ML |
| RHODE ISLAND STATE ENERGY<br>STATUTORYTRUST 2000,<br>FPLE RHODE ISLAND STATE<br>ENERGY, L.P. and FPLE RHODE ISLAND<br>STATE ENERGY GP, INC<br>Defendants,<br>vs. | :<br>:<br>: | |
| CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br>vs. | :<br>:<br>: | |
| ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendants<br>vs. | :<br>:<br>: | |
| SARGENT & LUNDY, LLC and PREMIER<br>ENGINEERING SERVICES, INC.<br>Fourth-Party Defendants | :<br>: | |

**PLAINTIFF's OBJECTION TO SARGENT & LUNDY's MOTION TO EXTEND THE DISCOVERY DEADLINE FOR A PERIOD OF SIX MONTHS**

Plaintiff, Certified Power Systems, Inc., hereby objects to Sargent & Lundy, LLC's request for a six (6) month extension of the discovery deadline from February 14, 2006 to August 14, 2006 on the grounds that an adequate basis has not been established as to why the existing discovery is deficient and/or what discovery needs to be taken that would require six (6) months to conduct. CPS has already notified this court of its financial position and why the delay of this trial could have a severe detrimental impact on plaintiff existing as a company for the grounds previously set forth to the court in its motion to sever the fourth-party complaints.

Plaintiff refers this court to the attached memorandum of law in support of its objection.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

**Pro hac vice counsel**
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
Attorneys for CERTIFIED POWER SYSTEMS, INC., Defendant on Counterclaim/Third-Party Plaintiff

## *CERTIFICATION*

The undersigned hereby certifies that a true copy of the within document was forwarded on this 6th day of February, 2006 via First Class Mail, postage pre-paid to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Warren D. Hutchison, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br>vs. | :<br>:<br>: | C.A. No. 05-066-ML |
| RHODE ISLAND STATE ENERGY STATUTORYTRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC<br>Defendants,<br>vs. | :<br>:<br>: | |
| CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br>vs. | :<br>:<br>: | |
| ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendants<br>vs. | :<br>:<br>: | |
| SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.<br>Fourth-Party Defendants | :<br>: | |

**PLAINTIFF's MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO SARGENT & LUNDY's MOTION TO EXTEND THE DISCOVERY DEADLINE FOR A PERIOD OF SIX MONTHS**

The discovery deadline in this case closes on February 14, 2006. Prior to Sargent & Lundy and Premier Engineering Services, Inc. being added as fourth-party defendants to this case, the remaining parties agreed internally to permit depositions of factual witnesses and expert witnesses that could not be conducted prior to the discovery deadline (based on the schedule of the witnesses and/or the schedule of the various attorneys) to be conducted after February 14, 2006.

Sargent & Lundy entered its appearance in this case on December 30, 2005. In its motion, Sargent & Lundy seeks a six (6) month extension of the discovery deadline to August 14, 2006. To date, the following witnesses have been deposed by the various parties. CPS individuals include: Mac Corcoran and Tom Lipinsky. FPLE past and/or present employees include: Rick Crossley, Peter Holzapfel (not completed), Walt Smith (not completed), Jonathan Bain and George Burke. Chuck Rowe is scheduled to be deposed on February 13, 2006, although that date has not been confirmed. For Zampell Refractories: Bruce Crossman and Mark Reed have been deposed. Kevin Murphy, the investigator from the State Fire Marshall's Office is scheduled to be deposed on February 9, 2006. Expert depositions remain to be taken.

In Sargent & Lundy's motion there is no indication as to what depositions Sargent & Lundy needs to take to present its case and there is no indication that any of the discovery conducted to date was insufficient and/or inadequate for the preparation of Sargent & Lundy's defense.

While Sargent & Lundy may need time to review the discovery conducted to date and issue its own discovery that may be needed, six (6) months is an unreasonable period of time without any basis to support why that much time would be required to prepare its case. Sargent & Lundy, having been the architect and engineer on this project, has at its disposal more documents and records than probably anyone in this case as they oversaw the entire project and were on site during the entire construction when the work was being performed.

Plaintiff filed a motion to sever on January 11, 2006 knowing that the fourth-party defendants being added to the case would be seeking an extension of time to conduct discovery and the longer the trial is delayed CPS's financial position gets worse and is in jeopardy of being

placed into bankruptcy by its lender BankNorth. Attached is an affidavit from CPS's accountant John Gould setting forth that the outstanding monies owed from defendants on the contract, in excess of two (2) million dollars represents one-third (1/3) of the average annual gross income of the company.

Clearly, this court has to balance the equities in deciding what discovery needs to be taken to prepare the case for trial for those parties recently added to the case and the prejudice that will result to the plaintiff if this case is delayed too long for trial.

Plaintiff is requesting that perhaps the court schedule a conference after Premier Engineering has filed its answer to this case as it is likely that Premier Engineering will also be seeking an extension of the discovery and pre-trial deadlines in this case. Premier Engineering was served with the fourth-party complaint on or about January 19, 2006. Therefore, its answer should be due on or before February 8, 2006.

Based on the attorneys' court excusals that have been granted in this case, it appears as though it is unlikely that this case can be tried before May of 2006.

Plaintiff believes that a conference with the court might be fruitful in discussing and resolving the issues pertaining to the existing trial schedule and the pretrial deadlines currently established by the court.

Wherefore, plaintiff is suggesting a conference on this matter and that a six (6) month extension not be granted.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
*Visconti & Boren Ltd.*
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

**Pro hac vice counsel**
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
Attorneys for CERTIFIED POWER SYSTEMS, INC., Defendant on Counterclaim/Third-Party Plaintiff

## *CERTIFICATION*

The undersigned hereby certifies that a true copy of the within document was forwarded on this 6th day of February, 2006 via First Class Mail, postage pre-paid to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Warren D. Hutchison, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210