**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CERTIFIED POWERS SYSTEMS, INC.
Plaintiff,
vs.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STTE ENERGY, L.P.
AND FPLE RHODE ISLAND STATE
ENERGY GP, INC.
Defendants,
vs.

CERTIFIED POWER SYSTMES, INC.
Defendant on Counterclaim/Third-Party Plaintiff
vs.

ZAMPELL REFRACTORIES, INC.
Third-Party Defendants.

**AFFIDAVIT**

I, John R. Gould, after being duty-sworn upon oath depose and say as follows:

1. That I am the outside certified public accountant of Certified Power Systems, Inc. and I have personal knowledge of the facts contained herein.

2. That Certified Power Systems, Inc. (CPS) entered into a contract with defendants on or about September 1, 2004 on a project know as the "Combustion Turbine Inlet Air heating System" wherein CPS was hired to install heating coils at the power plant to prevent ice from building up and forming on the inlet air filters. CPS is owed approximately 2.2 million dollars from defendants on its contract.

3. CPS reported the following amounts for the years ended October 31, 2005 and 2004, which include the transactions with FPLE:

| | 2005 | 2004 |
|---|---|---|
| Gross revenue | $ 11,469,635 | $ 6,577,186 |
| Cost of revenues | 9,642,450 | 5,486,705 |
| Gross profit | $ 1,827,185 | $ 1,090,481 |
| Net profit | $ 161,750 | $ 79,727 |

The increase in revenues from 2004 to 2005 is substantially attributable to the contracts with FPLE. The outstanding receivable of $2,200,000 is a significant asset to CPS since it exceeds the total gross profit of the Company for the last two years.

4. CPS has a one million dollar credit line with Banknorth and the available credit line is 80% of accounts receivable less than 90 days old.

5. CPS has used the $2,200,000 FPLE receivable to fully draw down funds on the bank line of credit.

6. The bank line of credit is now over advanced because the $2,200,000 receivable remains uncollected after 90 days.

7. CPS relies on its bank line of credit to fund its working capital needs to meet high volume demands in the spring and fall.

8. The bank line of credit is presently fully drawn down and therefore is unavailable to fund the spring working capital demands.

Certified Power Systems, Inc.

John R. Gould, C.P.A.

Subscribed and sworn to me this 27th day of January 2006.

Notary Public

My commission expires:

[illegible]
Notary Public - State of Florida
My Commission Expires Sep 11, [illegible]
Commission # [illegible]
[illegible]