**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JAN 26 2006
Property of U.S. District Court
District of Rhode Island

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC. and PREMIER ENGINEERING

C.A. NO.: 05-066-ML

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 1/27/06

**SARGENT & LUNDY LLC'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), and without objection from Zampell Refractories, Inc. ("Zampell") and Certified Power Systems, Inc. ("CPS"), the fourth-party defendant Sargent & Lundy, LLC ("S&L") hereby moves this Court for issuance of a Protective Order preserving S&L's right to re-notice all depositions that have been taken or are scheduled to be taken in this matter prior to the close of discovery on February 14, 2006, if necessary. This case commenced in February 2005, and numerous depositions and other discovery was taken prior to S&L being made a party last month. Trial is currently scheduled for March, 2006, and a motion to sever the claims against S&L from the original and third party claims is pending. Basic fairness dictates that

RECEIVED
JAN 30 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Withdrawn by counsel during chambers conference conducted on 2/6/06.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 6, 2006