Rec'd 1/26/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

v.

CERTIFIED POWER SYSTEMS, INC.

v.

ZAMPELL REFRACTORIES, INC.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐
Mary M. Lisi, U.S. District Judge
Date: 1/27/06

C.A. No. 05-066-ML

**FPL DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P., and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") hereby move this Court for issuance of a Protective Order pursuant to Fed.R.Civ.P. 37, precluding Plaintiff Certified Power Systems, Inc. ("CPS") from conducting the depositions of any witnesses from Fourth-Party Defendants Sargent & Lundy, L.L.C. ("S&L") and/or Premier Engineering Services, Inc. ("Premier") prior to the current discovery closure date of February 14, 2006. In support of this motion, and in support of FPLE's related objection to the motion to sever Fourth-Party Complaints filed by CPS, FPLE has submitted a memorandum of law.

Withdrawn by counsel during chambers conference conducted on 2/6/06.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 6, 2006

RECEIVED

JAN 30 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND