no response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC.

C.A. NO.: 05-066-ML

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Fourth-Party Defendant Sargent & Lundy, LLC hereby moves that Janet R. Davis be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. Janet R. Davis is a member in good standing of the bars of the State of Illinois, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Central District of Illinois.

2. Janet R. Davis' address and telephone number are as follows:

Janet R. Davis
Meckler Bulger & Tilson LLP
Suite 1800
123 North Wacker Drive
Chicago, Illinois 60606
Telephone: 312-474-7947
Facsimile: 312-474-7898

4. Janet R. Davis has been retained by counsel for the Fourth-Party Defendant Sargent & Lundy, LLC to defend and represent its interests in this case.

5. Janet R. Davis and the firm of Meckler Bulger & Tilson LLP have a longstanding business relationship with Sargent & Lundy, LLC and have represented it in the past.

6. In further support of this motion, attached is a verified statement of Janet R. Davis.

7. The undersigned counsel will continue to act as local counsel in representing the defendant, in association with Janet R. Davis and Meckler Bulger & Tilson LLP.

Respectfully submitted
SARGENT & LUNDY LLC
By its attorney,

Warren D. Hutchison
R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: 617-406-4065
Facsimile: 617-406-4501

Dated: January 17, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Janet R. Davis, hereby certify as follows:

(1) I am a member in good standing of the bars of the State of Illinois, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Central District of Illinois. My eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Janet R. Davis
Illinois State Bar #: 3127025
Meckler Bulger & Tilson LLP
Suite 1800
123 North Wacker Drive
Chicago, Illinois 60606
Telephone: 312-474-7947
Facsimile: 312-474-7898

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Warren D. Hutchison
R.I. Bar # 5571
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Telephone: 617-406-4065
Facsimile: 617-406-4501

---

**Order** : This motion is hereby Granted

Mary M. Lisi
U.S. District Judge

Date: 2/7/06

00969875

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that on the 19th day of January 2006, I served a true and accurate copy of the foregoing document via first class mail, postage pre-paid, to:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Ranen S. Schechner

00969875