UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C.,
PREMIER ENGINEERING
CORPORATION

**ENTRY OF APPEARANCE**

I, Matthew T. Oliverio, hereby enter my appearance on behalf of Fourth-Party Defendant Premier Engineering Corporation.

PREMIER ENGINNERING
CORPRATION
By its Attorney,

Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
Fax: (401) 861-2922

**CERTIFICATION**

I hereby certify that on the 10th day of February, 2006 I mailed a true copy of the within Entry of Appearance to John R. Mahoney, Esq., Asquith & Mahoney, LLP, 155 South Main Street, 2nd Floor, Providence, RI 02903, Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Warren D. Hutchison, Esq., Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210; and Janet R. Davis, Esq., Meckler Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606.