UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C.,
PREMIER ENGINEERING
CORPORATION

**FOURTH-PARTY DEFENDANT PREMIER ENGINEERING CORPORATION'S MOTION TO EXTEND DISCOVERY DEADLINE**

Now comes Fourth-Party Defendant, Premier Engineering Corporation ("Premier"), and moves this Court to extend the discovery closure deadline by six (6) months, to and including August 14, 2006. As grounds for this motion, Premier states that it was only recently joined as a party to these proceedings, and Premier has not had the benefit of participating in the extensive discovery that has been undertaken to date by the other parties. Premier would be significantly prejudiced and disadvantaged if the existing case schedule were to remain in effect. Premier joins in and relies upon the grounds set forth in the motion of Fourth-Party Defendant Sargent & Lundy, LLC to extend the discovery deadline, and incorporates by reference and relies on the grounds set forth in that motion.

Respectfully submitted,

PREMIER ENGINNERING
CORPRATION
By its Attorney,

Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
Fax: (401) 861-2922

## CERTIFICATION

I hereby certify that on the 10th day of February, 2006 I mailed a true copy of the within Motion to Extend Discovery Deadline to John R. Mahoney, Esq., Asquith & Mahoney, LLP, 155 South Main Street, 2nd Floor, Providence, RI 02903, Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Warren D. Hutchison, Esq., Donovan Hatem LLP, Two Seaport Lane, Boston, MA 02210; and Janet R. Davis, Esq., Meckler Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606.