**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,<br><br>Defendants,<br>v.<br><br>CERTIFIED POWER SYSTEMS, INC.,<br><br>Defendant on Counterclaim/Third-Party Plaintiff,<br>v.<br><br>ZAMPELL REFRACTORIES, INC.,<br><br>Third-Party Defendants/Fourth-Party Plaintiff,<br>v.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING,<br><br>Fourth-Party Defendants. | **C.A. No. 05-066-ML**<br><br>**ANSWER TO COUNTERCLAIM** |

CERTIFIED POWER SYSTEMS, INC., ("CPS") responds to the allegations made by Fourth-Party Defendant, SARGENT & LUNDY, LLC, in its Counterclaim as follows:

**<u>Count One – Contractual Indemnity</u>**

1. CPS admits that it is being sued by the R. I. STATE ENERGY DEFENDANTS as set forth in the Amended Counterclaim of the R. I. STATE ENERGY DEFENDANTS.

2. CPS admits that Zampell Refractories is being sued by CPS as set forth in CPS' Third-Party Complaint.

3. CPS admits that S&L is being sued by Zampell as set forth in Zampell's Fourth-Party Complaint.

4. CPS admits it filed a claim for contribution and indemnification against S&L as set forth in CPS' Claim for Contribution and Indemnification.

5. CPS admits it entered into a contract with R. I. STATE ENERGY DEFENDANTS and states that the terms of the contract itself are the best evidence thereof and speak for themselves.

6. CPS admits it entered into a contract with R. I. STATE ENERGY DEFENDANTS and states that the terms of the contract itself are the best evidence thereof and speak for themselves.

7. CPS neither admits nor denies the allegations set forth in this paragraph.

**<u>Count Two – Contribution and Indemnification at Common Law</u>**

8. CPS repeats its answers to paragraphs 1 through 7 as if specifically set forth herein at length.

9. CPS denies the allegations set forth in this paragraph.

**<u>Affirmative Defenses</u>**

1. The counterclaim of SARGENT & LUNDY, LLC fails to state a claim upon which relief can be granted because CPS breached no duty of care owed to Defendants and bears no responsibility for the fire loss that occurred on December 3, 2004.

2. CPS denies that it was negligent.

3. In the event that SARGENT & LUNDY, LLC incurs any liabilities resulting from or in connection with the Contract between CPS and the R. I. STATE ENERGY DEFENDANTS for the Project, it will be the result of SARGENT & LUNDY, LLC's

independent liability or fault and not due to or caused by ANY negligence on the part of CPS.

WHEREFORE, defendant on the counterclaim/third-party plaintiff, CERTIFIED POWER SYSTEMS, INC., demands judgment in its favor and against fourth-party defendant, SARGENT & LUNDY, LLC, dismissing the counterclaim of SARGENT & LUNDY, LLC with prejudice, and requests such other and further relief as is just and proper.

Dated:

CERTIFIED POWER SYSTEMS, INC.
By their Attorneys,

Girard R. Visconti, Esq. (#0586)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel No. (973) 848-2900
Fax No. (973) 623-0405
Attorneys for CERTIFIED POWER SYSTEMS, INC., Defendant on Counterclaim/Third-Party Plaintiff

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was sent, via First Class Mail, postage pre-paid, on this 17th of February, 2006 to the following:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Janet R. Davis, Esq.
Meckler Bulger & Tilson, LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Warren D. Hutchison, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Matthew T. Oliverio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

[signature]

NEWARK-#17505-v1