UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE
RHODE ISLAND STATE ENERGY GP, INC.

VS.

CERTIFIED POWER SYSTEMS, INC. C.A. NO.: 05-066-ML

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING CORPORATION
a/k/a PREMIER ENGINEERING CORP.

**AMENDED FOURTH PARTY COMPLAINT**

1. The fourth-party plaintiff, Zampell Refractories, Inc., is a Massachusetts corporation.

2. The fourth-party defendant, Premier Engineering Corporation a/k/a Premier Engineering Corp., is a corporation with a principal place of business and place of incorporation located in the City of San Antonio, State of Texas.

3. The plaintiff/third-party plaintiff filed the instant third-party civil action against Zampell Refractories, Inc. alleging that in the event said third-party plaintiff, Certified Power Systems, Inc., is adjudged liable to Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, LP and FPLE Rhode Island State Energy GP, Inc., as a result of a fire that occurred on the counterclaim plaintiff's premises, then said third-party plaintiff,

Certified Power Systems, Inc., seeks contribution and indemnification from Zampell Refractories, Inc.

4. At all times, the third-party defendant, Zampell Refractories, Inc., has denied the allegations contained in the Third-Party Complaint filed by Certified Power Systems, Inc.

5. The fourth-party defendant, Premier Engineering Corporation a/k/a Premier Engineering Corp. had contracted with the defendant, Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, LP and FPLE Rhode Island State Energy GP, Inc., whereby the fourth-party defendant, Premier Engineering Corporation a/k/a Premier Engineering Corp. would provide consulting services for the inlet freeze protection cap project in issue. In the event that the fourth-party plaintiff is adjudged responsible to the third-party plaintiff for contribution and/or indemnification as it relates to the fire, then, and in that case, the fourth-party plaintiff seeks indemnification and contribution from the fourth-party defendant, Premier Engineering Corporation a/k/a Premier Engineering Corp., as said fourth-party defendant's negligence contributed to the fire are resulting property damage that was sustained by the defendant.

WHEREFORE, the fourth-party plaintiff, Zampell Refractories, Inc., seeks contribution and/or indemnification from the fourth-party defendant, Premier Engineering Corporation a/k/a Premier Engineering Corp., for all sums of money for which the fourth-party plaintiff may ultimately become adjudged liable to the third-party plaintiff, Certified Power Systems, Inc.

ZAMPELL REFRACTORIES, INC.,
BY ITS ATTORNEYS,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903

(401) 331-5353 – Telephone
(401) 331-7373 – Fax
and
JOSEPH J. REALE, JR., ESQ. - #3158
30 KENNEDY PLAZA, SUITE 400
PROVIDENCE, RI 02903
(401) 453-9900 - Telephone
(401) 453-9917 – Fax

THE FOURTH-PARTY PLAINTIFF REQUESTS A TRIAL BY JURY.

[signature]

CERTIFICATION

I hereby certify that on the 2nd day of March, 2006 I mailed a true copy of the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Mark Robert Vespole, Esq., Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Janet R. Davis, Esq., Meckler Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, IL 60606 and to Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903.

[signature]
Lisa Ann Soucy