# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

**V.** **CA 05-66ML**

**RHODE ISLAND STATE ENERGY, et al**

## ORDER

**It is hereby ordered that the parties shall file their pretrial memoranda on or before July 25, 2006.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**March 7 , 2006**

**ENTERED as an Order of this Court on March 8 ,2006.**

**Deputy Clerk**