**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.

vs. C.A. No.: 05-066 ML

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
ISLAND STATE ENERGY GP, INC.

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING SERVICES,
INC.

## WITHDRAWAL OF APPEARANCE

Now come Warren Hutchison and the law firm of Donovan Hatem LLP and thereby withdraw their appearance as counsel for ~~Fifth~~ Fourth Party Defendant Sargent & Lundy, L.L.C.

Warren Hutchison, Esq.
Donovan Hatem, LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210

Dated: 3/21/06

## ENTRY OF APPEARANCE

Now come Stephen B. Lang and the law firm of Higgins, Cavanagh & Cooney, LLP and thereby enter their appearance as counsel for ~~Fifth~~ Fourth-Party Defendant Sargent & Lundy, L.L.C.

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

Dated: 3/23/2006

## CERTIFICATION

I hereby certify that on this 23rd day of March, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Co-Counsel for Plaintiff
Girard A. Visconti, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903

Co-Counsel for Plaintiff
Mark Robert Vespole, Esq.
Theresa M. Mullen, Esq.
Tressler, Soderstrom Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Counsel for Trust 2000, FPLE
Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Co-Counsel for Zampell
John R. Mahoney, Esq.
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903

Co-Counsel for Zampell
Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

Counsel for Premier
Matthew Thomas Oliverio, Esq.
55 Dorrance Street
Suite 400
Providence, RI 02903