**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.
*Plaintiff*

vs. C.A. No.: 05-066 ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.
*Defendants/Counter Claim Plaintiffs*

vs.

CERTIFIED POWER SYSTEMS, INC.
*Defendant on Counter Claim/*
*Third-Party Plaintiff*

vs.

ZAMPELL REFRACTORIES, INC.
*Third-Party Defendant/*
*Fourth-Party Plaintiff*

vs.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING
*Fourth-Party Defendants*

**MOTION FOR ADMISSION PRO HAC VICE**

Fourth-Party Defendant Sargent & Lundy, L.L.C. hereby moves that Georgene M. Wilson be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
Tel: 312-474-7947
Fax: 312-474-7898

**CERTIFICATION**

I hereby certify that on this 28 day of March, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Co-Counsel for Plaintiff
Girard A. Visconti, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903

Co-Counsel for Plaintiff
Mark Robert Vespole, Esq.
Theresa M. Mullen, Esq.
Tressler, Soderstrom Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Counsel for Trust 2000, FPLE
Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Co-Counsel for Zampell
John R. Mahoney, Esq.
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903

Co-Counsel for Zampell
Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

Counsel for Premier
Matthew Thomas Oliverio, Esq.
55 Dorrance Street
Suite 400
Providence, RI 02903

Co-Counsel for Sargent & Lundy
Andrew M. Hutchinson, Esq.
Janet R. Davis, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.
*Plaintiff*

vs. C.A. No.: 05-066 ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.
*Defendants/Counter Claim Plaintiffs*

vs.

CERTIFIED POWER SYSTEMS, INC.
*Defendant on Counter Claim/*
*Third-Party Plaintiff*

vs.

ZAMPELL REFRACTORIES, INC.
*Third-Party Defendant/*
*Fourth-Party Plaintiff*

vs.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING
*Fourth-Party Defendants*

**ATTORNEY'S CERTIFICATE FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the State of Illinois and of the following federal District Court and/or Court of Appeals Bar(s): United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen. 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Georgene M. Wilson
Signature of *Pro Hac Vice* applicant

Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
Tel: 312-474-7934
Fax: 312-474-7898

Dated: March 21, 2006

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

Dated: 3/23/2006

********************************************************************************

**ORDER**

This motion is hereby ________________________________.

________________________
District Judge

Dated: ______________________