UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC. | : | |
| Vs. | : | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| Vs. | : | C.A. No. 05-066 ML |
| ZAMPELL REFRACTORIES, INC. | : | |
| Vs. | : | |
| SARGENT & LUNDY, L.L.C. and PREMIER ENGINEERING SERVICES, INC. | : | |

**ANSWER OF FOURTH PARTY DEFENDANT, PREMIER ENGINEERING CORP. TO FOURTH PARTY COMPLAINT OF ZAMPELL REFRACTORIES, INC. AND COUNTERCLAIMS AND CROSS-CLAIM**

Fourth Party Defendant, Premier Engineering Corp. ("Premier"), by and through its undersigned attorney, responds to the correspondingly numbered paragraphs of Fourth Party Plaintiff Zampell Refractories, Inc.'s ("Zampell") Amended Fourth Party Complaint as follows:

1. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. Admits the allegations contained in this paragraph.

3. Admits the existence of a claim against Fourth Party Plaintiff Zampell, and denies the remaining allegations of this paragraph to the extent that they differ from the claims made against said Fourth Party Plaintiff.

4. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Admits that Premier contracted with Florida Power and Light to provide certain consulting services for its plant in Johnston, Rhode Island, and denies the remaining allegations contained in this paragraph.

First Affirmative Defense

If Zampell suffered damages, the same were caused by Zampell's own acts and/or negligence and/or the acts and/or negligence of parties to this litigation other than Premier.

Second Affirmative Defense

Zampell's claim for contribution and indemnification fails to state a claim upon which relief can be granted.

Third Affirmative Defense

If Zampell suffered damages, the same were caused by the acts and/or negligence of Zampell, its principals, agents, and/or employees.

Fourth Affirmative Defense

If Zampell suffered damages, the same were caused by the acts and/or negligence of third parties over whom Premier has no authority or control.

**Fourth Party Defendant Premier Engineering Corporation demands trial by jury on all counts and issues so triable.**

Fourth Party Defendant,
Premier Engineering Corp.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

**COUNTERCLAIM**
**VS. ZAMPELL REFRACTORIES INC.**

Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corp. ("Premier"), by and through its undersigned attorney, brings the following counterclaim for contribution and indemnification against Zampell Refractories, Inc. ("Zampell") as follows:

1. Zampell is being sued by Certified Power Systems, Inc. ("CPS") for contribution and indemnification as more specifically averred in CPS's Third Party Complaint relating to a construction and retrofit project located at 24 Shun Pike in Johnston, Rhode Island, known as the Rhode Island State Energy Center.

2. Premier is being sued by Zampell for contribution and indemnification as more specifically averred in Zampell's Fourth Party Complaint.

3. Without admitting to any of the allegations set forth against Premier in this claim or any other pleading, in the event it is determined that Premier is responsible or found liable in any way in this matter, then Premier is entitled to full and complete contribution and

indemnification from Zampell and any other parties to this litigation for all adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed.

WHEREFORE, Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corporation demands judgment in its favor and against Counterclaim Defendant Zampell Refractories, Inc., for full and complete contribution and indemnification any adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed, and requests such other and further relief as this Court deems just and proper.

**Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corporation demands trial by jury on all counts and issues so triable.**

Premier Engineering Corp.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

## COUNTERCLAIM
## VS. CERTIFIED POWER SYSTEMS, INC.

Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corp., by and through its undersigned attorney, brings the following counterclaim for contribution and indemnification against Plaintiff Certified Power Systems, Inc. ("CPS") as follows:

1. CPS is being sued by Defendant/Counterclaim Plaintiff Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, LP and FPLE Rhode State

Energy, GP, Inc. ("FPLE") as more specifically averred in various pleadings in this case relating to a construction and retrofit project located at 24 Shun Pike in Johnston, Rhode Island, known as the Rhode Island State Energy Center.

2. CPS has brought claims against the FPLE, Zampell Refractories, Inc., and Sargent & Lundy, L.L.C. for contribution and indemnification. Premier is being sued by Zampell for contribution and indemnification related to said project.

3. Pursuant to a contract CPS had with FPLE, CPS agreed to protect, defend, indemnify and hold harmless the FPLE and Premier from and against any and all liabilities whatsoever resulting from or in connection with the performance of the work by CPS, its employees or subcontractors, to the extent such liabilities are due to or caused by the negligence of CPS.

4. Premier has incurred defense costs and is subject to potential liabilities in this matter.

5. Without admitting to any of the allegations set forth against Premier in this claim or any other pleading, in the event it is determined that Premier is responsible or found liable in any way in this matter, then Premier is entitled to full and complete contribution and indemnification from CPS, in contract and by common law, and from any other parties to this litigation for all adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed.

WHEREFORE, Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corp. demands judgment in its favor and against Counterclaim Defendant Certified Power Systems, Inc. for full and complete contribution and indemnification any adverse judgments,

all defense costs and attorney's fees pursuant to R.I. Gen. Laws § 9-1-45, and requests such other and further relief as this Court deems just and proper.

**Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corporation demands trial by jury on all counts and issues so triable.**

Premier Engineering Corp.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

**COUNTERCLAIM**
**VS. RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, LP and FPLE RHODE ISLAND STATE ENERGY GP, INC.**

Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corp., by and through its undersigned attorney, brings the following Counterclaim for indemnification and contribution against Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy LP and FPLE Rhode Island State Energy GP, Inc. ("FPLE") and states as follows:

1. FPLE is being sued by Certified Power Systems, Inc. ("CPS") for breach of contract and other claims related to work performed in relation to a construction and retrofit project located at 24 Shun Pike in Johnston, Rhode Island, known as the Rhode Island State Energy Center, which is owned and operated by FPLE.

2. FPLE contracted with Premier to provide certain consulting services in connection with the aforementioned project.

3. At all times, Premier acted as an agent for and under the direction, management, authority and auspices of FPLE.

4. Under the agreement to provide consulting services and as the principal to Premier, FPLE agreed to protect, defend, indemnify and hold Premier harmless from any and all liabilities whatsoever, including claims by third parties, resulting in connection with the performance of the work by Premier, its employees, agents or subcontractors.

5. Premier is being sued by Zampell Refractories, Inc. ("Zampell"), a welding contractor who performed welding services on behalf of FPLE, for contribution and indemnification relating to a fire occurring at the Rhode Island State Energy Center in or about December 2004.

6. Without admitting to any of the allegations set forth against Premier in this lawsuit, in the event it is determined that Premier is responsible or found liable in any way in this matter, then Premier is entitled to full and complete contribution and indemnification from FPLE, in contract and by common law, and from any other parties to this litigation for all adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed.

7. FPLE has refused to protect, defend, indemnify and hold Premier harmless from the claims asserted by Zampell or any other party to this lawsuit.

8. FPLE is in breach of its contractual and common law obligations to defend, hold harmless and indemnify Premier from the claims of Zampell and any other parties to this lawsuit.

WHEREFORE, Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corp. demands judgment in its favor on its Counterclaim against Rhode Island State Energy

Statutory Trust 2000, FPLE Rhode Island State Energy LP and FPLE Rhode Island State Energy GP, Inc., for full and complete contribution and indemnification of any adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed, including reimbursement of all defense costs and attorney's fees pursuant to R.I. Gen. Laws § 9-1-45, and requests such other and further relief as this Court deems just and proper.

**Fourth Party Defendant/Counterclaim Plaintiff Premier Engineering Corporation demands trial by jury on all counts and issues so triable.**

Premier Engineering Corp.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

**CROSS-CLAIM**
**VS. SARGENT & LUNDY, L.L.C.**

Fourth Party Defendant/Cross-claim Plaintiff Premier Engineering Corp., by and through its undersigned attorney, brings the following Cross-claim for indemnification and contribution against Fourth Party Defendant Sargent & Lundy, L.L.C. ("S&L"), and states as follows:

1. On information and belief, S&L is an engineering firm with a principal place of business located in Chicago, Illinois.

2. S&L provided certain engineering, consulting and project management services to Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy LP and FPLE Rhode Island State Energy GP, Inc. ("FPLE") in relation to a construction and retrofit project

located at 24 Shun Pike in Johnston, Rhode Island, known as the Rhode Island State Energy Center, which is owned and operated by FPLE.

2. On information and S&L's scope of services for FPLE included coordinating and managing all contractors and subcontractors performing work for the aforementioned project. S&L was also responsible for organizing, conducting and directing the prebid conferences and other technical and construction meetings, and for responding to technical questions raised by any and all parties involved in the project.

3. Premier and S&L are being sued by Zampell Refractories, Inc. for contribution and indemnification as more fully set forth in Zampell's Fourth Party Complaint. S&L is also being sued by Certified Power Systems, Inc. ("CPS") for indemnification and contribution.

4. Without admitting to any of the allegations set forth against Premier in this lawsuit or any other pleading, in the event it is determined that Premier is responsible or found liable in any way in this matter, then Premier is entitled to full and complete contribution and indemnification from S&L and any other parties to this litigation for all adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed.

WHEREFORE, Fourth Party Defendant/Cross-claim Plaintiff Premier Engineering Corp. demands judgment in its favor and against Cross-claim Defendant Sargent & Lundy, LLC for full and complete contribution and indemnification any adverse judgments, verdicts, costs and reasonable attorney's fees incurred or assessed, and requests such other and further relief as this Court deems just and proper.

**Fourth Party Defendant/Cross-claim Plaintiff Premier Engineering Corporation demands trial by jury on all counts and issues so triable.**

Premier Engineering Corp.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

## CERTIFICATION

I hereby certify that a true copy of the foregoing *ANSWER OF FOURTH PARTY DEFENDANT, PREMIER ENGINEERING CORP. TO FOURTH PARTY COMPLAINT OF ZAMPELL REFRACTORIES, INC. AND COUNTERCLAIMS AND CROSS-CLAIM* was mailed, postage prepaid, to the following attorneys of record on the 31st day of March, 2006.

John R. Mahoney, Esquire
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esquire
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esquire
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903

Jessica Papazian-Ross, Esquire
VISCONTI & BOREN
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esquire
Theresa E. Mullen, Esquire
TRESSLER, SODERSTROM, MALONEY & PREISS
744 Broad Street, 14th Floor
Newark, NJ 07102-3812

Stephen B. Lang, Esquire
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903

Janet R. Davis, Esquire
MECKLER BULGER & TILSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606