**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

Plaintiff,

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,

Defendants,

v.

CERTIFIED POWER SYSTEMS, INC.,

Defendant on Counterclaim/Third-Party Plaintiff,

v.

ZAMPELL REFRACTORIES, INC.,

Third-Party Defendants/Fourth-Party Plaintiff,

v.

SARGENT & LUNDY, LLC and PREMIER ENGINEERING,

Fourth-Party Defendants.

**C.A. No. 05-066-ML**

**ANSWER TO COUNTERCLAIM**

CERTIFIED POWER SYSTEMS, INC., ("CPS") responds to the allegations made by Fourth-Party Defendant, PREMIER ENGINEERING, in its Counterclaim as follows:

1. CPS admits that it is being sued by the R. I. STATE ENERGY DEFENDANTS as set forth in the Amended Counterclaim of the R. I. STATE ENERGY DEFENDANTS.

2. CPS admits that, among other claims, it has brought claims against FPLE, Zampell Refractories, Inc. and Sargent & Lundy, LLC for contribution and indemnification.

3. CPS denies the allegations set forth in paragraph 3 of the Counterclaim.

4. CPS has no knowledge to either admit or deny the allegations set forth in paragraph 4 of the Counterclaim.

5. CPS denies the allegations set forth in paragraph 5 of the Counterclaim.

WHEREFORE, defendant on the counterclaim/third-party plaintiff, CERTIFIED POWER SYSTEMS, INC., demands judgment in its favor and against fourth-party defendant, PREMIER ENGINEERING, dismissing the counterclaim of PREMIER ENGINEERING with prejudice, and requests such other and further relief as is just and proper.

Dated: 4/13/06

CERTIFIED POWER SYSTEMS, INC.
By their Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel No. (973) 848-2900
Fax No. (973) 623-0405
Attorneys for CERTIFIED POWER SYSTEMS, INC., Defendant on Counterclaim/Third-Party Plaintiff

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was sent, via First Class Mail, postage pre-paid, on this 13th of April, 2006 to the following:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Mark W. Freel, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Janet R. Davis, Esq.
Andrew M. Hutchison, Esq.
Meckler Bulger & Tilson LLP
123 No. Wacker Drive, Suite 1800
Chicago, IL 60606

Matthew T. Oliverio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

NEWARK-#18583-v1