**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.
*Plaintiff*

vs. C.A. No.: 05-066 ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.
*Defendants/Counter Claim Plaintiffs*

vs.

CERTIFIED POWER SYSTEMS, INC.
*Defendant on Counter Claim/*
*Third-Party Plaintiff*

vs.

ZAMPELL REFRACTORIES, INC.
*Third-Party Defendant/*
*Fourth-Party Plaintiff*

vs.

SARGENT & LUNDY, L.L.C. and
PREMIER ENGINEERING
*Fourth-Party Defendants*

**FOURTH-PARTY DEFENDANT SARGENT & LUNDY, LLC'S**
**ANSWER TO CROSS CLAIM OF PREMIER ENGINEERING**

Fourth-party/cross-claim defendant, Sargent & Lundy, LLC ("S&L"), makes the following answer to the cross-claim filed by fourth-party defendant/cross-claim plaintiff, Premier Engineering Corp. ("Premier").

1. Admit.

2. S&L admits that it was retained to provide certain consulting engineering services in relation to a project in Johnston, Rhode Island involving

the FPLE Defendants but denies the remaining allegations in this paragraph to the extent that they differ from the agreement between S&L and the FPLE defendants as said agreement speaks for itself. In further answer S&L neither admits nor denies that FPLE owns and operates 24 Shun Pike in Johnston Rhode Island as it has insufficient knowledge to form a belief and denies the remaining allegations and legal conclusions of this paragraph.

2.[sic] S&L admits that it was retained to provide certain consulting engineering services in relation to a project in Johnston, Rhode Island involving the FPLE Defendants but denies the remaining allegations in this paragraph to the extent that they differ from the agreement between S&L and the FPLE defendants as said agreement speak for itself.

3. S&L admits that Zampell Refractories, Inc. has filed a fourth party complaint against Premier and S&L, and that Certified Power System has filed a counterclaim against S&L but denies the remaining allegations of this paragraph to the extent that they differ from the fourth party complaint and the Certified Power System counterclaim which speak for themselves.

4. S&L denies each and every allegation contained in this paragraph.

WHEREFORE fourth-party cross-defendant, Sargent & Lundy, LLC denies that cross-complaint plaintiff, Premier Engineering Corp., is entitled to any judgment against it in any amount whatsoever and prays this court enter judgment in its favor.

**FIRST AFFIRMATIVE DEFENSE**

If Premier suffered damages, the same were caused by Premier's own acts and/or negligence and/or the acts and/or negligence of parties to this litigation other than S&L.

**SECOND AFFIRMATIVE DEFENSE**

Premier's claim for contribution and indemnification fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

Without admitting to any allegations set forth against S&L in this claim or any other pleading, S&L asserts that its limit of liability for any and all claims arising against it with reference to the project in Johnston, Rhode Island that is the subject matter of CPS's claim is $2,000,000.00 pursuant to S&L's contract with FPL Energy, LLC.

**Jury Demand**

S&L claims a trial by jury as to the cross claim of Premier Engineering.

**COUNTERCLAIM**
**(Contribution and Indemnification at Common Law)**

Fourth-party defendant/counterclaim plaintiff Sargent & Lundy, LLC ("S&L"), by and through its attorneys, states as follows for its counterclaim against Premier Engineering Corp. ("Premier").

1. Certified Power Systems ("CPS") is being sued by Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. ("R.I. State Energy Defendants") for

breach of contract and negligence as more specifically disclosed in the R.I. State Energy Defendants' amended counterclaim (Docket #6).

2. Zampell Refractories, Inc. ("Zampell") is being sued by CPS for contribution and indemnification as more specifically disclosed in CPS's third-party complaint (Docket #7).

3. Zampell had filed a fourth-party complaint against S&L and Premier for contribution and indemnification as more specifically disclosed in Zampell's fourth-party complaint (Docket #41).

4. CPS filed a claim for contribution and complete indemnity at common law against S&L as more specifically disclosed in CPS's claim (Docket #49).

5. Premier has filed an answer to Zampell's fourth party complaint and has asserted a cross-claim for contribution and indemnification against S&L among others.

6. Without admitting to any allegations set forth against S&L in this claim or any other pleading, in the event it is determined that S&L is responsible in any way in this matter, then S&L is entitled to contribution pursuant to the Contribution Among Joint Tortfeasors Act or complete indemnification at common law including counsel fees and costs from Premier.

WHEREFORE, fourth-party defendant/counterclaim plaintiff Sargent & Lundy, LLC, demands judgment in its favor and against Premier Engineering Corp.

**Jury Demand**

S&L claims a trial by jury as to its counterclaim against Premier Engineering.

**COUNTERCLAIM AGAINST ZAMPELL REFRACTORIES, INC.**
**(Contribution and Common Law Indemnification)**

1. CPS is being sued by Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. ("R.I. State Energy Defendants") for breach of contract and negligence as more specifically disclosed in the R.I. State Energy Defendants' amended counterclaim (Docket #6).

2. Zampell Refractories, Inc. ("Zampell") is being sued by CPS for contribution and indemnification as more specifically disclosed in CPS's third-party complaint (Docket #7).

3. S&L is being sued by Zampell for contribution and indemnification as more specifically disclosed in Zampell's fourth-party complaint (Docket #41).

4. S&L has denied the substantive allegations of Zampell's fourth party complaint and has asserted certain affirmative defenses.

5. Without admitting to any allegations set forth against S&L in Zampell's fourth party complaint or any other pleading, in the event it is determined that S&L is responsible in any way in this matter, then S&L is entitled to contribution pursuant to the Contribution Among Joint Tortfeasors Act or complete indemnification at common law including counsel fees and costs from Zampell.

WHEREFORE, fourth-party defendant, Sargent & Lundy, LLC demands for judgment in its favor and against Zampell Refractories, Inc.

**Jury Demand**

S&L claims a trial by jury as to its counterclaim against Zampell Refractories.

Respectfully submitted,
SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

Janet R. Davis
Georgene M. Wilson
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

M:\10792\pleading\ans.Premier.ctrclaim1.doc

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 20th day of April 2006, I served a true and accurate copy of fourth-party defendant Sargent & Lundy, LLC's motion for protective order via U.S. Mail upon:

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Theresa E. Mullen
Mark Robert Vespole
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

Girard R. Visconti
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Armando E. Batastini
Mark W. Freel
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Matthew Thomas Oliverio
55 Dorrance Street, Suite 400
Providence, RI 02903
401-861-2900
401-861-2922 (fax)