**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CERTIFIED POWER SYSTEMS, INC.** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000** | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | **CASE NO. 05-cv-066-ML-DLM** |
| **FPLE RHODE ISLAND STATE ENERGY LP** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **FPLE RHODE ISLAND STATE ENERGY GP, INC.** | § | |
| | § | |
| | § | |
| **V.** | § | |
| | § | |
| **ZAMPELL REFRACTORIES, INC.** | § | |
| | § | |
| | § | |
| | § | |
| **SARGENT & LUNDY LLC** | § | |
| | § | |
| | § | |
| | § | |
| **PREMIER ENGINEERING CORP.** | § | |
| | § | |

**NOTICE OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**

NOW COMES, PREMIER ENGINEERING CORPORATION, Fourth Party Defendant herein and files this Notice of Bankruptcy Filing and Notice of Automatic Stay

1. Fourth Party Defendant, PREMIER ENGINEERING CORPORATION electronically filed the attached Chapter 7 Petition for Relief from in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, Case No. 06-5727 on April 21, 2006.

2. Pursuant to the filing of said Petition and 11 U.S.C. Section 362, all further judicial,

administrative or other actions or proceedings which were or could have been commenced against Defendant before the filing of said Bankruptcy Petition (including, but not necessarily limited to, the above-styled cause) are automatically stayed. *See, Soares v.Brockton Credit Union*, 107 F.3d 969, 973 (1st Cir. 1997).

OLIVERIO & MARCACCIO, LLP
55 Dorrance Street
Providence, RI 02903
Phone: 861-2900
Fax:: 861-2922

By: ____________________
Matthew T. Oliverio, Esq.
Bar No. 7372

and:

LAW OFFICES OF MICHAEL J. O'CONNOR
322 West Woodlawn
San Antonio, Texas 78212
Phone: (210) 735-2233
Fax: (210) 736-9025
Michael J. O'Connor
Bar No. 15187400
Defendant's Bankruptcy Counsel

## CERTIFICATE OF SERVICE

The foregoing Defendants' Suggestion of Bankruptcy has been forwarded to the counsel for set forth on the attached Service List on this 21 day of April 2006.

____________________
Matthew T. Oliverio

Service List

Girard Visconti
Jessica Papazian-Ross
Visconti & Boren, Ltd.
55 Dorrance St.
Providence, RI 02903
Attorney for Certified Power Systems, Inc.

Mark Vespole
Theresa E. Mullen
Tressler Soderstrom Maloney
744 Broad St. Ste. 1510
Newark, NJ 07102
Attorney for Certified Power Systems, Inc.

Mark W. Freel
Armando E. Batastini
Edwards Angell Palmer
2800 Financial Plaza
Providence, RI 02903
Attorneys for Rhode Island State Energy Statutory Trust
FPLE Rhode Island State Energy LP
FPLE Rhode Island State Energy GP, Inc.

John R. Mahoney
Asquith, Mahoney LLP
155 South Main St. 2nd Fl.
Providence, RI 02903
Attorney for Zampell Refractories, Inc.

Joseph John Reale, Jr.
Joseph John Reale, Jr., Ltd.
30 Kennedy Plaza, Ste. 400
Providence, RI 02903
Attorney for Zampell Refractories, Inc.

Andrew M. Hutchison
Janet R. Davis
Meckler Bulger & Tilson LLP
123 North Wacker Drive, Ste. 1800
Chicago, IL 60606
Attorney for Sargent & Lundy, LLC

Stephen B. Lang
Higgins Cavanagh & Cooney
123 Dyer St.
Providence, RI 02903
Attorney for Sargent & Lundy, LLC

Warren D. Hutchison
Donavan Hatem LLP
Two Seaport Lane
Boston, MA 02210

# Open New Bankruptcy Case

**U.S. Bankruptcy Court**

**Western District of Texas**

Notice of Bankruptcy Case Filing

The following transaction was received from O'Connor, Michael J. entered on 4/21/2006 at 9:18 AM CDT and filed on 4/21/2006

**Case Name:** Premier Engineering Corporation

**Case Number:** 06-50727

**Document Number:** 1

**Docket Text:**
Voluntary Petition under Chapter 7 With Schedules, With Statements, (Filing Fee: $ 299.00) filed by Premier Engineering Corporation. -Declaration for Electronic Filing due by 04/28/2006 (O'Connor Michael)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Program Files\BankruptcyPRO\Premier Engineering Corporation\ECF\Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988230274 [Date=4/21/2006] [FileNumber=8292936-0] [1a809d5c043b6e9af20f743e4a73b4838560024a2c01f6bdd6f2ec271fe512600b22 f26ea23e3870ea8f219dac45a3a0a1d166c2a823ffc7c4a8be18601fed9f]]

**06-50727 Notice will be electronically mailed to:**

Michael J. O'Connor oconnorlaw@gmail.com, oconnorlaw@gmail.com

United States Trustee - SA12 USTPRegion07.SN.ECF@usdoj.gov

**06-50727 Notice will not be electronically mailed to:**

(Official Form 1) (10/05)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Voluntary Petition**

Name of Debtor (if individual, enter Last, First, Middle):
Premier Engineering Corporation

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):
74-2589387

Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):

Street Address of Debtor (No. & Street, City, and State):
14003 Gingerwood
San Antonio, TX
ZIPCODE 78231

Street Address of Joint Debtor (No. & Street, City, and State):
ZIPCODE

County of Residence or of the Principal Place of Business:
Bexar

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
14003 Gingerwood
San Antonio, TX
ZIPCODE 78231

Mailing Address of Joint Debtor (if different from street address):
ZIPCODE

Location of Principal Assets of Business Debtor (if different from street address above):
ZIPCODE

**Type of Debtor** (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)

State type of entity:

**Nature of Business** (Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☒ Business

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D)
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.5.2.178, ID 2038845140)

(Official Form 1) (10/05) FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Premier Engineering Corporation** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X ______________________________

Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.5.2.178, ID 2639949140)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): Premier Engineering Corporation

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________

X ______________________________

______________________________
Telephone Number (If not represented by an attorney)

______________________________
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
(Signature of Foreign Representative)

______________________________
(Printed Name of Foreign Representative)

______________________________
(Date)

### Signature of Attorney

X [signature]
Michael J. O'Connor Bar No. 15187400

Law Office of Michael J. O'Connor
122 West Woodlawn
San Antonio, TX 78212

Phone No (210) 736-2233 Fax No (210) 736-9025

4-21-06
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Premier Engineering Corporation**

X [signature]

Edward Alarcon
Printed Name of Authorized Individual

President
Title of Authorized Individual

4-21-06
Date