UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br>Plaintiff,<br><br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,<br>Defendants,<br><br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.,<br>Defendant on Counterclaim/ Third-Party Plaintiff,<br><br>vs.<br><br>ZAMPELL REFRACTORIES, INC.,<br>Third-Party Defendant,<br><br>vs.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.,<br>Fourth-Party Defendants. | : | C.A. No. 05-066-ML |

**DEFENDANTS RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. AND FPLE RHODE ISLAND STATE ENERGY GP, INC.'S MEMORANDUM OF LAW SUPPORTING THEIR EMERGENCY MOTION TO SEVER CLAIMS BY AND AGAINST FOURTH-PARTY DEFENDANT PREMIER ENGINEERING CORP.**

Fourth-Party Defendant Premier Engineering Corp. ("Premier") filed a Petition for Bankruptcy on April 21, 2006 in the U.S. Bankruptcy Court for the Western District of Texas. Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island

State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPL") have consequently filed a Motion to Sever Claims By and Against Premier. FPL presents this Memorandum of Law in support of that Motion.

**Background**

Premier was FPL's owner representative with respect to certain improvements at the Rhode Island State Energy Center ("RISE") in Johnston, Rhode Island. Zampell Refractories, Inc. ("Zampell"), the welding subcontractor for that project, brought a Fourth-Party Complaint against Premier seeking contribution and indemnification. In response, Premier denied all of the material allegations of Zampell's Fourth-Party Complaint and brought Counterclaims against Certified Power Systems, Inc. ("CPS"), Zampell, FPL and Sargent & Lundy, LLC ("Sargent & Lundy") for contribution and indemnification.

Premier filed a Chapter 7 Petition for Bankruptcy (the "Petition") on April 21, 2006 in the U.S. Bankruptcy Court for the Western District of Texas. Counsel for Premier in the instant action subsequently served all parties with a Notice of Bankruptcy and Notice of Automatic Stay.

Premier's bankruptcy filing has caused uncertainty among the other parties regarding the status of this action. As a result, the deposition of Kevin Murphy, Assistant State Fire Marshal, and Walt Smith of FPL, which were scheduled for April 24 and 25, respectively, have been postponed in order to determine the effect, if any, of Premier's Petition in this matter.

The parties have several other critical depositions scheduled over the next few weeks, including the deposition of representatives of Sargent & Lundy in Chicago, Illinois

on May 2 and 3, 2006. Counsel have worked cooperatively in scheduling these depositions, but the number of parties and attorneys involved in this matter has often made that challenging. In light of that, and the close of discovery on June 30, 2006, the parties are anxious to move forward with the remaining discovery as necessary. The severance of Premier would consequently remove any existing uncertainty regarding the status of this matter caused by Premier's Bankruptcy Petition and facilitate the timely completion of discovery.

CPS, Zampell and Sargent & Lundy do not object to this motion. Moreover, FPL's counsel has also contacted the Bankruptcy Trustee responsible for Premier's Petition regarding this motion, and can represent that the Trustee did not assert any objection to the proposed relief sought herein.

**Argument**

The law is firmly established that the automatic stay under Section 362(a) extends only to the debtor and not to co-defendants. See In re Advanced Ribbons & Office Prods., Inc., 125 B.R. 259, 263 (Bankr. 9th Cir. 1991) ("the automatic stay of section 362(a) protects only the debtor, property of the debtor or property of the estate"); In re Garnett, 47 B.R. 170, 171 (Bankr. E.D.N.Y. 1985) ("the law is well settled that the automatic stay provided for by the bankruptcy law extends only to claims against the debtor himself and not against others, including sureties, whose liability to the creditor for the obligations of the debtor has an independent basis"). It is equally well settled that the automatic stay does not operate to stay claims against alleged joint tortfeasors of the debtor. See, e.g., Austin v. Unarco Industries, Inc., 705 F.2d 1, 5 (1st Cir. 1982).

In view of the forgoing, Premier's Petition and the resulting automatic stay pertain only to claims by and against Premier. All other remaining claims in this case remain active and unaffected by the Petition. In order to remove any uncertainty regarding the effect of Premier's Petition on the remaining claims in this action, FPL respectfully requests that this Court sever all claims by and against Premier pursuant to Fed. R. Civ. P. 21. See Fed. R. Civ. P. 21 ("Any claim against a party may be severed and proceeded with separately.").

**Conclusion**

For the foregoing reasons, FPL's motion to sever should be granted.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)



PRV_802160_1/ABATASTINI

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 24th day of April, 2006, I caused a true copy of the within Memorandum of Law to be served by facsimile and first class mail, postage prepaid, to the following counsel of record:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Janet R. Davis, Esq.
Andrew M. Hutchison, Esq.
Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. O'Connor, Esq.
322 West Woodlawn
San Antonio, TX 78212

Johnny W. Thomas, Esq.
St. Paul Square
1153 East Commerce
San Antonio, TX 78205