UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.,
Plaintiff,

vs. C.A. No. 05-066-ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,
Defendants,

vs.

CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim/
Third-Party Plaintiff,

vs.

ZAMPELL REFRACTORIES, INC.,
Third-Party Defendant,

vs.

SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.,
Fourth-Party Defendants.

FILED APR 24 2006

Granted. Mary M. Lisi USDJ 4/25/06

**DEFENDANTS RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. AND FPLE RHODE ISLAND STATE ENERGY GP, INC.'S EMERGENCY MOTION TO SEVER CLAIMS BY AND AGAINST FOURTH-PARTY DEFENDANT PREMIER ENGINEERING CORP.**

Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively "FPL") hereby move this Court for an order severing the claims by and against Fourth-Party

Defendant Premier Engineering Corp. FPL relies on its Memorandum of Law in support of this Motion.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)