**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | C.A. NO.: 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | ) | |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. | ) | |

**FOURTH-PARTY DEFENDANT,**
**SARGENT & LUNDY, L.L.C.'s, MOTION TO FILE AN ADDITIONAL**
**AFFIRMATIVE DEFENSE**

Fourth-party defendant, Sargent & Lundy, L.L.C. ("S&L"), by and through Stephen B. Lang of Higgins, Cavanagh & Cooney, LLP and Janet R. Davis of Meckler Bulger & Tilson, LLP, requests leave to file an amended answer in the form annexed hereto as Exhibit A. Sargent & Lundy submits is memorandum of law in support of this motion herewith.

WHEREFORE, fourth-party defendant, Sargent & Lundy, L.L.C., respectfully requests that this Honorable Court grant its motion for leave to amend its answer and assert an additional affirmative defense against fourth-

party plaintiff, Zampell Refractories, Inc., pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

and

Janet R. Davis
Georgene M. Wilson
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6 day of June 2006, I served a true and accurate copy of fourth-party defendant Sargent & Lundy, LLC's Motion to File an Additional Affirmative Defense to fourth-party complaint of Zampell Refractories, Inc. via U.S. Mail upon:

Girard R. Visconti
Jessica L. Papazian-Ross
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Mark Robert Vespole
Theresa E. Mullen
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Mark W. Freel
Armando E. Batastini
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Matthew Thomas Oliverio
55 Dorrance Street, Suite 400
Providence, RI 02903
401-861-2900
401-861-2922 (fax)

[signature]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC., )
)
)
vs. )
)
RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., )
)
)
vs. )
) C.A. NO.: 05-066-ML
CERTIFIED POWER SYSTEMS, INC. )
)
)
vs. )
)
ZAMPELL REFRACTORIES, INC. )
)
vs. )
)
SARGENT & LUNDY, LLC. )

**MEMORANDUM OF LAW IN SUPPORT OF FOURTH-PARTY DEFENDANT, SARGENT & LUNDY, L.L.C.'s, MOTION TO FILE AN ADDITIONAL AFFIRMATIVE DEFENSE**

Fourth-party defendant, Sargent & Lundy, L.L.C. ("S&L"), by and through Stephen B. Lang of Higgins, Cavanagh & Cooney, LLP and Janet R. Davis of Meckler Bulger & Tilson, LLP, submits the following in support of its motion and states as follows:

1. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, absent a showing of prejudice, a party should be permitted to amend its

pleading, by leave of court and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

2. Without admitting to any allegations set forth against it in Zampell's claim or any other pleading, S&L requests leave to amend its answer to Zampell's complaint to assert an additional affirmative defense that its liability is limited pursuant to its contract with FPLE Rhode Island State Energy, L.L.C.

3. The affirmative defense S&L seeks to assert against Zampell was previously asserted in all other answers to complaints filed against it in the instant litigation, namely, in its answer, filed in January of 2006, to Certified Power Systems, Inc.'s claim for Indemnification and Contribution.

4. Zampell was a party to the instant litigation at the time S&L filed its answer and affirmative defenses to Certified Power Systems, Inc.'s claim for Indemnification and Contribution.

5. Not asserting the third affirmative defense was due to inadvertence and Zampell will not suffer any prejudice if S&L is granted leave to assert an additional affirmative defense against Zampell since this affirmative defense has been asserted against all other parties to the litigation while Zampell was a party to the litigation.

6. S&L will be prejudiced if it is denied leave to amend its answer in order to file this additional affirmative defense against Zampell.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

and

Janet R. Davis
Georgene M. Wilson
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that on the 6 day of June 2006, I served a true and accurate copy of fourth-party defendant Sargent &Lundy, LLC's Memorandum of Law In Support of Its Motion to File an Additional Affirmative Defense to fourth-party complaint of Zampell Refractories, Inc., via U.S. Mail upon:

Girard R. Visconti
Jessica L. Papazian-Ross
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 (fax)

Mark Robert Vespole
Theresa E. Mullen
Tressler Soderstrom Maloney & Priess
744 Broad St.
Suite 1510
Newark, NJ 07102
973-848-2900
623-0405 (fax)

Joseph John Reale, Jr.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
453-9900
453-9917 (fax)

John R. Mahoney
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
331-5353
331-7373 (fax)

Mark W. Freel
Armando E. Batastini
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
274-9200
276-6611 (fax)

Matthew Thomas Oliverio
55 Dorrance Street, Suite 400
Providence, RI 02903
401-861-2900
401-861-2922 (fax)