COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :

v. :

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :

v. : C.A. No. 05-066-ML

CERTIFIED POWER SYSTEMS, INC. :

v. :

ZAMPELL REFRACTORIES, INC. :

FILED
JUN 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Granted. Mary M. Lisi USDJ 6/6/06

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MEMORANDA AND TO COMPLETE EXPERT DISCLOSURES AND DEPOSITIONS**

The undersigned parties and their counsel hereby jointly move this Court for an extension of time, through and including August 25, 2006, within which to file their Pretrial Memoranda pursuant to this Court's previous Pretrial Order, and for an extension of time, through and including July 14, 2006, to complete expert disclosures and depositions.

In support of this motion, the parties state that they are currently scheduled to conduct a two-day mediation before Attorney William Poore in Providence on July 19-20. All parties and their counsel will be in attendance, and have agreed to participate. Pretrial Memoranda are currently due to be filed on or before July 25, 2006, which is only three (3) business days following the completion of the mediation. Since the Court set that deadline, several counsel in this case have filed motions for excuse from attendance on various dates during the month of

August. The Court has approved some of those motions, and others are pending. The practical effect of those motions appears to be that a trial in this case will not occur any sooner than September. Accordingly, the undersigned parties respectfully submit that it is reasonable to extend the deadline for submission of Pretrial Memoranda until August 25, well in advance of the Labor Day weekend, so that this Court can schedule the case for trial at the earliest practicable date thereafter.

In addition, the parties have almost completed factual discovery and depositions, but have not yet commenced expert depositions. Some parties have identified new experts relatively recently, and some of those experts are waiting for an opportunity to view certain relevant site conditions at the subject FPL plant in Johnston, Rhode Island, on June 13 or 14. Accordingly, the parties respectfully submit that it would be in their joint interests, and would not prejudice the Court or any other parties, to extend the time for expert disclosures and depositions through July 14, 2006. This would require all expert opinions to be fully disclosed prior to the mediation.

WHEREFORE, the undersigned parties respectfully request that this Court amend its prior Orders and permit the parties to file Pretrial Memoranda on or before August 25, 2006, and permit the parties to complete expert disclosures and depositions prior to July 14, 2006..

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

Jessica Papazian-Ross (#5915)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-38000
(401) 421-9302 (Fax)

and

Mark Robert Vespole, Esq.
TRESSLER SODERSTROM MALONEY & PRIESS
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405 (Fax)

ZAMPELL REFRACTORIES, INC.

By its Attorneys,

John R. Mahoney, Esq. by JJR
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353
(401) 331-7373 (Fax)

and

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (Fax)

SARGENT & LUNDY

By its Attorneys,

Janet Davis, Esq.
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Ste. 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (Fax)

and

Stephen B. Lang, Esq. (0145)
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (Fax)