**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br><br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants,<br><br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br><br>vs.<br><br>ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendant.<br><br>vs.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.<br>Fourth-Party Defendant | : | C.A. No. 05-066-ML |

**PLAINTIFF's MOTION FOR EXTENSION OF TIME**

Plaintiff Certified Power Systems hereby moves to extend time to respond to a protective order that was filed by Defendants on June 5, 2006. The basis for the extension is that the parties are trying to discuss whether an agreement can be worked out regarding the deposition of Peter G. Holzapfel, which was the basis for the protective order. The basis for the protective order may be rendered moot based on whether the party who did not examine Pete Holzapfel at the

deposition wishes to examine the deponent. Since emails are being exchanged among the parties to see if this issue can be resolved, Plaintiff is seeking a 10 day extension in which to file its objection if the parties cannot agree on parameters.

By filing this extension, Plaintiff is not waiving any of the procedural and/or substantive arguments it has regarding the motion. Wherefore, Plaintiff, Certified Power Systems Inc. requests that this court grant its motion for an extension of time as set forth herein.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel. No. (973) 848-2900
Fax No. (973)623-0405

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true copy of the within document has been forwarded on this 16 day of June, 2006 via First Class Mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Janet R. Davis, Esq.
Andrew M. Hutchison, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang, Esq.
Higgins Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Marie M. Cazavant