UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC. | : | |
| VS. | : | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. | : | |
| VS. | : | C.A. No. 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | : | |
| VS. | : | |
| ZAMPELL REFRACTORIES, INC. | : | |

**EMERGENCY MOTION FOR**
**AN EXTENSION OF TIME FOR FILING**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively, "Defendants") hereby move this Court for an extension of the deadline for filing a Motion for Summary Judgment until August 11, 2006. That deadline is currently set for June 28, 2006.

In support of their motion, Defendants respectfully submit that they believe that they have a solid basis for summary judgment, in whole or in part, with respect to the contractual claims of Plaintiff Certified Power Systems, Inc. However, expert discovery does not close until July 14, 2006, and is still on-going. Moreover, the parties have scheduled mediation for July 19 and 20, 2006. Defendants therefore respectfully suggest

that an extension of the deadline for filing summary judgment motions is appropriate and would foster economy because certain critical discovery remains to be accomplished and mediation may result in the successful resolution of this matter, thereby eliminating the time and cost associated with a Motion for Summary Judgment for counsel and the Court.

WHEREFORE, Defendants respectfully request an extension of time, through and including August 11, 2006, for the purpose of filing a Motion for Summary Judgment.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of June, 2006, I caused a true copy of the within Motion to be served by facsimile and first class mail, postage prepaid, to the following counsel of record:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Janet R. Davis, Esq.
Andrew M. Hutchison, Esq.
Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606