**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br><br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants,<br><br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br><br>vs.<br><br>ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendant.<br><br>vs.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.<br>Fourth-Party Defendant | : | C.A. No. 05-066-ML |

**PLAINTIFF's OBJECTION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Plaintiff, Certified Power Systems, Inc. hereby objects to the emergency motion for an extension of time filed by defendants relative to the deadline for the summary judgment motions which is June 28, 2006. The pre-trial memoranda for this case are due on or before July 25, 2006. What defendants are seeking to do is allow a summary judgment motion to be filed approximately three (3) weeks after the pre-trial memoranda are due. The pre-trial orders of this court require that dispositive motions be filed in the reverse, that is, two (2) to three (3) weeks prior to when the pre-trial memoranda are due.

In this case, defendants sent a stipulation to plaintiff agreeing on the value of plaintiff's case (subject to defenses) which the parties did not sign because there was a disagreement as to inclusion of statutory interest. Nevertheless, there is no "good cause" alleged as to why the extension is needed. There is no indication as to what deposition is going to be taken and what that deposition has to do with the alleged motion for summary judgment that defendants are seeking to file in this case. Plaintiff is seeking to have this case tried in September of 2006 as the court's calendar permits. Defendants are attempting again to simply delay this trial. There have been no grounds asserted that would warrant an extension of the dispositive deadlines set by this court.

For the reasons stated, defendants' motion for an extension of time should be denied.

Plaintiff/Third-Party Counterclaim Defendant,
CERTIFIED POWER SYSTEMS, INC.
By its Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
E-mail jlpr@viscontilaw.com

***Pro hac vice counsel***
Mark Robert Vespole
***Tressler, Soderstrom, Maloney & Priess***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel. No. (973) 848-2900
Fax No. (973)623-0405

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true copy of the within document has been forwarded on this 26th day of June, 2006 via First Class Mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Janet R. Davis, Esq.
Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang, Esq.
Higgins Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Helen R. Silva