COPY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.,

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

vs.

SARGENT & LUNDY, LLC.

FILED
JUN 06 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO.: 05-066-ML

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 6/27/06

**FOURTH-PARTY DEFENDANT,**
**SARGENT & LUNDY, L.L.C.'s, MOTION TO FILE AN ADDITIONAL**
**AFFIRMATIVE DEFENSE**

Fourth-party defendant, Sargent & Lundy, L.L.C. ("S&L"), by and through Stephen B. Lang of Higgins, Cavanagh & Cooney, LLP and Janet R. Davis of Meckler Bulger & Tilson, LLP, requests leave to file an amended answer in the form annexed hereto as Exhibit A. Sargent & Lundy submits is memorandum of law in support of this motion herewith.

WHEREFORE, fourth-party defendant, Sargent & Lundy, L.L.C., respectfully requests that this Honorable Court grant its motion for leave to amend its answer and assert an additional affirmative defense against fourth-

party plaintiff, Zampell Refractories, Inc., pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

and

Janet R. Davis
Georgene M. Wilson
Andrew M. Hutchison
Meckler Bulger & Tilson, LLP
123 N. Wacker Dr., Ste. 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898