UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :
:
VS. :
:
RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. :
:
VS. : C.A. No. 05-066-ML
:
CERTIFIED POWER SYSTEMS, INC. :
:
VS. :
:
ZAMPELL REFRACTORIES, INC. :

Granted. Mary M. Lisi USDJ 6/27/06

**EMERGENCY MOTION FOR
AN EXTENSION OF TIME FOR FILING
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. (collectively, "Defendants") hereby move this Court for an extension of the deadline for filing a Motion for Summary Judgment until August 11, 2006. That deadline is currently set for June 28, 2006.

In support of their motion, Defendants respectfully submit that they believe that they have a solid basis for summary judgment, in whole or in part, with respect to the contractual claims of Plaintiff Certified Power Systems, Inc. However, expert discovery does not close until July 14, 2006, and is still on-going. Moreover, the parties have scheduled mediation for July 19 and 20, 2006. Defendants therefore respectfully suggest

that an extension of the deadline for filing summary judgment motions is appropriate and would foster economy because certain critical discovery remains to be accomplished and mediation may result in the successful resolution of this matter, thereby eliminating the time and cost associated with a Motion for Summary Judgment for counsel and the Court.

WHEREFORE, Defendants respectfully request an extension of time, through and including August 11, 2006, for the purpose of filing a Motion for Summary Judgment.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)