RECEIVED
JUL 14 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.,

Plaintiff,

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

Defendants,

v.

CERTIFIED POWER SYSTEMS, INC.,

Defendant on Counterclaim/Third-Party Plaintiff,

v.

ZAMPELL REFRACTORIES, INC.

Third-Party Defendants.

**C.A. No. 05-066-ML**

**PLAINTIFF/ COUNTERCLAIM DEFENDANT'S MOTION TO FILE AMENDED ANSWER TO COUNTERCLAIM TO INCLUDE ADDITIONAL DEFENSES**

Plaintiff/Counterclaim Defendant/Third Party Plaintiff, CERTIFIED POWER SYSTEMS, INC. ("CPS"), by and through its attorneys, Jessica L. Papazian-Ross of Visconti & Boren Limited and Mark Robert Vespole of Tressler, Soderstrom, Maloney & Priess, LLP request leave to file an amended Answer to the Counterclaim in the form annexed hereto as Exhibit A. CPS submits its memorandum of law in support of this motion herewith.

WHEREFORE, Plaintiff/ Counterclaim Defendant/Third-Party Plaintiff, CPS respectfully requests that this Honorable Court grant its motion for leave to amend its answer to the counterclaim and assert additional affirmative defenses pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Dated:

CERTIFIED POWER SYSTEMS, INC.
By their Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

*Pro hac vice counsel*
Mark Robert Vespole, Esq.
***Tressler, Soderstrom, Maloney & Priess, LLP***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel No. (973) 848-2900
Fax No. (973) 623-0405
Attorneys for CERTIFIED POWER SYSTEMS, INC., Plaintiff, Third-Party Counterclaim Defendant/Third-Party Plaintiff

## CERTIFICATION OF SERVICE

I, the undersigned, do hereby certify that true copies of the within documents have been forwarded on this 14th day of July, 2006, via First Class Mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Matthew T. Oliverio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Janet R. Davis, Esq.
Georgene M.Wilson, Esq.
Andrew M. Hutchison, Esq.
Meckler Bulger & Tilson LLP
123 No. Wacker Drive, Suite 1800
Chicago, IL 60606

Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102

Kathleen Sparito
____________________________

NEWARK-#19966-v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br><br>Defendants,<br><br>v.<br><br>CERTIFIED POWER SYSTEMS, INC.,<br><br>Defendant on Counterclaim/Third-Party Plaintiff,<br><br>v.<br><br>ZAMPELL REFRACTORIES, INC.<br><br>Third-Party Defendants. | **C.A. No. 05-066-ML**<br><br>**PLAINTIFF/ COUNTERCLAIM DEFENDANT/ THIRD-PARTY PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE AMENDED ANSWER TO THE COUNTERCLAIM TO INCLUDE ADDITIONAL DEFENSES** |

Plaintiff/ Counterclaim Defendant/Third-Party Plaintiff, CERTIFIED POWER SYSTEMS, INC. ("CPS"), by and through its attorneys, Jessica L. Papazian-Ross of Visconti & Boren Limited and Mark Robert Vespole of Tressler, Soderstrom, Maloney & Priess, LLP submits this memorandum of law in support of its motion to file an amended Answer to the Counterclaim to include additional affirmative defenses to conform with the evidence that has been developed in discovery, and states as follows:

1. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, a party should be permitted to amend its answer, with leave of court, absent a showing of prejudice.

2. Fed R. Civ. P. 15(a) further provides that leave shall be freely granted when justice requires. The Rule states in relevant part:

> Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders.

3. CPS seeks to assert affirmative defenses to the breach of contract claims of defendants/counterclaimants based upon waiver, estoppel, material breach of contract, impossibility of performance, substantial performance by CPS, and unconscionability.

4. The legal and factual basis for these defenses became apparent through recent discovery, including but not limited to the submission of the Rhode Island State Energy Defendants" itemization of damages and recent amendments thereto, as well as through consultation with potential expert witnesses regarding responsibility for the December 3, 2004 fire.

5. The parties have been extremely busy with discovery on this case and, therefore, it was inadvertent that this amendment was not filed sooner.

6. These defenses were not asserted at the time CPS initially filed its answer to the counterclaim, in part because the true nature of the counterclaim against CPS and potential defenses were not apparent at the outset of the case. Consequently, in its initial answer to the counterclaim, CPS reserved its right to supplement its answer based upon the completion of discovery in affirmative defense # 12.

7. The addition of these defenses will not prejudice the Rhode Island State Energy Defendants or other parties, in that the these issues were thoroughly explored by the Rhode Island State Energy Defendants, and full discovery was had on these issues. Plaintiff/third-party counterclaim defendant CPS does not seek to add new

claims but merely seeks to have the pleadings conform to the evidence adduced through discovery.

8. CPS will be prejudiced if it is denied leave to amend its answer to include these additional defenses.

9. In Fli-Fab, Inc. v. U.S., 16 F.R.D. 553 (1954), 555-557 (D.R.I.1954), the United States District Court for the District of Rhode Island considered the amendment of an answer in 1954 where the plaintiff claimed prejudice in that additional preparation would be required. The court stated:

> While it is true that the allowance of the proposed amendment will present a question which may require additional preparation for trial by both the plaintiff and defendants, this is clearly no ground for denial of the motion of the defendants. The issues sought to be raised have been known to the plaintiff since September, 1952.

10. The court further stated at page 556:

> It is well settled that amendments to the pleadings should be allowed with liberality where necessary to bring about a furtherance of justice and where the adverse party will not be prejudiced and the presentation of the merits will be subserved. Tahir Erk v. Glenn L. Martin Co., 4 Cir., 1941, 116 F.2d 865; International Ladies' Garment Workers' Union v. Donnelly Garment Co., 8 Cir., 1941, 121 F.2d 561; Lloyd v. United Liquors Corp., 6 Cir., 1953, 203 F.2d 789.

11. The additional defenses are #13 – 19 in Exhibit A.

CONCLUSION

For the foregoing reasons, the relief sought in the accompanying motion should be granted.

Counsel has made a good faith attempt to confer with opposing counsel, but due to the timing of the motion and other circumstances, the parties cannot at this juncture resolve this motion. An oral agreement is requested and the estimated time for the argument is thirty (30) minutes.

CERTIFIED POWER SYSTEMS, INC.
By their Attorneys,

Gerard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

*Pro hac vice counsel*
Mark Robert Vespole, Esq.
***Tressler, Soderstrom, Maloney & Priess, LLP***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel No. (973) 848-2900
Fax No. (973) 623-0405
Attorneys for CERTIFIED POWER SYSTEMS, INC., Plaintiff, Third-Party Counterclaim Defendant/Third-Party Plaintiff

CERTIFICATION OF SERVICE

I, the undersigned, do hereby certify that true copies of the within documents have been forwarded on this 14th day of July, 2006, via First Class Mail, postage prepaid, to the following counsel of record:

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street
Providence, RI 02903

Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza, Suite 400
Providence, RI 02903

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

Matthew T. Oliverio
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Janet R. Davis, Esq.
Georgene M.Wilson, Esq.
Andrew M. Hutchison, Esq.
Meckler Bulger & Tilson LLP
123 No. Wacker Drive, Suite 1800
Chicago, IL 60606

Mark Robert Vespole, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
744 Broad Street, Suite 1510
Newark, New Jersey 07102