UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC.,<br>Plaintiff,<br><br>v.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,<br>Defendants,<br><br>v.<br><br>CERTIFIED POWER SYSTEMS, INC.,<br>Defendant on Counterclaim/ Third-Party Plaintiff,<br><br>v.<br><br>ZAMPELL REFRACTORIES, INC.,<br>Third-Party Defendant,<br><br>v.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.,<br>Fourth-Party Defendants. | C.A. No. 05-066-ML<br><br>JUL - 5 2006<br><br>RECEIVED<br><br>JUL 20 2006<br><br>Property of U.S. District Court<br>District of Rhode Island |

**CONSENT ORDER**

This matter arose upon the motion of Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P., and FPLE Rhode Island State Energy GP, Inc. (collectively, "FPLE") to preclude any further deposition testimony from FPLE employee Peter G. Holzapfel ("Holzapfel"), except to the extent that counsel for Fourth-Party Defendant Sargent &

Lundy, LLC. ("S&L") has questions uniquely relevant to its claims and defenses in this action. Upon agreement and consent of the undersigned parties, it is hereby

ORDERED

that:

1. The deposition of Holzapfel shall be deemed concluded on the basis of the questions posed to Holzapfel to date, through the most recent day of his testimony on June 1, 2006.

2. In the event that FPLE produces additional documents, or supplements its discovery responses, at any time after June 1, 2006, any other party may request the re-opening of Holzapfel's deposition. Before filing any motion seeking such relief, any party seeking the re-opening of Holzapfel's deposition shall confer with counsel for FPLE in a good faith effort to resolve any such issues without recourse to a motion.

ENTER:

David L. Martin

USMJ 7-21-06

ORDER:

Matth Fawcett



PRV_816886_1/MFREEL

**ACKNOWLEDGED AND AGREED TO:**

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

Jessica Papazian-Ross (#3905)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-38000
(401) 421-9302 (Fax)

and

Mark Robert Vespole, Esq.
TRESSLER SODERSTROM MALONEY & PRIESS
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405 (Fax)

ZAMPELL REFRACTORIES, INC.

By its Attorneys,

John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353
(401) 331-7373 (Fax)

and

Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (Fax)

SARGENT & LUNDY

By its Attorneys,

Janet Davis, Esq.
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Ste. 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (Fax)

and

Stephen B. Lang, Esq.
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (Fax)