No Response

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Rec'd 7/14

CERTIFIED POWER SYSTEMS, INC.,

Plaintiff,

v.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

Defendants,

v.

CERTIFIED POWER SYSTEMS, INC.,

Defendant on Counterclaim/Third-Party Plaintiff,

v.

ZAMPELL REFRACTORIES, INC.

Third-Party Defendants.

**C.A. No. 05-066-ML**

**PLAINTIFF/ COUNTERCLAIM DEFENDANT'S MOTION TO FILE AMENDED ANSWER TO COUNTERCLAIM TO INCLUDE ADDITIONAL DEFENSES**

Plaintiff/Counterclaim Defendant/Third Party Plaintiff, CERTIFIED POWER SYSTEMS, INC. ("CPS"), by and through its attorneys, Jessica L. Papazian-Ross of Visconti & Boren Limited and Mark Robert Vespole of Tressler, Soderstrom, Maloney & Priess, LLP request leave to file an amended Answer to the Counterclaim in the form annexed hereto as Exhibit A. CPS submits its memorandum of law in support of this motion herewith.

WHEREFORE, Plaintiff/ Counterclaim Defendant/Third-Party Plaintiff, CPS respectfully requests that this Honorable Court grant its motion for leave to amend its answer to the counterclaim and assert additional affirmative defenses pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Granted. M. L. D. U.S.D.J. 8/2/06

Dated:

CERTIFIED POWER SYSTEMS, INC.
By their Attorneys,

Girard R. Visconti, Esq. (#0566)
Jessica L. Papazian-Ross, Esq. (#3905)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302

*Pro hac vice counsel*
Mark Robert Vespole, Esq.
***Tressler, Soderstrom, Maloney & Priess, LLP***
744 Broad Street, Suite 1510
Newark, NJ 07102
Tel No. (973) 848-2900
Fax No. (973) 623-0405
Attorneys for CERTIFIED POWER SYSTEMS, INC., Plaintiff, Third-Party Counterclaim Defendant/Third-Party Plaintiff