UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC. :
:
vs. : C.A. No. 05-066-ML
:
RHODE ISLAND STATE ENERGY :
STATUTORY TRUST 2000, FPLE :
RHODE ISLAND STATE ENERGY, :
L.P. and FPLE RHODE ISLAND :
STATE ENERGY GP, INC. :
:
vs. :
:
CERTIFIED POWER SYSTEMS, INC. :
:
vs. :
:
ZAMPELL REFRACTORIES, INC. :
:
vs. :
:
SARGENT & LUNDY, LLC and :
PREMIER ENGINEERING SERVICES, :
INC. :

**JOINT MOTION FOR AN EXTENSION OF**
**TIME TO FILE PRETRIAL MEMORANDA**

Pursuant to Federal Rule of Civil Procedure 6(b), the undersigned parties hereby move this Court for an extension of six (6) days for the filing of pretrial memoranda from the current due date of August 25, 2006 to August 31, 2006. In support of this motion, the undersigned parties respectfully submit that expert discovery depositions are ongoing, and the requested additional time will allow the parties to incorporate the results of those depositions into their respective pretrial memoranda.

WHEREFORE, the undersigned parties respectfully request an extension of time, through and including August 31, 2006, to file their respective pretrial memoranda.

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

/s/ Jessica L. Papazian-Ross
Girard R. Visconti (#0566)
Jessica L. Papazian-Ross (#3905)
Visconti & Boren Ltd.
Dodge LLP
55 Dorrance Street
Providence, RI 02903
(401) 331-3800
(401) 421-9302 (fax)
grv@viscontilaw.com
jlpr@viscontilaw.com

and

/s/ Mark Robert Vespole
Mark Robert Vespole *(pro hac vice)*
Tressler, Soderstrom, Maloney
& Priess, LLP
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405 (fax)
mvespole@tsmp.com

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By its Attorneys,

/s/ Mark W. Freel
Mark W. Freel (#4003)
Armando E. Batastini (#6016)
Edwards Angell Palmer &

2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
mfreel@eapdlaw.com
abatastini@eapdlaw.com

ZAMPELL REFRACTORIES, INC.

By its Attorneys,

/s/ John R. Mahoney
John R. Mahoney (#1940)
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353
(401) 331-7373 (fax)
jackmahoney@amlawllp.com

and

/s/ Joseph J. Reale, Jr.
Joseph J. Reale, Jr. (#3158)
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (fax)
reale@conversent.net

SARGENT & LUNDY, L.L.C.

By its Attorneys,

/s/ Stephen B. Lang

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (fax)
slang@hcc-law.com

and

/s/ Janet R. Davis

Janet R. Davis *(pro hac vice)*
Georgene M. Wilson *(pro hac vice)*
Andrew M. Hutchison *(pro hac vice)*
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (fax)
janet.davis@mbtlaw.com
georgene.wilson@mbtlaw.com
andrew.hutchison@mbtlaw.com