**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | C.A. NO.: 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | ) | |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. | ) | |

**SARGENT & LUNDY, LLC'S MOTION *IN LIMINE* TO BAR EVIDENCE AND ARGUMENT REGARDING THE INTERPRETATION OF "CONSTRUCTION MANAGEMENT TERMS AND CONDITIONS SECTION" OR OTHER TERMS DEFINED IN THE S&L/FPLE CONTRACT**

Pursuant to Federal Rule of Evidence 401, 402, 403, 701 and 702, fourth-party defendant Sargent & Lundy, LLC ("S&L"), by its attorneys, Stephen B. Lang of Higgins, Cavanagh & Cooney, LLP and Janet R. Davis of Meckler, Bulger & Tilson LLP, hereby moves the Court for an order *in limine* barring evidence and argument regarding the interpretation of the "Construction Management Terms and Conditions" section or other terms defined in the S&L/FPLE contract. In support of this motion, S&L states:

S&L is an engineering company that provided professional services to FPLE pursuant to the contract these parties executed on August 22, 2000 (the "S&L/FPLE contract"). The contract documents include the "Delivery Work Authorization" (the "DWA") which includes a section entitled "Construction Management Terms and Conditions."

An engineer's duties are determined by the terms of its contract. Lutz Engineering v. Industrial Louvers, 585 A.2d 631, 635 (R.I. 1991). The construction of unambiguous contract terms is a question of law for the court to decide. Dubis v. East Greenwich Fire Dist., 754 A.2d 98, 100 (R.I. 2000). Where contract language is plain and unambiguous, a court is not to utilize extrinsic facts or aids in its interpretation. Garden City Treatment Ctr. v. Coordinated Health, 852 A.2d 535, 542 (R.I. 2004). Expert testimony regarding the interpretation of unambiguous contract language is irrelevant and inadmissible. Delta Mining Corp. v. Big Rivers Elec. Corp., 18 F.3d 1398, 1402 (7th Cir. 1994).

S&L brings this motion *in limine* to bar the parties from introducing evidence or argument regarding the terms in the S&L/FPLE contract that in any way varies from the definitions of the terms contained therein. For instance, S&L's duty to provide "construction management" services is limited to that which S&L undertook in its contract and is defined in the "Construction Management Terms and Conditions" section of the S&L/FPLE contract. The other parties to this case should not be permitted to offer evidence or testimony

which seeks to interpret the contract terms other than as defined in the S&L/FPLE contract.

WHEREFORE, fourth-party defendant Sargent & Lundy, LLC seeks the entry of an order *in limine* barring evidence and argument regarding the interpretation of the "Construction Management Terms and Conditions" section or other terms defined in the S&L/FPLE contract.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

/s/______________________________

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780
- and –
Janet R. Davis, Esq.
Georgene Wilson, Esq.
Andrew M. Hutchinson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: 312-474-7947
Fax: 312-474-7898

**CERTIFICATION**

I hereby certify that on this 29th day of August, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Co-Counsel for Plaintiff
Jessica Papazian-Ross, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903

Co-Counsel for Plaintiff
Mark Robert Vespole, Esq.
Theresa M. Mullen, Esq.
Tressler, Soderstrom Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Counsel for Trust 2000, FPLE
Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Co-Counsel for Zampell
John R. Mahoney, Esq.
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903

Co-Counsel for Zampell
Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

/s/