**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC., | ) | |
| vs. | ) | |
| RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC., | ) | |
| vs. | ) | C.A. NO.: 05-066-ML |
| CERTIFIED POWER SYSTEMS, INC. | ) | |
| vs. | ) | |
| ZAMPELL REFRACTORIES, INC. | ) | |
| vs. | ) | |
| SARGENT & LUNDY, LLC. | ) | |

**SARGENT & LUNDY, LLC'S MOTION *IN LIMINE* TO EXCLUDE ALL WITNESSES OTHER THAN PARTY REPRESENTATIVES FROM THE COURTROOM UNTIL CALLED TO TESTIFY**

Pursuant to Federal Rule of Evidence 615, fourth-party defendant Sargent & Lundy, LLC ("S&L"), by its attorneys, Stephen B. Lang of Higgins, Cavanagh & Cooney, LLP and Janet R. Davis of Meckler, Bulger & Tilson LLP, hereby moves the Court for an order *in limine* excluding all witnesses that are not a party representative from other witnesses' testimony and from opening statements. In support of this motion, S&L states:

Federal Rule of Evidence 615 provides that "at the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of

other witnesses." Fed. R. Evid. 615. The rule exempts party representatives from exclusion. Fed. R. Evid. 615(2).

S&L brings this motion to prevent the foreseeable probability that any witness may be influenced by opening statements. It is also foreseeable that witnesses called later in the case may be influenced by the testimony of witnesses called to testify earlier. Fed. R. Evid. 615 anticipates this very situation and provides the mechanism to avoid the potential for such improper influence. Therefore, pursuant to Fed. R. Evid. 615, all witnesses that are not a designated party representative should be excluded from the courtroom until called to testify. See Capeway Roofing Systems, Inc. v. Chao, 391 F.3d 56, 59 (1st Cir. 2004) ("the bare language of Rule 615 suggests that only one" party representative may be present in the courtroom during trial proceedings.)

WHEREFORE, fourth-party defendant Sargent & Lundy, LLC seeks the entry of an order *in limine* excluding all non-party witnesses from other witnesses' testimony and from opening statements.

SARGENT & LUNDY, L.L.C.

By its Attorneys,

/s/_________________________________
Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500

Fax: 401-273-8780
- and –
Janet R. Davis, Esq.
Georgene Wilson, Esq.
Andrew M. Hutchinson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: 312-474-7947
Fax: 312-474-7898

**CERTIFICATION**

I hereby certify that on this 29th day of August, 2006 a true copy of the foregoing was mailed, postage pre-paid, to:

Co-Counsel for Plaintiff
Jessica Papazian-Ross, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903

Co-Counsel for Plaintiff
Mark Robert Vespole, Esq.
Theresa M. Mullen, Esq.
Tressler, Soderstrom Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Counsel for Trust 2000, FPLE
Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903

Co-Counsel for Zampell
John R. Mahoney, Esq.
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903

Co-Counsel for Zampell
Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903

/s/ ______________________________