# A


Droplet eliminator
Evaporative cooling media
Filter media
44"
30"
41"
Heating coils
South wall
Approx. 5 feet wide
CARBON STEEL
STAINLESS STEEL
Turbine Building Roof Deck