# B

| Company | Description | Value |
|---|---|---|
| CERTIFIED POWER SYSTEMS INC. | Contractor to repair damaged inlet filter housing | 2,311,261.82 |
| TOWN OF JOHNSTON | Fire Response | 44,837.60 |
| HENNIGAN | | 121,742.81 |
| ACADIA ELASTOMERS | | 5,516.37 |
| ADMIRAL MERCHANTS MOTOR | | 7,341.34 |
| AEROFIN CORP | Coil frames | 256,632.22 |
| AMERICAN ELECTRICAL TESTING CO., IN | Insulator Cleaning | 2,430.71 |
| BLACK & VEATCH CORPORATION | Engineering Services | 3,177.39 |
| FLEET FUEL, INC | water truck rental from 1/9/05 to 1/17/05 for fire | 1,212.12 |
| G & G FIRE PROTECTION INC. | 4 hour minimum per work order 0510 emergency call | 480.00 |
| INDUSTRIAL AIR FLOW DYNAMICS INC. | Inlet coating | 47,370.15 |
| INTERSTATE ELECTRICAL SERVICES | CT Inlet Filter Engineering | 12,000.00 |
| MUNTERS CORPORATION | Replacement of PVC valves, pipe, & fittings | 149,772.16 |
| NEW ENGLAND CONTROLS, INC. | Transmitter/Switch calibrations | 27,373.75 |
| OCEAN STATE TECHNICAL SERVICES | OST Services provided engineering services/testing | 63,310.49 |
| PARKER HANNIFIN CORPORATION | Purchase and install the new CT101 expansion joint | 5,674.23 |
| PNEUMAFIL CORP | Technical support | 13,823.62 |
| PYCO INC. | RTDs | 1,928.30 |
| SAFWAY SERVICES INC. | Erect and dismantle Scaffolding in CT 1 inlet. Thi | 13,435.95 |
| SIEMENS POWER GENERATION, INC. | New Inlet Filter Housing | 993,058.47 |
| TDC FILTER MANUFACTURING INC | CT101Air Filters | 33,722.50 |
| THE BARTECH GROUP INC. | Temp Workers | 106,801.67 |
| THIELSCH ENGINEERING INC | Engineering services | 27,227.17 |
| TOM FUREY | Repair Leaks in CT Hall Roof | 1,690.00 |
| UNIVERSAL SILENCER, INC. | 15 new baffles | 324,432.00 |
| WASTEXPRESS LLC | Waste removal | 4,235.70 |
| FPL ENERGY LLC | Project Management | 126,421.49 |
| | Total | 4,706,910.03 |

EXHIBIT
Holzapfel
CPS - F
5/31/06

FPL002739