C

**CPS v. RISE, et al. C.A. No. 05-066-ML**
**RISE TRIAL EXHIBITS**

| EXH. NO. | ID | FULL | DESCRIPTION |
|---|---|---|---|
| A | | | Aerial Plant Photograph(s) |
| B | | | Pneumafil Drawing of Air Intake Unit (Drawing No. 7-22061-XX-1) |
| C | | | Event Report - CT 101 Evap Cooler Pump Problem dated July 23, 2004 |
| D | | | Sargent & Lundy Bid Package dated July 23, 2004 |
| E | | | L. Gastineau Handnotes of Conference Call dated July 28, 2004 |
| F | | | Pre-Bid Conference Sign-in Sheet dated July 29, 2004 |
| G | | | Prime Contract between FPL and CPS (Purchase Order No. 04-RISE CIIPP-05) dated September 1, 2004, with attachments |
| H | | | FPL Contractor Safety Guidelines |
| I | | | Acknowledgement of Receipt of FPL Contractor Safety Guidelines for/by M. Corcoran of CPS |
| J | | | CPS Fax to Zampell dated August 4, 2004, including Insulation Specifications and Drawings, and Zampell Bid Proposal |
| K | | | CPS Purchase Order to Zampell dated October 1, 2004 |
| L | | | Zampell Drawings for Method of Installation of Insulation |
| M | | | CPS Safety Manual |
| N | | | Collection of Zampell Acknowledgements of Receipt of FPL Contractor Safety Guidelines |
| O | | | Description of INVERTEC V250-S Welding Machine |
| P | | | Hot Work Permit Log for 12/1/04-12/3/04 |
| Q | | | State Fire Marshal's Report |
| R | | | Crossman Statement to State Fire Marshal |
| S | | | Zampell Safety Manual |
| T | | | Collection of CPS Contractor Safety Acknowledgements (including Lipinski) |
| U | | | Operating Manual for Air Inlet System |
| V | | | Two Exterior Photos of Air Inlet Structure at CT-101 |
| W | | | Pneumafil Drawing of Field Installation - Filter Modules (Drawing No. 7-22061-XX-62BOM) |
| X | | | Handwritten Control Room Log |
| Y | | | Hot Work Permit dated December 3, 2004 |
| Z | | | Sargent & Lundy's Addendum to Specifications regarding Ductwork Insulation |
| AA | | | Specification(s) 201 & 301 from Sargent & Lundy job specs (addendum dated August 2, 2004) |
| BB | | | Exterior Photos of Air Inlet Structure |
| CC | | | FPL Incident Report |
| DD | | | Draft Timeline of Events of December 3, 2004 |
| EE | | | RISEC CT-101 Inlet Plenum Fire Report dated December 3, 2004 |

**CPS v. RISE, et al. C.A. No. 05-066-ML**
**RISE TRIAL EXHIBITS**

| | | | |
|---|---|---|---|
| FF | | | Handwritten Notes by W. Smith |
| GG | | | Handwritten Notes by W. Smith |
| HH | | | Handwritten Notes of Crossley Interview by W. Smith |
| II | | | Gastineau notes of July 29, 2004 Pre Bid Conference |
| JJ | | | Typed Notes of July 29, 2004 Pre Bid Conference |
| KK | | | Chart of Inlet Ambient and Outlet Heated Airflow Conditions |
| LL | | | Final Sargent & Lundy Job Specifications, as amended |
| MM | | | Supplemental Purchase Order dated December 16, 2004 (Repair Contract) issued by RISE to CPS |
| NN | | | Excerpt from Sargent & Lundy Specifications for Thermal Insulation for Piping and Equipment |
| OO | | | Sargent & Lundy Specifications section 07215 - Ductwork Insulation Addendum |
| PP | | | Sargent & Lundy Specifications section 07215 - Ductwork Insulation |
| QQ | | | Request for Information 11 |
| RR | | | Request for Information 28 |
| SS | | | Request for Information 29 |
| TT | | | Fax regarding Zampell insulation work |
| UU | | | Sketch showing Zampell insulation work |
| VV | | | CPS Submittal No. 003sl (Zampell Insulation Proposal) |
| WW | | | Sargent & Lundy Drawing showing location of insulation |
| XX | | | Sargent & Lundy review of vendor drawings (circulated to CPS) |
| YY | | | Sargent & Lundy review of vendor drawings with flammability warnings (circulated to CPS) dated November 5, 2004 |
| ZZ | | | Sargent & Lundy review of revised vendor drawing (circulated to CPS) dated November 17, 2004 |
| AAA | | | Contract between Sargent & Lundy (including DWA) dated March 21, 2004 |
| BBB | | | FPL Blanket Purchase Order to Sargent & Lundy dated September 8, 2000 |
| CCC | | | CPS Certificate of Liability |
| DDD | | | E-mail from Larry Wright to Tom Lipinski dated January 24, 2005 attaching Punchlist |
| EEE | | | Thielsch Engineering Report dated January 18, 2005 (including photos) |
| FFF | | | Thielsch Engineering Report dated July 24, 2006 |
| GGG | | | Summary spreadsheet of FPL damages |
| HHH | | | Back-up invoices and documentation evidencing FPL damages |
| III | | | CPS Critical Path Schedule |
| JJJ | | | CPS Proposal Prices for General Work dated August 2, 2004 |
| KKK | | | CPS Labor Cost Recap dated August 12, 2005 |

**CPS v. RISE, et al. C.A. No. 05-066-ML**
**RISE TRIAL EXHIBITS**

| | | | |
|---|---|---|---|
| LLL | | | Supplemental Recap sheet dated August 12, 2004 |
| MMM | | | General Conditions showing labor quantity and hourly price |
| NNN | | | CPS scheduling documents |
| OOO | | | Demonstrative exhibits/drawings |