UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

**THIRD-PARTY DEFENDANT, ZAMPELL REFRACTORIES, INC.'s, OBJECTION TO DEFENDANT, RISE's, MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF EXTRINSIC EVIDENCE SEEKING TO VARY PLAINTIFF'S CONTRACTUAL OBLIGATIONS**

The defendant, RISE, has moved to exclude the admission of any so-called industry standards, codes or regulations that are inconsistent with the written contract entered into between Certified Power Systems, Inc. (hereinafter referred to as "CPS") and RISE with regard to the construction project in issue. The defendant mischaracterizes the issue. The issue is whether existing Federal and state law is applicable to the contract described above.

The OSHA regulations regarding procedures to be adhered to during the process of hot work have the full force and effect of Federal law. These Federal standards contained in OSHA are incorporated by Rhode Island state law, R.I.G.L. § 28-20-24(c)(d). It is a fundamental rule that all contracts are made subject to any law prescribing their effect or conditions to be observed

in their performance. The statute is as much a part of a contract as if the statute had been actually written into the contract. This is so even though the parties knew nothing of the statute and did not include the provision or even though they knew of the legislation and expressly agreed upon the exact contrary. Sterling Engineering v. Housing Authority, 108 RI 723, 279 A.2d 445 (1971).

If a statute contains or provides for nondelegable and/or non-modifiable duties, rights and/or obligations then neither contractual provisions nor purported past practices nor arbitration awards that would alter those mandates are enforceable. State v. Local 580, 747 A.2d 465, 469 (RI 2000).

The issue has nothing to do with the admission of parol evidence. Evidence is obviously distinguishable from law. Law always applies to contracts and, in this case, OSHA standards and the state law have priority over any contractual terms that are inconsistent therewith.

ZAMPELL REFRACTORIES, INC.
BY ITS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 5th day of September, 2006 I electronically filed the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903; Stephen B. Lang, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903; Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Janet R. Davis, Esq., Meckler, Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606 and to Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903 and mailed a true copy of the within to Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Andrew M. Hutchison, Esq., Meckler, Bulger & Tilson, LLP, Suite 1800, 123 North Wacker Drive, Chicago, IL 60606; Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, Suite 1510, Newark, NJ 07102 and to Georgene M. Wilson, Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, IL 60606.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com