UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

**THIRD-PARTY DEFENDANT, ZAMPELL REFRACTORIES, INC.'s, OBJECTION TO SARGENT & LUNDY, L.L.C.'s, MOTION IN LIMINE TO EXCLUDE ALL WITNESSES OTHER THAN PARTY REPRESENTATIVES FROM THE COURT ROOM UNTIL CALLED TO TESTIFY**

Now comes the third-party defendant, Zampell Refractories, Inc., (hereinafter referred to as “Zampell”) and objects to Sargent & Lundy, L.L.C.'s, (hereinafter referred to as “S&L”) motion to the extent that said motion seeks to exclude expert witnesses from listening to testimony of witnesses during the course of trial. Rule 703 of the Federal Rules of Evidence indicates in part, “The facts or data in the particular case upon which an expert bases an opinion or inference may be those perceived by or made known to the expert at or before the hearing.”. This portion of the rule makes clear the fact that an expert witness can listen to the testimony of other witnesses at trial and base, in part, that expert's opinion on those facts or data perceived at the trial.

Zampell otherwise has no objection to S&L's motion.

ZAMPELL REFRACTORIES, INC.
BY ITS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 5th day of September, 2006 I electronically filed the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903; Stephen B. Lang, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903; Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Janet R. Davis, Esq., Meckler, Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606 and to Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903 and mailed a true copy of the within to Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Andrew M. Hutchison, Esq., Meckler, Bulger & Tilson, LLP, Suite 1800, 123 North Wacker Drive, Chicago, IL 60606; Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, Suite 1510, Newark, NJ 07102 and to Georgene M. Wilson, Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, IL 60606.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com