UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, LLC and
PREMIER ENGINEERING SERVICES, INC.

**ZAMPELL REFRACTORIES, INC.'s, OBJECTION TO SARGENT & LUNDY, L.L.C.'s, MOTION IN LIMINE TO BAR EVIDENCE AND ARGUMENT REGARDING THE INTERPRETATION OF "CONSTRUCTION MANAGEMENT TERMS AND CONDITIONS" SECTION OR OTHER TERMS DEFINED IN THE S&L/FPLE CONTRACT**

The "construction management terms and conditions" section referenced by S&L in their motion in limine is broad. The particular interpretation or construction given to the management terms and conditions is obviously contingent on a multitude of factors that are impossible to delineate in a contract. In construing a contract, the meaning of which is ambiguous and doubtful, the parties own acts are very material as showing how they themselves have construed it. Cook v. Dunbar, 66 RI 266, 18 A.2d 658 (1941).

The S&L contract with RISE, "Exhibit 27", referenced on Page 8 of the moving party's memorandum, is ambiguous with regard to S&L's job responsibility at Florida Power and Light

in Johnston at the time of the fire.

On the one hand, the contract between S&L and RISE specifies that S&L will be RISE's representative at the construction site with only the authority to act on RISEC's behalf in matters relating to construction management. On the other hand, S&L was not to be responsible for construction means, methods, techniques, sequences or procedures.

S&L prepared an exhibit which outlined their duties and obligations at the job site. This document will be offered as evidence at the time of the trial. This is the reason that S&L has filed the instant motion. One of the duties as described in paragraph 3 of the exhibit is to assure the fact that contractors complied with codes, ordinances and standards that would otherwise be applicable to said contractors.

It is the contention of Zampell that it is unclear from the aforesaid contract terms as to precisely the nature and extent of S&L's obligations, day to day, at the job site. Accordingly, S&L's own actions in this regard are essential to clarify S&L's representatives' daily role at the site.

ZAMPELL REFRACTORIES, INC.
BY ITS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 5th day of September, 2006 I electronically filed the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903; Stephen B. Lang, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903; Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Janet R. Davis, Esq., Meckler, Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606 and to Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903 and mailed a true copy of the within to Mark Robert Vespole, Esq., Theresa E. Mullen, Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812; Andrew M. Hutchison, Esq., Meckler, Bulger & Tilson, LLP, Suite 1800, 123 North Wacker Drive, Chicago, IL 60606; Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, Suite 1510, Newark, NJ 07102 and to Georgene M. Wilson, Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, IL 60606.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com