EXHIBIT "A"

# AFFILIATED ENGINEERING LABORATORIES, INC.

*Engineering Consultants*

1101 Amboy Avenue
Edison, NJ 08837-2856

Phone: (732) 225-0360

Fax: (732) 417-0165

**Resume:** **PETER J. SCHWALJE**

**Education:**

Bachelor of Science - Mechanical Engineering
Rutgers University (1967)

Master of Science - Industrial Health & Safety Engineering
New Jersey Institute of Technology (1977)

Various Continuing Education Programs in Machine Safeguarding, OSHA Regulations and CNC Programming

Various Courses in Biological Sciences & Chemistry

**Professional:**

Professional Engineer License #20906 New Jersey
Professional Engineer License #052132 New York
Professional Engineer License #39321 Florida
Professional Engineer License #M-29183 California
Professional Engineer License #22892 South Carolina
Member American Society of Mechanical Engineers
Member National Safety Council
Member American Society of Safety Engineers
Member National Fire Protection Association
Member The Industrial Advisory Board - Rutgers University College of Engineering

**Publications:**

ASME Paper on Design and Construction of Prototype Power Plant

**Professional Experience:**

**Robert D. Bristol, General Contractors,** Brookfield, CT
General construction work (2 years)

**Public Service Electric and Gas Company** (1 year)
Bargaining Unit Technician in Performance Department, Linden Generating Station

Assisted Grade I Technicians in evaluation, calibration and services of power plant instrumentation and controls.

EXHIBIT "A"



**Public Service Electric and Gas Company**, Newark, NJ (8 years)
Senior Engineer in Engineering & Construction Department
Design & Construction of Power Plants and Related Equipment,
Equipment Maintenance

**Pratt Institute**, Brooklyn, New York (3 years)
Assistant Professor - Department of Mechanical Engineering

**Engineering Consultant** (30 years)
Representative Work:

Designed machines for cutting and shaping rigid urethane foam
Designed material handling systems
Designed door and seal system for high temperature autoclave
Designed lifting equipment for pleasure craft removal and maintenance
Designed hydraulic and chemical systems for municipal pool
Designed control facilities for process control systems
Designed facilities for storage and removal of chemicals and hazardous wastes
Designed customized mixing and agitation equipment for laboratory sample preparation procedures
Performed independent design reviews of new equipment including operating systems, controls and manuals
Performed independent review of instruction manuals and warning placards of foreign manufactured equipment prior to importation and marketing in the USA
Designed mixing and blending equipment systems for powdered compounds
Prepared site plans and facilities layouts
Designed and constructed models and prototypes of machinery and facilities
Designed customized fixtures for machining operations
Performed stress analysis for high pressure pre-heaters and pressure vessels
Performed kinematic analysis for high speed cut-off knives
Performed evaluations and oversaw rebuilds of sheet and flexographic printing presses
Served as consultant to attorneys and insurance carriers in litigation matters