**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CERTIFIED POWER SYSTEMS, INC.
*Plaintiff*

vs. C.A. No.: 05-066 ML

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.
*Defendants/Counter Claim Plaintiffs*

vs.

CERTIFIED POWER SYSTEMS, INC.
*Defendant on Counter Claim/*
*Third-Party Plaintiff*

vs.

ZAMPELL REFRACTORIES, INC.
*Third-Party Defendant/*
*Fourth-Party Plaintiff*

vs.

SARGENT & LUNDY, L.L.C. and PREMIER ENGINEERING
*Fourth-Party Defendants*

**STIPULATION**

Regarding the pending motion in limine to bar the expert testimony of Dr. Thomas Eagar regarding Sargent & Lundy's duties and standard of care (Document No. 120), the undersigned hereby agree as follows:

Sargent & Lundy's motion in limine may be granted and Dr. Eagar will not offer any opinions regarding Sargent & Lundy. It is understood that Dr. Eagar may testify with regard to the action of other parties on certain issues in this case, but not Sargent & Lundy.

ZAMPELL REFRACTORIES, INC.

By its Attorneys,

John R. Mahoney (#1940)
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903
Tel: 401-331-5353
Fax:: 401-331-7373

SARGENT & LUNDY, L.L.C.

By its Attorneys,

Stephen B. Lang (#0145)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780
slang@hcc-law.com

**CERTIFICATION**

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Co-Counsel for Plaintiff
Jessica Papazian-Ross, Esq.
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
jlpr@viscontilaw.com

Counsel for Trust 2000, FPLE
Mark W. Freel, Esq.
Armando E. Batastini, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
MFreel@eapdlaw.com

Co-Counsel for Zampell
John R. Mahoney, Esq.
Asquith Mahoney, LLP
155 South Main Street
2nd Floor
Providence, RI 02903
JackMahoney@amlawllp.com

Co-Counsel for Zampell
Joseph J. Reale, Jr., Esq.
30 Kennedy Plaza
Suite 400
Providence, RI 02903
reale@conversent.net

I also certify that a true copy of the foregoing (along with a copy of the ECF receipt), was mailed, postage pre-paid, to:

Co-Counsel for Plaintiff
Mark Robert Vespole, Esq.
Theresa M. Mullen, Esq.
Tressler, Soderstrom Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102

Stephen B. Lang