UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

## NOTICE OF SETTLEMENT CONFERENCE

Certified Power Systems, Inc.

CA05-66 ML

RISEST, et al

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a settlement conference with U.S. Magistrate Judge Robert W. Lovegreen in Room 521, United States Courthouse, on **October 3, 2006 at 9:30 A.M.** Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice

Robert W. Lovegreen
U.S. Magistrate Judge

Rhonda Price
Deputy Clerk
752-7224

**Dated:** September 20, 2006