UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, LLC and
PREMIER ENGINEERING SERVICES, INC.

**THIRD-PARTY DEFENDANT, ZAMPELL REFRACTORIES, INC.'s,
MOTION TO INTRODUCE EVIDENCE
THAT PREMIER ENGINEERING SERVICES, INC.
WAS A PREVIOUS PARTY TO THIS ACTION BUT IS NO LONGER
A PARTY BECAUSE OF ITS BANKRUPTCY PETITION**

Now comes the third-party defendant, Zampell Refractories, Inc., and moves that the court instruct the jury prior to the reading of Mr. Edward Alarcon's deposition transcript that Premier Engineering Services, Inc. was, at the time of this witnesses' testimony, a party to this lawsuit. As grounds for said motion, the moving party refers to the Memorandum of Law attached hereto and incorporated herein by reference.

ZAMPELL REFRACTORIES, INC.
BY ITS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

## CERTIFICATION

I hereby certify that on the 22nd day of September, 2006 I electronically filed the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903; Stephen B. Lang, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903 and Janet R. Davis, Esq., Meckler, Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606 and mailed a true copy of the within to Mark Robert Vespole, Esq., Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812 and to Georgene J. Wilson, Esq., Andrew M. Hutchison, Esq., Meckler, Bulger & Tilson, LLP, Suite 1800, 123 North Wacker Drive, Chicago, IL 60606.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.

VS.

RHODE ISLAND STATE ENERGY
STATUTORY TRUST 2000, FPLE RHODE
RHODE ISLAND STATE ENERGY GP, INC.

VS. C.A. NO.: 05-066-ML

CERTIFIED POWER SYSTEMS, INC.

VS.

ZAMPELL REFRACTORIES, INC.

VS.

SARGENT & LUNDY, LLC and
PREMIER ENGINEERING SERVICES, INC.

**MEMORANDUM OF LAW**
**IN SUPPORT OF THIRD-PARTY DEFENDANT,**
**ZAMPELL REFRACTORIES, INC.'s,**
**MOTION TO INTRODUCE EVIDENCE**

On March 6, 2006 Mr. Edward Alarcon was deposed. At the time of his deposition, Mr. Alarcon was the President of Premier Engineering Services, Inc. Premier Engineering Services, Inc. was hired by Florida Power & Light to be a Project Manager on the particular job in issue.

After Mr. Alarcon's deposition, Premier Engineering Services, Inc. filed a Bankruptcy Petition and all civil actions filed against this corporate entity were stayed. Some of the parties intend to read a significant portion of Mr. Alarcon's deposition transcript. Mr. Alarcon lives in Texas and is beyond the subpoena power of this jurisdiction.

The moving party requests that the jury be advised that at the time that Mr. Alarcon gave deposition testimony, his company, Premier Engineering Services, Inc., was a party to this

lawsuit. Federal Rule of Evidence 607 indicates that the credibility of a witness may be attacked by any party. The jury should know that at the time of his testimony, that Premier Engineering Services, Inc. was a party to this lawsuit. Otherwise, the false impression will be created that Mr. Alarcon was a disinterested witness to the events regarding this claim with nothing to gain or lose in the lawsuit. That conclusion would be factually inaccurate and the jury should be provided information that he was a party to the lawsuit and that he no longer is because his company has filed a petition in bankruptcy proceedings.

ZAMPELL REFRACTORIES, INC.
BY ITS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 22nd day of September, 2006 I electronically filed the within to Joseph J. Reale, Jr., Esq., 30 Kennedy Plaza, Suite 400, Providence, RI 02903; Mark W. Freel, Esq., Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903; Jessica Papazian-Ross, Esq., Girard R. Visconti, Esq., Visconti & Boren, 55 Dorrance Street, Providence, RI 02903; Warren D. Hutchison, Esq., Donovan Hatem, LLP, Two Seaport Lane, Boston, MA 02210; Matthew T. Oliverio, Esq., Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903; Stephen B. Lang, Esq., Higgins, Cavanagh & Cooney, LLP, 123 Dyer Street, Providence, RI 02903 and Janet R. Davis, Esq., Meckler, Bulger & Tilson, LLP, 123 N. Wacker Drive, Suite 1800, Chicago, IL 60606 and mailed a true copy of the within to Mark Robert Vespole, Esq., Theresa E. Mullen, Esq., Tressler, Soderstrom, Maloney & Priess, 744 Broad Street, 14th Floor, Newark, NJ 07102-3812 and to Georgene J. Wilson, Esq., Andrew M. Hutchison, Esq., Meckler, Bulger & Tilson, LLP, Suite 1800, 123 North Wacker Drive, Chicago, IL 60606.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com