# B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.)
)
VS. ) C.A. NO.: 05-066-ML
)
RHODE ISLAND STATE )
ENERGY STATUTORY TRUST )
2000, FPLE RHODE ISLAND )
STATE ENERGY, L.P. and )
FPLE RHODE ISLAND STATE )
ENERGY GP, INC. )
)
VS. )
)
CERTIFIED POWER SYSTEMS, INC.)
)
VS. )
)
ZAMPELL REFRACTORIES, INC. )

DEPOSITION OF THOMAS W. EAGAR, Sc.D., P.E., witness in the above-entitled cause, taken on behalf of the Defendants (FPLE), pursuant to notice, before Sally Brassard, CSR, a Notary Public in and for the State of Rhode Island and Providence Plantations, at the office of Edwards Angell Palmer & Dodge LLP, 2800 Financial Plaza, Providence, Rhode Island, on August 3, 2006, at 10:00 a.m.

From my point of view, I know that the welding was what ignited the media. And, in fact, from my inspection that late night in June, so far as I could tell, this stuff was much closer than one inch and it ignites so readily when it's in contact and we did ignite it once at one inch.
We did ignite it once, as I remember, at half an inch, then I could testify that if this thing is in close proximity -- as close a proximity as I witnessed in the plenum, then I have no doubt that whether you burn-through, melt-through, or have no melt-through, this was an accident waiting to happen, as long you're welding with this media in place.
It has nothing to do with sparks getting inside. It has nothing to do with melting all the way through to the back side. This was going to happen no matter what someone was doing on the outside. If they were welding with the media in place, this was an accident waiting to happen.
Q. So, I take it that you do not dispute the conclusion that this fire originated at one of the weld locations discussed in the Thielsch engineering report?
A. That's my understanding from everything I've



read.
Q. And do you also concur with the conclusion that the fire originated at weld location C-3 as depicted in the Thielsch report? In particular, let me draw your attention to figure 18, the top photograph.
A. Well, you know, I don't know how they came up with that. I have not seen any basis for that. So, I can't tell you that that's the one that it originated at.
Q. Have you -- I take it you have not reviewed the deposition of Michael Cooney of Thielsch Engineering?
A. That's correct.
Q. Have you had any aspects of Mr. Cooney's deposition testimony described to you by anyone?
A. No, I have not.
Q. Do you agree though with the conclusion that this fire on December 3rd, 2004 originated at one of the three weld locations depicted in the Thielsch report C-1, C-2 or C-3?
A. I have not seen evidence that supports that one way or the other. I'm not saying it didn't, but I haven't seen the evidence. This report that I've seen just sort of assumed to think that these



were the important welds. I don't know how anyone determined exactly which location was the one that caused the initial fire.
Q. But I take it that you do acknowledge that the fire that occurred at the RISE plant in Johnston on December 3rd, 2004 originated because of welding going on, on that day?
A. I think that's most probable. I have not heard or read anything that suggests that there was another specific source. Well, I guess the night we did our inspection there was some discussions of whether other people were thinking whether motors inside overheated and things like that. But from my tests, if this media is as close as I saw in that plenum on that night in June, then it would have ignited due to welding on the other side, no matter what the quality of that weld is.
You can talk about the quality of the weld all day long and that quality of that weld in the whole discussion of it is a red herring. There was nothing wrong with that weld. This was an accident waiting to happen. As long as you don't remove the media and you weld on the other side of this thing, you're going to get a fire.



Q. Do you have any opinions to express in this case regarding any sources of the origin of this fire other than the welding that was occurring on December 3rd, 2004?
A. I have no evidence of anything else other than the welding. I know of no other proven ignition sources. I know some other people have been thinking about ignition sources but I have seen nothing that gives evidence of other ignition sources. My own tests show that welding without penetrating through at all will ignite this media.
Q. Figure 1 in the Thielsch report dated, January 18, 2005, shows some evidence of what Mr. Cooney called heat tint on the exterior of the stainless steel transition panel. Do you see that?
A. Yes.
Q. Does that in any way indicate to you whether the fire originated in the location of that stainless steel transition panel?
A. Well, it certainly shows the media is located at that location and that's where it burned. I don't know that -- I'm not sure I understand the question. This doesn't tell you the origin necessarily.
Q. And when you use the term origin, you're talking