# D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA NO 01-066-ML

CERTIFIED POWER SYSTEMS, INC.

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

DEPOSITION OF MICHAEL COONEY, P.E., Senior Metallurgical Engineer, Thielsch Engineering, EXPERT WITNESS in the above-entitled cause, taken on behalf of the Plaintiff, CPS, pursuant to notice, before Patricia A. Quirk, A Notary Public in and for the State of Rhode Island, at the offices of ASQUITH & MAHONEY, 155 South Main Street, Providence, Rhode Island, on July 12, 2006 AT 10:30 a.m.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401) 437-3366



PRESENT:

FOR THE PLAINTIFF........**TRESSLER, SODERSTROM, MALONEY & PRIESS**
(CPS & Counterclaim)
BY: MARK R. VESPOLE, ESQUIRE

FOR THE DEFENDANT........**ASQUITH & MAHONEY**
(Zampell) BY: JOHN R. MAHONEY, ESQUIRE

FOR THE DEFENDANT.......**EDWARDS ANGELL PALMER & DODGE**
(FPL)
BY: MARK W. FREEL, ESQUIRE

FOR THE DEFENDANT.......**MECKLER BULGER & TILSON**
(Sargent & Lundy)
BY: GEORGENE M. WILSON, ESQUIRE

COPY



INDEX

WITNESS
Page

MICHAEL COONEY, P.E.


EXAMINATION BY Mr. Vespole 04
EXAMINATION BY Mr. Mahoney 80


EXHIBITS

COONEY


| NO. | DESCRIPTION | Page |
|---|---|---|
| 01 | Photocopy of photograph........... | 59 |
| 02 | Photocopy of photograph........... | 70 |


REPORTER'S NOTE:
(EXHIBITS INCLUDED WITH ORIGINAL TRANSCRIPT)



(DEPOSITION COMMENCED AT 10:36 a.m.)

MICHAEL COONEY

Being duly sworn, deposes and testifies as follows:

EXAMINATION BY MR. VESPOLE

Q. Good morning, Mr. Cooney, my name is Mark Vespole, and I'm an attorney representing a company called Certified Power Systems, which is a party to a case pending in the United States District Court here in Rhode Island, and today's proceeding is a part of that case, and you've been named as one of the experts on behalf of Florida Power and Light, or the Florida Power and Light entities, such as they are. And have you ever given a deposition before?

**A. Yes, I have.**

Q. On how many other occasions?

**A. Three other occasions.**

Q. Were those in a similar context to what you are doing here today as an expert witness in a case for which you did some investigation and gave an opinion to a lawyer?

**A. Yes, they were.**

Q. All right, I'm going to give you the Readers Digest version of the ground rules because you are probably a little bit familiar. One is if you

been consumed during the fire and/or cleaned up, some clean up had been done prior to our initial visit. We went into unit CT 102 to observe the condition of the cooling media in that unit, and physically saw the cooling media was stacked in panels two high, each five feet in height, and the top-most panel, you could physically see it extended to the top of the stainless steel channel right where CT -- where C3 would have been located, and there was a stainless steel cap, header cap, that was clamped onto the media at that location. We measured from the, what would have been the -- there was a clamp that connected the top edge, top edge of the bottom section of the cooling media and the bottom edge of the top section, a horizontal clamp that joined them together for stability, and we measured from approximately the center location of that clamp, it was approximately four inches wide, up 60 inches because the panels were indicated to have been five feet in height, and 60 inches from that point, which would have been the bottom of the top panel of the cooling media, extended two inches above the top of the stainless steel channel. So that indicated to us that the



cooling media would have extended above the stainless steel channel, which would mean you would have had only the stainless steel outer wall between, between the cooling media. It had no additional barrier between the outer stainless wall and the cooling media. It was just a stainless steel wall, and the cooling media would have been immediately adjacent to it.

Q. Did you actually observe, in the CT 2 unit, that the media ran above the channel?

A. No, we could not get the header portion of -- the module could not be disassembled when we were there. We did not physically see the media above it because this header material covers the cooling media in the portion that extends above the channel.

Q. Did you measure the evaporative cooler sections?

A. What dimensions?

Q. The height.

A. We measured where the -- we measured the height of the -- the cooling media itself?

Q. Right.

A. There was no sections removed. We couldn't physically remove any -- we measured in place. We



measured from what would have been the bottom of the top section of the evaporative cooler media, of the cell deck, 60 inches up. There were reported to have been five-foot high panels to determine how far it would have extended. The cooling media clearly extended to the very top of the channel. You could physically see that. You could physically see that the cooling media came up to the very top. At that point, the very top of the stainless steel channel section, the cooling media came up to the top of. At that point, the header material, the header cap, the bottom edge of that, it's a -- more stainless steel metal that's formed over, it start rights at the top of that stainless steel channel. So, clearly the evaporative cooler media extended up to the very top of the C channel. Beyond that the evaporative cooler media was covered by the header cap. We couldn't physically see the evaporative cooler media above that.

Q. Does it run above?

A. It runs all the way to the top of that module another nine inches.

Q. You lost me.

A. There are three levels.



Q. Right.

A. Okay, there.

Q. To the floors?

A. Right.

Q. I'm talking about C1, C2 and C3, that was the lower level, right?

A. Yes.

Q. That's the one where you made the observation -- strike that. Where did you make the observations in the CT 2 that you were referring where you saw the header cap?

A. On the bottom level.

Q. Did the header cap at that location sit above the plane of the top of the channel or was it right at the top?

A. It started right at the plane of the channel and then extended above it nine inches.

Q. It's nine inches high?

A. Yes.

Q. What's the purpose of the header cap, as far as you know?

A. I'm not an expert on the manufacturing and fabricating of evaporative cooling sections, but I believe it to be to encase -- it was a header pipe