# EXHIBIT A

MECKLER BULGER & TILSON LLP

123 NORTH WACKER DRIVE
SUITE 1800
CHICAGO, ILLINOIS 60606
TELEPHONE: 312-474-7900
FACSIMILE: 312-474-7898
WEB SITE: www.mbtlaw.com
DIRECT DIAL: 312-474-7947
E-MAIL: janet.davis@mbtlaw.com

EILEEN E. BAKER
JEFFREY A. BERMAN
ANNE L. BLUME
BRIAN W. BULGER
JACK J. CARRIGLIO
JANET R. DAVIS
JOHN E. DELASCIO
KAREN M. DIXON [9]
J. STUART GARBUTT
PAUL R. GARRY
GARY L. GASSMAN
BRENT J. GRABER
J. ROBERT HALL
REBECCA R. HALLER
BRETT D. HEINRICH
CHRISTOPHER S. HENNESSY
JAMES J. HICKEY
RICHARD A. HODYL, JR.
JAMES H. KALLIANIS, JR. [1]
CHRISTOPHER E. KENTRA
PHILIP R. KING
MARI HENRY LEIGH [12]
MICHAEL I. LEONARD
MICHAEL S. LOEFFLER
ERIC E. LYNCH [11]
MICHAEL M. MARICK [3]
BRUCE R. MECKLER
STEVEN D. PEARSON
PAMELA G. PERRONE
ALAN M. POSNER
DON R. SAMPEN
JASON R. SCHULZE
SCOTT M. SEAMAN
MARK J. SEPLAK
JEROME C. STUDER
JOSEPH E. TILSON
JULIE L. TRESTER
PETER J. VALETA [3]
MATTHEW R. WILDERMUTH
BRIAN J WILLIAMS
TIMOTHY A. WOLFE
ROBERT J. AMBROSE
JAMES G. ARGIONIS
PHILLIP K. BETH [5]
LAUREN W. BLATT
MARK E. BOJAN
DAVID D. BROWN
ROBERT E. BROWNE, JR. [13]
MATTHEW E. COHN
W. ANDREW DALTON [4]
SETH E. DARMSTADTER
KERRY L. DAVIDSON
VICTORIA DIZIK
MITCHELL J. EDLUND
JOHN G. FOREMAN
ELIZABETH J.M. FULTON
MEGAN E. GARVEY
LYNN GEERDES-LUGO [6]
JEREMY J. GLENN
CARRIE L. GRAZIANI
JEFFREY B. GREENSPAN
ALLEN GRGUROVIC [10]
ANDREW M. HUTCHISON
J. AARON JENSEN
MELISSA A. KING
CHARLOTTE S. KORMENDY
JONATHAN D. LICHTERMAN
CHAD W. MAIN [14]
SANDRA J. MCMULLAN
ERIC E. NEWMAN
JENNIFER J. POMARANSKI
JACOB M. RUBINSTEIN
E. LYNETTE STAFFORD [8]
SARA G. UFFELMAN
TIMOTHY J. WALSH [5]
KRISTEN A. WEISSE
ANNA WERMUTH

* * *

*OF COUNSEL*
Alex V. Barbour
JOHN K. DALY [2]
ZIYAD I. NACCASHA [1]
THOMAS J. O'BRIEN
PETER PETRAKIS
GEORGENE M. WILSON

* * *

1 ALSO ADMITTED IN CALIFORNIA
2 ALSO ADMITTED IN COLORADO
3 ALSO ADMITTED IN FLORIDA
4 ALSO ADMITTED IN GEORGIA
5 ALSO ADMITTED IN INDIANA
6 ALSO ADMITTED IN IOWA
7 ALSO ADMITTED IN MICHIGAN
8 ALSO ADMITTED IN MINNESOTA AND WISCONSIN
9 ALSO ADMITTED IN NEBRASKA
10 ALSO ADMITTED IN NEW YORK
11 ALSO ADMITTED IN NEW YORK AND NEW JERSEY
12 ALSO ADMITTED IN OHIO
13 ALSO ADMITTED IN WISCONSIN
14 ONLY ADMITTED IN OHIO

September 18, 2006

**VIA FACSIMILE AND E-MAIL**

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903

Re: Certified Power Systems, Inc. v. Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy GP, Inc.

Dear Mr. Mahoney:

I received the voice mail message you left for me today informing me that Mr. Plunkett is not relying on the ASME standards for any of his opinions. Accordingly, you will not be furnishing me with the supplemental report we had discussed.

Very truly yours,

*Janet R. Davis*

Janet R. Davis

JRD:ldp

cc: Attorneys of record
M:\10792\corres\Mahoney001.doc