# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA NO 01-066-ML

CERTIFIED POWER SYSTEMS, INC.

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY GP, INC.

vs.

CERTIFIED POWER SYSTEMS, INC.

vs.

ZAMPELL REFRACTORIES, INC.

DEPOSITION OF **MICHAEL COONEY, P.E.**, Senior Metallurgical Engineer, Thielsch Engineering, **EXPERT WITNESS** in the above-entitled cause, taken on behalf of the Plaintiff, CPS, pursuant to notice, before Patricia A. Quirk, A Notary Public in and for the State of Rhode Island, at the offices of ASQUITH & MAHONEY, 155 South Main Street, Providence, Rhode Island, on July 12, 2006 AT 10:30 a.m.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401) 437-3366



PRESENT:

FOR THE PLAINTIFF........**TRESSLER, SODERSTROM,**
(CPS & Counterclaim) **MALONEY & PRIESS**
BY: MARK R. VESPOLE, ESQUIRE

FOR THE DEFENDANT........**ASQUITH & MAHONEY**
(Zampell) BY: JOHN R. MAHONEY, ESQUIRE

FOR THE DEFENDANT.......**EDWARDS ANGELL PALMER**
(FPL) **& DODGE**
BY: MARK W. FREEL, ESQUIRE

FOR THE DEFENDANT.......**MECKLER BULGER &**
(Sargent & Lundy) **TILSON**
BY: GEORGENE M. WILSON, ESQUIRE

COPY



INDEX

WITNESS
Page

MICHAEL COONEY, P.E.

EXAMINATION BY Mr. Vespole 04
EXAMINATION BY Mr. Mahoney 80

EXHIBITS

**COONEY**

| NO. | DESCRIPTION | Page |
|---|---|---|
| 01 | Photocopy of photograph........... | 59 |
| 02 | Photocopy of photograph........... | 70 |

REPORTER'S NOTE:
(EXHIBITS INCLUDED WITH ORIGINAL TRANSCRIPT)



(DEPOSITION COMMENCED AT 10:36 a.m.)

MICHAEL COONEY

Being duly sworn, deposes and testifies as follows:

EXAMINATION BY MR. VESPOLE

Q. Good morning, Mr. Cooney, my name is Mark Vespole, and I'm an attorney representing a company called Certified Power Systems, which is a party to a case pending in the United States District Court here in Rhode Island, and today's proceeding is a part of that case, and you've been named as one of the experts on behalf of Florida Power and Light, or the Florida Power and Light entities, such as they are. And have you ever given a deposition before?
A. **Yes, I have.**
Q. On how many other occasions?
A. **Three other occasions.**
Q. Were those in a similar context to what you are doing here today as an expert witness in a case for which you did some investigation and gave an opinion to a lawyer?
A. **Yes, they were.**
Q. All right, I'm going to give you the Readers Digest version of the ground rules because you are probably a little bit familiar. One is if you

portion would be the same thickness as the flange?
**A. On CT 102.**
Q. CT 2?
**A. Yes.**
Q. You couldn't see the thickness of the back portion?
**A. Correct.**
Q. And what did you do -- is it fair to say that you were only at the Johnston plant on two occasions, December 8th and December 10th, or were you there more than that?
**A. No, I went back a third time approximately two weeks ago.**
Q. What did you see two weeks ago?
**A. To reconfirm my physical observations from December 8th of 2004, I performed a visual examination on both CT 101 and CT 102.**
MR. FREEL: It was June 29th for the record.
MR. VESPOLE: That was the day that Florence Cone and Mr. Dusenberry went?
MR. FREEL: Correct. I got to stay up late again.
Q. So, when you went on December 10th, if I'm clear, that had nothing to do with the cause and origin of



the fire. That was related to the structural investigation of the framing members of the plenum?
**A. Yes.**
Q. At some point in time, you did some work back at your lab relative to the weld samples, CT 1, 2 and 3?
**A. Yes.**
Q. Who cut out those samples?
**A. FP and L personnel, I believe. Jonathan Bain was one, there was more than one person that did it, Jonathan Bain was one of them.**
Q. And did he cut out what you directed him to cut out?
**A. Yes.**
Q. Was it Jonathan Bain who removed the channels, which you could see the stainless steel behind it in CT 1?
**A. Yes, he was one of the persons.**
Q. You don't remember anybody else?
**A. There was somebody else, and I don't remember his name.**
Q. Was Walt Smith one of the people who was involved with you in your meetings or inspections?
**A. I don't recall.**



Q. By the way, did Pete Holzapfel accompany you on your inspections as well?
**A. For a portion.**
Q. Was Jonathan Bain there for the entire inspection on December 8th?
**A. He wasn't at the unit the whole time, no.**
Q. Were the weld samples taken on December 8th?
**A. Yes.**
Q. Why did you choose those three particular weld samples?
**A. Based upon our physical observations of the heat tint on the outside surface of the stainless steel wall, and we physically -- and the presence of a combustible material being on the other side, the evaporative cooler media, and we physically saw what we believed to be at the time burn through due to those, the welds, the clip welds, on the stainless steel portion of the 101 unit.**
Q. When you met with the Florida Power and Light folks before you made your physical inspection, had they told you any of their opinions with regard to where the fire started?
**A. I don't recall them.**
Q. What is burn through?



**A. In welding, especially in a fillet weld, it's when the weld metal burns through the metal on which you are not supposed to have significant penetration into. Actually, I started with describing a fillet weld, a fillet weld is when the weld metal is only occupying the thickness of one of the metals that you are joining. It's typically done as a lap weld in which one piece of metal is resting on top of another piece of metal, and you are only welding to fill the thickness of one of the parent metals. On burn through, you are actually penetrating through the other metal to the backside of that piece of metal.**
Q. By parent metal you mean base metal?
**A. Correct.**
Q. So it's your understanding, in a properly-performed fillet weld, the back of the base metal should not become molten?
**A. Correct.**
Q. And does that opinion depend upon the thickness of the base metal?
**A. No, you should not burn through it. You should adjust your welding parameters based upon the thickness of the metals you are welding.**