UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CERTIFIED POWER SYSTEMS, INC.,
Plaintiff,

vs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.,
Defendants,

vs.

CERTIFIED POWER SYSTEMS, INC.,
Defendant on Counterclaim/ Third-Party Plaintiff,

vs.

ZAMPELL REFRACTORIES, INC.,
Third-Party Defendant,

vs.

SARGENT & LUNDY, LLC,
Fourth-Party Defendant.

C.A. No. 05-066-ML

**STIPULATION**

The undersigned parties hereby agree and stipulate that Defendants Rhode Island State Energy Statutory Trust 2000, FPLE Rhode Island State Energy, L.P. and FPLE Rhode Island State Energy GP, Inc. shall have an additional seven (7) days within which to respond to Plaintiff/Counterclaim Defendant/Third-Party Plaintiff Certified Power Systems, Inc.'s motion *in limine* to bar the expert testimony of Florence Cone regarding the

cause and origin of the plenum fire and all testimony regarding the quality of the welds on the project.

| | |
|---|---|
| CERTIFIED POWER SYSTEMS, INC. | RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC. |
| By its Attorneys, | By their Attorneys, |
| /s/ Jessica L. Papazian-Ross<br>Girard R. Visconti (#0566)<br>Jessica L. Papazian-Ross (#3905)<br>VISCONTI & BOREN LTD.<br>55 Dorrance Street<br>Providence, RI 02903<br>(401) 331-3800<br>(401) 421-9302 (fax)<br>grv@viscontilaw.com<br>jlpr@viscontilaw.com | /s/ Armando E. Batastini<br>Mark W. Freel (#4003)<br>Armando E. Batastini (#6016)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>(401) 274-9200<br>(401) 276-6611 (fax)<br>mwfreel@eapdlaw.com<br>abatastini@eapdlaw.com |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 6th day of October, 2006 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
grv@viscontilaw.com
jlpr@viscontilaw.com

Mark Robert Vespole, Esq.
Theresa E. Mullen, Esq.
Tressler, Soderstrom, Maloney & Priess
744 Broad Street, Suite 1510
Newark, NJ 07102
mvespole@tsmp.com

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
jackmahoney@amlawllp.com

Joseph J. Reale, Jr., Esq.
Joseph J. Reale, Jr., Ltd.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
reale@conversent.net

Stephen B. Lang, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
slang@hcc-law.com

Janet R. Davis, Esq.
Andrew M. Hutchison, Esq.
Georgene M. Wilson, Esq.
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
janet.davis@mbtlaw.com
andrew.hutchison@mbtlaw.com
georgene.wilson@mbtlaw.com

/s/ Armando E. Batastini