UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CERTIFIED POWER SYSTEMS, INC.<br>Plaintiff,<br><br>vs.<br><br>RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.<br>Defendants,<br><br>vs.<br><br>CERTIFIED POWER SYSTEMS, INC.<br>Defendant on Counterclaim/Third-Party Plaintiff,<br><br>vs.<br><br>ZAMPELL REFRACTORIES, INC.<br>Third-Party Defendant,<br><br>vs.<br><br>SARGENT & LUNDY, LLC and PREMIER ENGINEERING SERVICES, INC.<br>Fourth-Party Defendants. | : | C.A. No. 05-066-ML |

**DISMISSAL STIPULATION**

The undersigned parties, by and through their respective counsel, hereby stipulate that the above-captioned action, including all claims, counterclaims, third-party claims and fourth-party claims made therein, shall be and hereby is dismissed, with prejudice, all parties to bear their own attorneys' fees and costs.

RHODE ISLAND STATE ENERGY STATUTORY TRUST 2000, FPLE RHODE ISLAND STATE ENERGY, L.P. and FPLE RHODE ISLAND STATE ENERGY GP, INC.

By their Attorneys,

/s/ Mark W. Freel
Mark W. Freel (#4003)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

CERTIFIED POWER SYSTEMS, INC.

By its Attorneys,

/s/ Jessica Papazian-Ross
Jessica Papazian-Ross (#3905)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, RI 02903
(401) 331-38000
(401) 421-9302 (Fax)
and

/s/ Mark Robert Vespole
Mark Robert Vespole, Esq.
TRESSLER SODERSTROM MALONEY & PRIESS
744 Broad Street, Suite 1510
Newark, NJ 07102
(973) 848-2900
(973) 623-0405 (Fax)

ZAMPELL REFRACTORIES, INC.

By its Attorneys,

/s/ John R. Mahoney
John R. Mahoney, Esq.
ASQUITH & MAHONEY, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
(401) 331-5353
(401) 331-7373 (Fax)
and

/s/ Joseph J. Reale, Jr.
Joseph J. Reale, Jr., Esq.
JOSEPH J. REALE, JR., LTD.
30 Kennedy Plaza, Suite 400
Providence, RI 02903
(401) 453-9900
(401) 453-9917 (Fax)

SARGENT & LUNDY

By its Attorneys,

/s/ Janet Davis
Janet Davis, Esq.
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Ste. 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 (Fax)
and

/s/ Stephen B. Lang
Stephen B. Lang, Esq.
HIGGINS CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500
(401) 273-8780 (Fax)